UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 08-10385-RGS

UNITED STATES OF AMERICA

v.

PRUDENCE KANTENGWA


ORDER ON DEFENDANT'S OBJECTIONS TO
EXHIBITS FIVE THROUGH EIGHT AND
GOVERNMENT'S PROPOSED AMENDMENTS


April 29, 2012

STEARNS, D.J.

The court ADOPTS the government's proposed amendments to Exhibits Five through Eight with the exception of defendant's proposal to add pages 240-264 of Exhibit Five, which the court will ALLOW in the interests of a balanced view of the proceeding as a whole.[1] In all other instances, defendant's objections to the extent not rendered moot by the government's concessions are OVERRULED.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE

---

[1] The court found the government's Table of Transcript Issues and proposed resolutions particularly helpful in its review.