# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

| | |
|---|---|
| USA<br><br>V.<br>Prudence Kantengwa | **EXHIBIT AND WITNESS LIST**<br><br>Case Number:   1:08cr10385 - 01 |

| PRESIDING JUDGE<br>Judge Stearns | PLAINTIFF'S ATTORNEY<br>Aloke Chakavarty, John Capin | DEFENDANT'S ATTORNEY<br>FPD McGinty, Lange, Fisher |
|---|---|---|
| TRIAL DATE (S)<br>4/23/2012 - | COURT REPORTER<br>Jim Gibbons | COURTROOM DEPUTY<br>Terri Seelye |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 4/23/2012 | | | Gov't Witness - Timothy Longman |
| x | | 4/24/2012 | | | Gov't Witness - Timothy Longman |
| 12 | | 4/24/2012 | | yes | Personnel file from Sonarwa |
| 12a | | 4/24/2012 | | yes | Translation of Personnel file (Exh 12) |
| 13 | | 4/24/2012 | | yes | Personnel File from Rwanda Government |
| 13a | | 4/24/2012 | | yes | Translation of Personnel file (Exh 13) |
| 21a | | 4/24/2012 | | yes | Butare, Rwanda aeiral photo |
| 21 | | 4/24/2012 | | yes | DOD Images of Butare in 1994 |
| 22 | | 4/24/2012 | | yes | Record of Border crossing in the US by defendant |
| | 21B | 4/24/2012 | | yes | Aeiral photo May 23, 1994 Compond of Butare, Rwanda |
| | 21C | 4/24/2012 | | yes | Aeiral photo May 28, 1994 Compond of Butare, Rwanda |
| | 21D | | | yes | Aeiral photo May 30, 1994 Compond of Butare, Rwanda |
| x | | 4/25/2012 | | | Gov't witness Eric Benn |
| 21E | | 4/25/2012 | | yes | Photo - Overview Butare, Rwanda 5/28/94 |
| 21F | | 4/25/2012 | | yes | Photo - Compound Butare, Rwanda 5/28/94 |
| 21G | | 4/25/2012 | | yes | Photo - Compound Butare, Rwanda 5/23/94 |
| 21H | | 4/25/2012 | | yes | Photo - Compound Butare, Rwanda 5/30/94 |
| x | | 4/25/2012 | | | Gov't witness Richard Wallen |
| 2 | | 4/25/2012 | | yes | Non-Immigrant Visa Applications |
| 3 | | 4/25/2012 | | yes | Refugee Application |
| 23 | | 4/25/2012 | | yes | Dept of State Cable |
| x | | 4/25/2012 | | | Gov't witness Dorothy Michaud |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

USA

V.

Prudence Kantengwa

**EXHIBIT AND WITNESS LIST**

Case Number: 1:08cr10385

| PRESIDING JUDGE<br>Judge Stearns | PLAINTIFF'S ATTORNEY<br>Aloke Chakavarty, John Capin | DEFENDANT'S ATTORNEY<br>FPD McGinty, Lange & Fisher |
|---|---|---|
| TRIAL DATE (S)<br>4/23/2012 - | COURT REPORTER<br>Gibbons, O'Hara, Kline | COURTROOM DEPUTY<br>Seelye |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1b | | 4/25/2012 | | yes | Authenticity Cert. for Deft's Visa file |
| 2 | | 4/25/2012 | | yes | Non-Immigrant Visa Appl |
| 3 | | 4/25/2012 | | yes | I-590 Refugee Appl |
| 4a | | 4/25/2012 | | yes | Asylum Application |
| 6 | | 4/25/2012 | | yes | Excerpts 2/2/07 |
| 5 | | 4/25/2012 | | yes | Excerpts 8/24/06 |
| 4 | | 4/25/2012 | | yes | I-589 Asylum Application |
| 1g | | 4/25/2012 | | yes | Authenticity Cert. of audio tapes |
| 1a | | 4/25/2012 | | yes | Authenticity Cert. for materials in Deft's A-file |
| 7 | | 4/25/2012 | | yes | Excerpts of Immigration Court 6/20/07 |
| 8 | | 4/25/2012 | | yes | Excerpts of Immigration Court 5/16/08 |
| 10 | | 4/25/2012 | | yes | Documents in A-file - English proficiency |
| 11 | | 4/25/2012 | | yes | Presidential Order |
| 11a | | 4/25/2012 | | yes | 1992 Presidential Order-Republic of Rwanda |
| 26 | | 4/25/2012 | | yes | RTLM List |
| | 17 | 4/26/2012 | | yes | Asylum Officer memo 10/19/04 |
| x | | 4/26/2012 | | | Gov't witness Beth Ann Payne |
| x | | 4/26/2012 | | | Gov't witness Augustin Iryamuremye |
| | | 4/26/2012 | | | (Interpreters: Zena Ntiranyibagira & Jacqueline Adam) |
| | 27 | 4/27/2012 | | yes | Services Du Premier Ministre |
| x | | 4/27/2012 | | | Gov't witness Margaret MaCallum (Foreign Services Officer) |
| | | 4/27/2012 | | yes | Exhibit 24 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

|  | DISTRICT OF | Massachusetts |
|---|---|---|

| USA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| Prudence Kantengwa | Case Number:  1:08cr10385 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Stearns | AUSA John Capin, Aloke Chakavarty | FPD McGinty, Lange, Fisher |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/30/2012 - 5/3/12 | Valerie O'Hara; H. Kline, J. Gibbons | Terri Seelye |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x |  | 4/30/2012 |  |  | Gov't witness Alphonse Rutyasire |
|  | 28 | 4/30/2012 |  | yes | Photo of buildinig where Prudence Kantengwa worked |
| x |  | 4/30/2012 |  |  | Gov't witness Candance Marie Kelley |
|  | 18 | 4/30/2012 | A | no | Defendant's Exhibit 18 Marked for Identification: A |
|  | x | 5/1/2012 | B | no | Letter of 4/20/12 from Dept. of Justice |
|  | 29 | 5/1/2012 |  | yes | Plane ticket page 1 |
|  | 30 | 5/1/2012 |  | yes | Plane ticket page 2 |
|  | x | 5/1/2012 |  |  | Deft witness Alphonse Kamanzi |
|  | x | 5/1/2012 |  |  | Deft witness Sixbert Erick Musangamfura |
|  | x | 5/2/2012 |  |  | Deft witness Jean de Dieu Uwimana |
|  | x | 5/2/2012 |  |  | Deft witness Charlotte Ntahorutaba Rufyiri |
|  | x | 5/2/2012 |  |  | Deft witness Theobald Rwana Gakwaya |
|  | x | 5/3/2012 |  |  | Deft witness Theobald Rwana Gakwaya |
|  | 31 | 5/3/2012 |  | yes | documents bate stamped 445, 447, 750 & 752 |
|  |  | 5/3/2012 | C |  | Stipulation - Transcripts Marked for Identification - C |
|  |  | 5/3/2012 | D |  | Stipulation - Correction of transcript (August 24 Page 243) Marked for Identification -D |
|  |  | 4/24/2012 |  |  | Stipulation - Re: exhibit 4 United States Visa |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages