1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


* * * * * * * * * * * * * * * *
*UNITED STATES OF AMERICA       *
                                *   CRIMINAL ACTION
             v.                 *   No. 08-10385-RGS
*                               *
PRUDENCE KANTENGWA,             *
a/k/A PRUDENTIENNE KANTENGWA    *
* * * * * * * * * * * * * * * *


BEFORE THE HONORABLE RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE and a JURY
Jury Trial Day 2
April 24, 2012


APPEARANCES:

UNITED STATES ATTORNEY'S OFFICE, (By AUSA Aloke S. Chakravarty and AUSA John A. Capin), 1 Courthouse Way, Suite 9000,  Boston, Massachusetts  02210, on behalf of the United States of America

OFFICE OF THE FEDERAL PUBLIC DEFENDER, (By Charles McGinty, Esq., and Tamara Fisher, , Esq.), 51 Sleeper Street, Boston, Massachusetts  02210, on behalf of Defendant

OFFICE OF THE FEDERAL PUBLIC DEFENDER, (By Bjorn Lange, Esq.), 22 Bridge Street, Concord, New Hampshire 03301, on behalf of the Defendant



Courtroom No. 21
1 Courthouse Way
Boston, Massachusetts 02210


James P. Gibbons, RPR, RMR
Official Court Reporter
1 Courthouse Way, Suite 7205
Boston, Massachusetts  02210
jmsgibbons@yahoo.com

PDF created with pdfFactory trial version www.pdffactory.com

P R O C E E D I N G S

THE CLERK:  All rise for the jury.

(Whereupon, the jury entered the courtroom.)

THE CLERK:  All rise for this Honorable Court.

The case before this Court carries Case No. 08-10385, United States of America versus Prudence Kantengwa.

THE COURT:  Good morning, Counsel.

Good morning, Jurors.  Thank you for making the effort to be here on time.  We're starting on time.  I hope the breakfast was suitable.  If there is, again, anything special that you need, short of Eggs Benedict, let Marsha know, and she can arrange it.

All right.

Professor Longman.

**TIMOTHY LONGMAN, resumed**

**DIRECT EXAMINATION, (Cont'd.)**

BY MR. CHAKRAVARTY

Q   Good morning, again, Dr. Longman.

A   Good morning.

Q   Dr. Longman, when we left, I had just asked you about MRND.

What is "MRND," and what did that stand for back in 1991.

A   Well, when founded in 1975 and until 1991 or 1992 when the name was changed slightly, it was the National

PDF created with pdfFactory trial version www.pdffactory.com

Revolutionary Movement for Development.

MR. CHAKRAVARTY:  Your Honor, may I approach and pick up one of the exhibits?

THE COURT:  You may.

Q   Dr. Longman, is what is highlighted on this chalk "MRND" -- I won't say the French phrase -- but is that the organization that you just described?

A   Yes.

Q   And did the name change at some point?

A   In 1991, given pressure from both the international community and democracy activists in Rwanda, the MRND gave up it's right to be the only political party, so other political parties were formed and there was a more competitive political system.  So they changed their name slightly while keeping the same acronym, the same letters. They changed their name to the National Movement for Democracy & Development.

Q   What was the role of MRND after this multiparty movement that you described in 1992?

A   It was -- so from 1975 until 1991 they had a complete monopoly on political power.  They were the only party that was allowed, and they really dominated social and political life.

Women's organizations and youth organizations and other groups had to be affiliated with the MRND.  So it was

PDF created with pdfFactory trial version www.pdffactory.com

really what we call a "party state" where there was a complete connection between the political party and the state, and they kind of checked up on one another and helped to ensure that that power stayed in the hands of those at the top.

After 1991 when they gave up their monopoly on power and when other parties were allowed, they had to appeal to the population more for support.  But they really still remained the dominant political party.  They were the party of the President, President Habyarimana.  They were the party that was most associated with Hutu from the north of Rwanda, which was their main base of power.  But throughout the country they really tried to still make sure that the president and the people around him held onto power tightly.

So there were other parties that were allowed, but the MRND really remained the dominant political party.

Q   What type of activities would they do during that time?

A   Well, there was a period where there weren't any elections planned, per se, where the country was moving towards elections.  In most people's minds there was a lot of rallying of people.

They certainly very actively tried to recruit membership.  They got people to sometimes pay dues to certainly show their support, but they also held a lot of

rallies.

When I was living there in 1992, 1993, I was living in Butare.  The main center of political action was Kigali.  There were, occasionally, rallies in Butare.  But there were days when I was planning to go to Kigali and people would say, Oh, you don't want to go there today, there's a rally going on.  That would mean you would have thousands of people that would pour out on the streets and show support for the party.

Sometimes the other parties would have sort of a counter-rally.  You might get, you know, fistfights between some of the youth of the two parties, but a lot of it was sort of raising the support of the party and showing that the population still supported the president and trying to get more people involved in supporting his party.

Q   When you talk about the political parties in Rwanda at that time, how do they compare to the political parties in the United States?

A   Well, it was not a free and fair system.  It was a country that had had, basically, single-party rule and a dictator since 1962.  And so there was not a practice of political parties organizing people for elections.

The main thing that political parties do here is they sort of line up candidates to help us figure out who to vote for.  There was some element of that in Rwanda, but

instead of being based mostly on ideas, the parties there tend to be based a little more on identity.  So the MRND, in particular, as I said, was a party that was identified with the Hutu, and, specifically, the Hutu of the north.

Although, as time went on, it tried to appeal more broadly to say they were just a party for the Hutu against the Tutsi, against the RPF.

Q   You mentioned that the President, President Habyarimana, was the Head of State, and he was from the MRND.

How did that relationship affect the MRND's activities?

A   Well, the MRND basically -- well, the President did a couple of things during this period.

Because there was international pressure, because there was domestic organizing, he offered some reforms on the surface, so he allowed other political parties. Ultimately, in 1992, they actual established a coalition government.  They named a prime minister from the opposition party, and they named some ministers from various opposition parties.

But, real power really remained still in the hands of the president and the MRND.  But what the president did was -- certainly, the most important ministries were mostly held by the MRND, but even in other ministries, including the prime minister's office, the president always made sure

PDF created with pdfFactory trial version www.pdffactory.com

that he had plants that were there that would make sure that decisions unfavorable to the president couldn't be made. Basically there was, on the surface, sort of show of saying, Look, we're reforming, we're being progressive, and then behind the scenes they were doing a lot to undermine any changes so that they still really held on to power very tightly.

Q   Was there a particular platform that the MRND had or certain political objectives?

A   Sure.

Well, they didn't have a formal platform as we would think of it, that you have a party convention and write things out; and they certainly were committed to some vague ideas like democracy and development, at least they claimed.

But one of the major ways that they tried to undercut the other parties and to build a power was through ethnic scapegoating.

As I said yesterday, for the first decade or so of his rule, Habyarimana actually was a moderate when it came to ethnic issues.  He didn't -- you know, he said, We're going to focus on development.  We're not going to worry about ethnic conflict.

But when he began to be criticized, when he became unpopular, Habyarimana and the people around him really

PDF created with pdfFactory trial version www.pdffactory.com

started to blame the Tutsi for the problems in the country.

And one of the things they did in particular was to try to paint the opposition parties as all being sympathetic to the RPF and pro Tutsi.

The RPF itself was not particularly popular in Rwanda because it was attacking the country.  And no matter what you might feel politically --

(Reporter interrupts.)

THE WITNESS:  Sure.

A    The RPF was not particularly popular in the country, because whatever people might feel politically, when the country is being attacked, you're going to rally around your government at some level.

And the RPF was seen as a mostly Tutsi army.  So there was potential for the MRND to really stir up anti-Tutsi sentiments, and they exploited that fairly extensively.  They really tried to say, basically, anyone who was critical of them was being pro Tutsi.

So one of the major sort of rhetorical ideas that became central to their party's identity was the idea that they were the party protecting Hutu interests against the interests of the Tutsi, who wanted to come back and reestablish the monarchy and take over power again and exploit the Hutu.

Q    How, back in the time period between 1992 and 1994, how

PDF created with pdfFactory trial version www.pdffactory.com

would one identify themselves as being a member of the MRND?

A   Each party came up with a series of symbols that were used for them.  So each party had a flag.

There were particular colors that were identified with each party as well.  And so people who supported that party, young men would wear caps that you could easily identified it as being from that party.

You could wear pins.  There were sometimes shirts that were associated with a particular party.  But it was always using the party's color scheme, sort of in the way we think of the red states and blue states -- the blue being democratic, the red being republican today.

That was actually a much more formal process in Rwanda, where parties -- one party's known as the party that uses red and black; another uses red, black, and green, and other uses blue and green, for example.

So anyone wearing those particular colors could easily be identified as a supporter of that party.

Q   Are you familiar with what's called a "parastatal organization"?

A   Yes.

Q   Can you describe what that is for the jury?

A   Sure.

It's basically a company that is set up by the state, that operates with a little bit of independence, but

PDF created with pdfFactory trial version www.pdffactory.com

which is still basically a state-run company.

In Africa, there's not a lot of capital, historically; that is, there's not a lot of people with money to invest. And so when you want to start a company, the main place you can turn to get a company set up is to the government. And so in Rwanda, as in many African countries, the government has set up a variety of different companies using government funds. They're not formally under any of the ministries. They operate sort of along side the government. But in a parastatal usually it's the president who names the head of the parastatal and president has some control over sort of what goes on within.

Q   And the word "parastatal" means?

A   "Alongside the state."

Q   Alongside the state.

So "state" in this circumstance would be the government?

A   Right.

Q   Did it matter for someone who was upwardly mobile in Rwandan society as to what relationship they had with the MRND?

A   Well, certainly when you had the reforms that took place in the early '90s, at the sort of top of the political spectrums there was some opening up, so you had some ministers from other parties.

PDF created with pdfFactory trial version www.pdffactory.com

But since the president named the head of the parastatals, the president still had a lot of power over who got these positions.  And what's important is that they tend to be very lucrative.  In a country that didn't have a lot of money, if you were running one of the big companies in the country, then that's a chance for you to get rich and for you to give jobs to people who are friends and supporters and family.  And so in that period, the parastatals still remained very much controlled by the government -- excuse me -- by President Habyarimana and his supporters.

Q   Are you familiar with an organization known by the acronym or the name of "Sonarwa"?

A   Yes.

Yes, that's sort of the main national insurance company.

Q   Is that one of these parastatal organizations?

A   It was.

Q   Are you familiar with a man named "Matthieu Ngirumpatse"?

A   I am familiar.

Q   Who was he?

A   He was the head of Sonarwa.  He was a close associate of Habyarimana who was named to be the head of Sonarwa by the president.

PDF created with pdfFactory trial version www.pdffactory.com

Q    And at some point after that, did he have any formal relationship with the MRND?

A    Yes.  He was the leader of the MRND, so --

Q    Before you came in today, did I show you some records from Sonarwa?

A    Yes, you did.

MR. CHAKRAVARTY:  Your Honor, may I approach the witness?

THE COURT:  You may.

Q    Dr. Longman, are these the records that I showed you yesterday from Sonarwa?

A    Yes, they are.

Q    And are the records themselves, Exhibit 12, are they in the French language?

A    They are.

Q    Is there a certificate that goes along with that record?

A    Yes.

Q    Do you understand reading and writing and speaking French?

A    I do.

Q    Are you fluent?

A    Yes.

Q    Were you able to review the French documents?

A    I was.

MR. CHAKRAVARTY:  Your Honor, I would introduce

PDF created with pdfFactory trial version www.pdffactory.com

Exhibits 12 and 12A as the translation.

MR. McGINTY:  No objection.

THE COURT:  12 and 12A.

**(Government's Exhibit No. 12 received in evidence.)**

**(Government's Exhibit No. 12A received in evidence.)**

MR. CHAKRAVARTY:  May I retrieve those from you, Dr. Longman?

THE WITNESS:  Sure.

BY MR. CHAKRAVARTY

Q   I've put a couple of these pages up on the screen.

Dr. Longman, can you see the screen?

A   Yes.

Q   Does this appear to be a translation, 12A, of a file related to Prudentienne Kantengwa?

A   Yes.

Q   Does this appear -- is this the name of the person that I just asked you about who was the head of Sonarwa at one point?

A   Correct.

Q   And I am pointing to "Matthieu Ngirumpatse."

And this appears to be a table of employees of Sonarwa and the duties that they would have?

A   Yes.

Q   And the next page -- I don't know if you can read that,

PDF created with pdfFactory trial version www.pdffactory.com

does it list Prudentienne Kantengwa?

A    Yes, it does.

Q    Does it have Mrs. Kantengwa's certificate of identification?

A    Hm-hmm.

Q    Does it list her name, Prudentienne Kantengwa?

A    Yes.

Q    Does it list her bio, the date when she born and where?

A    Yes.

Q    The "prefecture of origin" says "Byumba."

What part of the country is that in?

A    Byumba is in the north of the country.

Q    And it lists her "ethnic group" as Hutu; is that correct?

A    Correct?

Q    Please turn to page 39.

Does this read:  "I am pleased to let you know that you have been appointed to the position of Chief of Section from July 23, 1991, at which date you are designated as Assistant Chief of Department?"

A    Yes.

Q    Did I read that correctly?

A    Yes.

Q    Dr. Longman, is there any conclusion you can draw from someone who is appointed as head of a department of a

PDF created with pdfFactory trial version www.pdffactory.com

parastatal organization in that time period?

MR. McGINTY:  Objection.

THE COURT:  Overruled.

A    One would assume they are well connected.

MR. McGINTY:  Objection.  Move to strike.

THE COURT:  Denied.

Q    Dr. Longman, you mentioned that during the power sharing years in 1991, 1992, some ministries were moved out of the President's control; is that correct?

A    I wouldn't say they were moved out of the President's control.  There were some in which the head of the ministry was someone from another party, but in all those cases the president still had a lot of control.

Q    Are you familiar with the "Service De Renseignment"?

A    Yes.

Q    Can you say what that is in English, and we will use the English phrase.

A    Sure.

It's the Secret Service, or the Service of Information.

Q    What function did that have in Rwanda?

A    They functioned like a secret police, basically.  It wasn't a police force, it was more an investigatory force. But particularly in the period before '91, they had the role of really making sure that everyone stayed loyal to the

PDF created with pdfFactory trial version www.pdffactory.com

MRND, that they remained members of the party.

The Information Service was something that was at the national level.  And in each of the prefectures, the provinces that basically kept track of people, let the government know if there was anyone who was, in particular, you know, trying to organize a rebellion or opposing the government in some way.

Q   Is that the type of position that exists in dictatorial regimes?

A   It is.

We don't really have an equivalent here.  I would say it's like the FBI, except it's extremely political rather than being something that's just investigating crimes.  It was really involved in, primarily, overseeing, you know, political crimes.

Q   The Service Central De Renseignment -- sorry to use the French phrase again -- was that different than the intelligence service you described?

A   That's the name used for the national office.  As I mentioned, there were offices in the different provinces, and so the national office was known as the Central Service.

Q   Who did that secret service report to?

A   Until 1991, they reported to the president.  It was really a sort of arm of the presidency to help investigate things on behalf of the president.

PDF created with pdfFactory trial version www.pdffactory.com

Q    What happened after '91?

A    After it was -- after 1992, when you had the multiparty government that was put into place, that office was shifted to the office of the president -- the prime minister.

So it -- many of the sort of day-to-day functions of the government were taken over by the prime minister's office.  There hadn't been a prime minister before.  It was a new position.  So they divided up things that had been in the Presidency and moved a lot of things to the prime minister's office, including this.

Q    When it moved to the prime minister's office, was there still any relationship between the president himself and members of the intelligence service?

(Reporter interrupts.)

A    On paper, supposedly, no, it was supposedly now under the prime minister's office.

The reality, as I suggested, is that the president really tried to make sure that he was able to control things.  And this is a very important office to control.  So clearly the president used this office still as a means of finding out what's going on in the country, but also being able to monitor what was happening in the prime minister's office.

Q    Before I leave that, what was the role -- you described this intelligence service as having some type of

PDF created with pdfFactory trial version www.pdffactory.com

investigatory type of role. What was the role of the judiciary in Rwanda around this time?

A   The judiciary in Rwanda didn't have a strong tradition of independence. They primarily dealt with average crimes, but they were also rather politicized. Certainly the government had used the courts to try to go after people it disagreed with. So there were a number of cases during this period of people who criticized the government who were put on trial, sort of political-show trials in that time.

So most of what the courts did was just dealing with crime, ordinary crime. But when the government needed them for political purposes, they could turn to the courts.

They were seen as rather corrupt, without a lot of popular support from the population.

Q   In addition to the records from Sonarwa, did I also show you some records from the Department of Labor --

A   You did, yes.

Q   -- in Rwanda?

A   Yes.

Q   Who do those records relate to?

A   They relate to Mrs. Kantengwa's husband.

Q   Was his name Athanase Munyemana, according to those papers?

A   Yes.

MR. CHAKRAVARTY:  Your Honor, may I approach with

PDF created with pdfFactory trial version www.pdffactory.com

Exhibits 13 and 13A?

THE COURT:  You may.

Q    Are those the records that I showed you yesterday?

A    They are.

Q    Dr. Longman, do these records reflect Mr. Munyemana was the directer of this organization that you talked about, the intelligence service?

A    He was director of one part of it.

Q    What part?

A    The internal intelligence service.

Q    So, in addition to the internal intelligence, internal security, what other components are you aware of that this agency had?

A    There's external security and then there's the general director, who was head of both.

Q    So kind of "internal," meaning within the country, and "external," meaning international?

A    Correct.

Q    Was there a record of who appointed Mr.  Munyemana as being a director of that organization?

A    I believe there was a letter from President Habyarimana himself.

Q    Were there also -- in these documents were there also performance reviews?

A    There were.

PDF created with pdfFactory trial version www.pdffactory.com

Q    Does it indicate that Mr. Munyemana was a lawyer?

A    Yes.

Q    It lists his entire career history with the government, apparently?

A    It does.  It starts by talking about his positions before he was put into intelligence service.

Q    Does this name, the name of the president we've been talking about, showing a visual for the jury.

A    Yes.  Juvenal Habyarimana.

Q    "Juvenal Habyarimana, President of the Republic?"

A    That's right.

Q    And are these examples of the performance reviews that he had?

A    They are.

Q    So, for example, in this one, does this appear to be dated for the year from January 1st to the 31st December of 1989?

A    Correct.

Q    Does it list the ministry that he worked for as well as the office?

A    The office.

Q    So this "Central De Renseignment," is that the intelligence service you were talking about?

A    It is.  The Central Office of Intelligence.

Q    And the ministry, is that the Presidency?

PDF created with pdfFactory trial version www.pdffactory.com

A    Yes, the Presidency of the Republic.

Q    This is the performance review for 1992; is that right?

A    Yes.

Q    Again, from the Presidency of the Republic, the same Central De Renseignment, and then it lists the name of "Athanase Munyemana," right?

A    Yes.

Q    On the bottom on the rear of these pages, there is whoever Mr. Munyemana's boss is, presumably --

A    Yes.

Q    -- who was giving the review; is that right?

A    Yes.

Q    And that's listed here?

A    Yes, Nduwayezu, Augustin.

Q    And is Chief with "SCR," I assume that's "Service de Renseignment"?

A    Right.

Q    And there's an English-language translation of those documents?

A    Yes.

Q    And going back to 1987, it again says he was a member of the Presidency, Service Central De Renseignment, Athanase Munyemana.  His original title was "administrative assistant.  And is there a notation in his service record saying, "The qualities of this agent predict a future

PDF created with pdfFactory trial version www.pdffactory.com

competent intelligence officer.  He should continue on the same path.  He is active at the 'umuganda' and at the organization."

Did I read that correctly?

MR. CHAKRAVARTY:  Your Honor, I don't think I moved these into evidence.  I will now.  Exhibits 13 and 13A.

MR. McGINTY:  Objection to 13A, your Honor.

THE COURT:  Overruled.

Thirteen and 13A.

**(Government's Exhibit No. 13 received in evidence.)**

**(Government's Exhibit No. 13A received in evidence.)**

BY MR. CHAKRAVARTY

Q   That last note had something called an umuganda.  "He was active at the umuganda."

What is "umuganda"?

A   It was a required public work program that the government had.

Rwanda is very poor country, and one of the initiatives that Habyarimana undertook was to one day a months require everybody to go out and do manual labor to help build up the country.  So it involved building roads and bridges and terracing the land and planting trees and that sort of thing.  Something that, frankly, everyone was required to do; but a lot of the elite people didn't do.  So

PDF created with pdfFactory trial version www.pdffactory.com

it mentions he was doing umuganda, saying this is an elite person who's actually getting his hands dirty.

Q   Now, in '92 and '93, you described that you were actually present in Rwanda?

A   I was.

Q   How would you describe the atmosphere in terms of the ethnic scapegoating?

A   I arrived in Rwanda just after they named the multiparty government.  And at that time there was a lot of optimism that the country was going to have a political transfer and elections might be coming soon.

But by the time that I left a year later, people had become very pessimistic; and one of the major reasons was that the tensions between Hutu and the Tutsi had become very high.  It was something that really -- while I was in the country, you could sort of watch the country falling apart.

Q   Are you familiar with the phrase, "Hutu Power"?

A   I am.

Q   What is that?

A   Well, Hutu Power was a movement that tried to bring together Hutu across party lines in support of President Habyarimana and his regime.

Basically, as I said, the MRND appealed mostly to Hutu from the north; that's it's base of power.  There were

PDF created with pdfFactory trial version www.pdffactory.com

other parties that appealed more to Hutu from the south?

And beginning really in 1993, there was a movement to try to unify all Hutu against the Tutsi and against the RPF.  It was a movement that was blatantly anti-Tutsi. Basically, a racist movement that tried to blame all of the country's problems on the Tutsi.

So Hutu Power was something that included the MRND and an even more extremist party called the "Coalition for the Defense of the Republic," but also some elements of the opposition party.

Q    And Coalition for the Defense of the Republic has the acronym "CDR"?

A    That's right.

Q    And what type of activities would this coalition of MRND and CDR and other smaller parties, what would they do during this time?

A    Well, they did have some rallies, but they actually started to lay the groundwork for what became the genocide.

I mean, the fall of 1993, in particular, their youth wings were -- the youth wings of the parties were being transformed into militias.  So they began to train some of the young people to take up arms and to fight against the supposed Tutsi enemy.

They trained people in terms of how to be a militia, but they also did a lot of ideological training in

PDF created with pdfFactory trial version www.pdffactory.com

teaching people that it's not just the RPF that's the enemy, but it's all Tutsis within Rwanda as well because they're all allies of the RPF and agents of the RPF.

So they did ideological training.  They did militia training and public organizing.

There was a lot of things being published in journals and on the radio and other things that were trying to stir up ethnic tensions in the country.

Q   So bring us to the beginning of the genocide.  What was the trigger that started the genocide?

A   Well, as I said, beginning in the fall of '93, they started to organize militias.  There were some incidences between the parties that took place.  There were a couple of assassinations.  There was a lot of tension that had been building up over the months.

In 1993 there was a peace accord that had been signed between the government and the RPF; but Hutu Power and the MRND and the Presidency were basically opposed to this peace accord, even though their government had supported it officially.  And that created lot of tension.

So in the period in early 1994, the international community was putting a lot of pressure on the government to implement the peace accord.  That would have brought RPF officials into the government, would have brought some of the RPF into the army, and Hutu Power was very strongly

PDF created with pdfFactory trial version www.pdffactory.com

apposed to it.

President Habyarimana flew to a conference in Tanzania in early April to talk about implementing that program. On the way back from that conference, his plane was shot down. And the -- this was really used as an excuse to launch a program of genocide.

We don't know exactly when the idea for genocide was first developed, but we know fairly clearly that at some point, in probably the year prior, some of the people really close to Habyarimana, some of the people at the center of the MRND and Hutu Power, thought they could wipe out everyone who disagreed with them under the cover of ethnic violence.

They saw Tutsis as natural enemies. But in killing Tutsis, they thought they could also kill a lot of moderate Hutu who opposed them.

But a plan was developed to wipe these people out. Lists of people who were against Habyarimana and against Hutu Power were drawn up. When President Habyarimana's plane was shot down on April 6, the plan for that killing was immediately put into place.

So beginning on April 7, the elite troops of the government, the Presidential Guard, and some of the best trained militias spread out in the capital mostly, first in Kigali, mostly with lists of people to kill.

PDF created with pdfFactory trial version www.pdffactory.com

They killed the prime minister.  They killed several other ministers.  They killed moderate Catholic priests and human rights activists, and other people that they saw as a threat.

And they began to kill prominent Tutsi.  Within a few days, they began to expand their program outside the capital, and they began to target Tutsis more generally.  So they started by killing the elite.  They started by killing the leaders of the opposition and their main critics.  But then they expanded and just began to target all Tutsis in the country.

Q   Were there any U.N. peacekeepers in Kigali at the time the genocide began?

A   Because of the peace accords that had been signed in August, the Arusha Accords, there was a contingent of U.N. peacekeepers that were present in Rwanda.  They had a very limited mandate.  They weren't authorized to fire.  They were basically there just as observers, more or less.  But there was a contingent of over a thousand of peacekeepers that were present in Kigali and in other parts of the country as well.

Q   The militia who were doing the killing, did any of them kill any U.N. personnel?

A   Part of the plan for how to carry out the genocide included a plan on how to get rid of the United Nations

PDF created with pdfFactory trial version www.pdffactory.com

peacekeepers.  And based upon the experience of the U.S. in Somalia, that when you kill western troops, it can often get the country to pull their troops out.  The leaders of the military in Rwandan targeted the most elite of the U.N. troops, who were Belgian troops.  Belgium, again, was the former colonial power.

They knew if they killed Belgian troops, that Belgium would probably pull out.  So when they went to kill the prime minister, they also arrested ten Belgian paratroopers who were there protecting her and they took them aside and shot them to death.

And it actually had the desired effect because, following this, the Belgians decided they would pull all of their troops out of Rwanda.

Q    So when the genocide expanded beyond Kigali, what was the objective of the killing?

A    Well, at one level it was just trying to assert the power of the government.

Now, Habyarimana had been killed but the people who had supported him, the people around him, were still very much in charge.  So the core of power within the Hutu Power movement was still there, and they wanted to guarantee their power, but also, frankly, they hated the Tutsis, and they wanted to get rid of them.  They wanted a permanent solution, to wipe the Tutsi out of Rwanda so that they could

PDF created with pdfFactory trial version www.pdffactory.com

rule without challenge.

They saw the Tutsis as a real threat to their rule, not only because they had been powerful in the past, but also because they were going to sort of be a permanent minority that would criticize them.  So their goal was to secure their power, but also just to wipe the Tutsis out.

Q   Were there government institutions that were involved with allowing the genocide to continue?

A   Well, the genocide was basically a government program. The government that was named after Habyarimana was killed, was a government made up entirely of Hutu Power supporters, and that government worked closely with some military leaders and some civilians who were leaders of the militias or worked in the media to really promote the idea of genocide.

But the instruments of government, the bureaucracy that I had talked about yesterday that was so well developed, was used very carefully to help carry out the genocide.

It's important to realize that the killing in Rwanda was not spontaneous.  If you read the press at that time, places like the New York Times would talk about the ancient tribal hatreds in Rwanda exploding because the president's plan had been killed.  And the way it was presented initially was as though the president was really

PDF created with pdfFactory trial version www.pdffactory.com

popular, and he was killed, and so everyone rose up and started killing their neighbors.

In fact, for those of us who have studied it, what we found is it was a very systematic killing, that the orders came from on high and were passed down through the hierarchy to the population.  And that the population often participated quite reluctantly in the killing, as many of the people did, and that it really took a lot of pushing and organizing on the part of government to make sure that this was going to happen.

Rwandans were not naturally inclined to kill each other.  There was distrust between Hutu and Tutsi, but they didn't necessarily hate each other.  And they all felt basically exploited by a government that was pretty authoritarian, and yet that government had a lot of power, and it was able to use it to push people into this genocide.

Q   Was there a particular narrative they offered in the rhetoric?

A   Well, they talked about the Tutsi being not really Rwandans.  They claimed the Tutsis had come into Rwanda a few centuries before and conquered the population, and that we should send them back down the Nile to Egypt or wherever it was they came from.  They used a rhetoric of claiming that all Tutsis within Rwanda were part of the RPF and were a threat.

PDF created with pdfFactory trial version www.pdffactory.com

And, as a result, when the killing happened, it did not just target young men who could potentially be in the army, but it actually targeted all Tutsi.  The majority of people who were killed were not, in fact, people who could have been considered combatants, but were women, children, the elderly.

Q    Explain how the killing was done briefly in a summary fashion.

A    Sure.

There was a fairly standard method that was used as genocide was spread from one part of the country to another.

The first thing that was done was to try to gather all the Tutsi in the community into a central location. Generally that was a church because churches were the largest buildings in the country; sometimes it was a school.

But the leaders ultimately -- usually, the leaders who carried out the genocide would go into the countryside and say, Oh, the Tutsi are being targeted.  Come here and we'll protect you.

That was a ploy that was used to actually get people into a central location so they could be eliminated more easily.

So once the Tutsi were gathered, then the militia groups that had been trained, supported usually with some soldiers or some armed police, surrounded the church or the

PDF created with pdfFactory trial version www.pdffactory.com

school and began to open fire.  And then people followed up with machetes and knives and clubs, and basically, systematically, killed everyone that they could get inside.

This type of killing -- it did have guns and sometimes grenades and other things, but most of the killing was done by hand.  So it was a difficult way to kill people. It was hard work.  It took a long time.  And in many cases the massacres lasted over two or three or four days.  The killers would come in and they would slaughter people.  They would sometimes take the women aside and rape them before they killed them.  And then they would go home at night and rest and come back refreshed so they could start the killing again.

Because of the nature of that killing, because it was this long-term thing, it was possible for a lot of people to escape in the midst of the killing.  They would try to guard things at night so that they couldn't escape, but people could go away in the darkness and escape.

So these major massacres --

Q   Can you slow down a little bit?

A   Sure.

So after the major massacres, the next step was to look for those people who had escaped.  And there were two major tools that were used to do that.  One was nightly patrols.  The patrols were started by the militia, but then

PDF created with pdfFactory trial version www.pdffactory.com

the government really put pressure on all Hutu men to participate in patrols in their neighborhoods where they were said to come together every night and to look around the neighborhood for anyone who might be hiding.

So they would look for people who were trying to, you know, escape in the night, but they also would search the houses of people they thought might be hiding Tutsi.

There were a lot of moderate Hutu.  There were a lot of Hutu who had Tutsi in their families, and there were a lot of Hutu who tried to save their Tutsi friends and neighbors.

And so other Hutu went into their homes and tried to look for where they might be hiding Tutsi in their -- behind a wall, or in their ceiling, or wherever it was they might be able to do that.  So the patrols were an important means of trying to seek out people who had escaped.

But another thing was to make it difficult for people to get from one place to another so that Tutsi couldn't escape.  And they used roadblocks that were set up throughout the country on virtually every major road, and then expanded them to almost every path in the country so that you couldn't walk easily from one place to another.

You'd get stopped at a roadblock and have to show your national ID card, as I mentioned yesterday; and this was the ID card we saw in Kantengwa's file, it shows -- the

PDF created with pdfFactory trial version www.pdffactory.com

ID card tells what your ethnicity is.  And so if you went through a roadblock and had an ID card that said you were Tutsi, in most cases you would be killed right on the spot, or you would be taken aside and killed nearby.

If your identity card said that you were a Hutu, you could usually pass, but particularly if you knew the people who were running the roadblock.  Sometimes they'd look at you to try to figure out whether you might be Tutsi.

If they didn't know you, if you were trying to hide, maybe you changed your documents, but basically the identity card became a very important tool that was used to identify people.  And roadblocks became a very important tool to limit the route of escape for Tutsi.

As you saw from the map yesterday, Rwanda is a very small country.  The borders of other countries are not that far away.  And a lot Rwandans tried to get across the borders into Burundi or Tanzania or elsewhere.  The roadblocks were used to make it very difficult to get across the country and get out and save yourself.

Q    How efficient was the violence?

A    The genocide lasted for just three months.  And it's estimated that about 80 percent of the Tutsi population was killed in the genocide, which means that it was the most efficient, violent program that we're aware of, certainly in modern history.

Such a large number of people were killed in such a very short period of time.  The low estimate for the number of people killed is 500,000.  Most people argue it was somewhere around 700,000 or 800,000 people killed, and that's of a population of 7.7 million at the time.

Q    What are the estimates about the number of people who participated in the killing?

A    Well, the people who actively killed, we don't know for sure, but maybe 100,000 to 200,000.  There may have been another hundred thousand who participated in other ways, by helping the killers, indicating where people were hiding, providing, you know, logistical support to them in various ways.  So several hundred thousand at least.

Q    The people who were manning these roadblocks, who were they?

A    Well, roadblocks were often set up by different militia groups or military groups and were organized by them.  But most of the population, the adult male population, was required to participate in the roadblocks.  So a roadblock may be identified with a particular militia group, but other people from the community would have to show up at the roadblock to show they were loyal to the MRND.

You would even get people who had Tutsi hiding in their homes who would go to the roadblock because they wanted to divert attention from themselves so their houses

PDF created with pdfFactory trial version www.pdffactory.com

wouldn't get searched.

So a lot of people in the country participated in the roadblocks, but they were usually organized by a fairly small group.

Q   What was the role of the MRND and the other Hutu Power groups during the genocide?

A   Well, it depended somewhat on the part of the country. The MRND was much stronger in the north.  It had some representation in the rest of the country, but the MRND itself helped organize the genocide in some places.

But Hutu Power, more generally, were present throughout the country, and Hutu Power was really at the center of organizing the genocide.  A lot of the roadblocks were set up by Hutu Power militias, and a lot of the night patrols were also organized by the Hutu Power militias.

Q   Why didn't the Tutsi fight back during the course of the genocide?

A   They did some, but the army was entirely Hutu.  The police was almost entirely Hutu.  And so the Tutsi didn't really have arms, and they were very much outnumbered.

So when they were gathered into these central locations before the major massacres, they were, in a number of cases, disarmed intentionally.  So anyone who brought even a machete with them, as they came to these places the government with say, Oh, you don't need that.  Let's take

PDF created with pdfFactory trial version www.pdffactory.com

that away.

But they tried to protect themselves as they could. So when they were attacked, they would often throw stones. They would find what they could, and for a while they could fend off attacks in some places.

The first day, the Tutsi were able to defend themselves. But when you have people coming in with grenades and guns and they open fire, they pick off the sort of young man who were able to try to defendant them, their defense just wasn't very tenable. They fairly quickly folded in most places.

There were a couple of places in Rwanda where they had a more sustained defense, but in most places the Tutsi tried to defend themselves but didn't have much luck.

You have to think that Rwanda is a country where over half the population is under 15. So the majority of people who were actually being gathered were children. And when you consider the elderly and the mothers of the children, things of that sort, you know, the majority of people were not people who really could protect themselves very effectively.

Q   How did the genocide end?

A   When the killing began in Kigali and began to spread into the rest of the country, the Rwandan Patriotic Front took up arms again.

PDF created with pdfFactory trial version www.pdffactory.com

Since the peace accord in August of '93, there had been a détente between the two parties.

When the genocide began, the RPF started the war again, and they very systematically moved across the country.  And, over a period of several months, basically captured the territory of Rwanda and drove the government into exile in Congo.

So it was really the RPF that brought an end to the genocide.

Q   Now, you described earlier that when the genocide -- after the President, Mr. Habyarimana, was killed, there was a new president installed?

A   Yes.

Q   What was his name?

A   Sindikubwabo.

I will try to spell it.  S-I-N-D-I-K-U-B-W-A-B-O.

Q   And did the government reconstitute in a different location, not in Kigali?

A   Well, the government initially was in Kigali, but when the fighting began, Kigali was immediately one of the centers of the conflict.

There were some RPF troops that were already in Kigali because of the peace accord, and they laid siege to the city.  So it was considered unsafe, and it was particularly difficult to get in and out of the city.  So

PDF created with pdfFactory trial version www.pdffactory.com

the SOT government moved south to a town called Gitarama, which is where they were based for much of the period of the genocide.

MR. CHAKRAVARTY:  May I approach, your Honor?

THE COURT:  You may.

Q   Dr. Longman, is this Kigali (indicating)?

A   It is?

Q   And this is Gitarama (indicating)?

A   That's correct.

Q   And approximately when did the government move -- the center of government move to Gitarama?

A    If I remember correctly, it was April 13.

Q   Now, I am going to draw your attention down here to Butare where you said you had spent some time.

A   That's right.

Q   When did the genocide reach Butare?

A   Well, Butare was the main university town in Rwanda.  It was -- the National University was based there.  The most prominent high schools in the country were based in Butare, and, like a lot of intellectual centers, it had a reputation for being a moderate place.  It was a place where the one opposition party that was really multiethnic, that included the both Tutsi and Hutu was based.  So Butare was where people resisted the genocide much more than they did in other parts of the country.

PDF created with pdfFactory trial version www.pdffactory.com

Hutu Power had not had much of an impact in Butare, particularly in the town itself.  There was a lot of resistence to Habyarimana and resistance to Hutu Power. And, in particular, the prefect, the governor of the province at the time was, himself, a Tutsi, someone who had been named in the multiparty period.

So a lot of people thought, Well, Butare's going to be the one place that resists genocide.

It took a very concerted effort on the part of the government to actually bring the genocide to Butare; and it was started basically on April 19, about two weeks after the genocide started in the rest of the country.

There was a big public meeting that was held.  The mayors of all of the communities in the area were brought in, and all of the other government officials from Butare, and then much of the government came down from Gitarama, including the president and the prime minister and a number of other ministers.  And they basically gave the message to all the political leaders in Butare, either you join us or we'll view you as the enemy and you will be eliminated.

At the meeting it was announced publicly that the Tutsi governor was being replaced.  He was at the meeting himself.  He was publicly humiliated and asked to leave the room.

There was a clear message to all the government

PDF created with pdfFactory trial version www.pdffactory.com

officials that were there that if you don't go along with this program, you're going to be targeted next.

There were some people in Butare already who supported the regime. There was -- there were -- the university and parastatal companies in Butare where the government had strong ties, where Habyarimana and Hutu Power had put their people into place, and some of those people had been working to help make the genocide possible even before it happened. They didn't have majority support in the population, but they had been laying the groundwork.

There also were some important military posts in Butare. And because the military was controlled by Hutu Power, mostly -- there were people there who had been -- who had been organizing to try to get the genocide -- get ready for genocide, I should say.

I should mention that everywhere in the government --

MR. McGINTY:  Objection.

MR. CHAKRAVARTY:  I'll ask a new question.

THE WITNESS:  Sure.

MR. CHAKRAVARTY:  If you could, it's a lot of information, so try to keep your voice up and your pace slow, both for the court reporter as well as the jury.

THE WITNESS:  Sure.

Q   In terms of the existing MRND presence in Butare, at the

PDF created with pdfFactory trial version www.pdffactory.com

time of the genocide were there any high-profile individuals there?

A    The MRND did not have a lot of support in Butare, but there were some individuals who had ties to the Habyarimana family, or who had gained politically and gotten political positions by being loyal to the MRND.

So there were a few people affiliated with the MRND who sort of bucked the trend within their community and stayed loyal to the MRND, even when most people joined other parties.

One example is the man --

MR. McGINTY:  Objection.

THE COURT:  Overruled.

A    The man who became the President, Sindikubwabo, he had been the head of parliament.  He was the pediatrician to the Habyarimana family's children, and so he had close ties to Habyarimana.  He was somebody who remained a loyalist to the MRND.

There was another woman named --

MR. McGINTY:  Objection.

THE COURT:  Overruled.

A    Another woman named Pauline, who had been named the Minister of Women's Affairs.  She had gone to school with Mrs. Habyarimana and was closely associated with family. And, again, she is someone whose political career was

advanced because of her connections to the MRND.  So she remained an MRND loyalist.

Q    Just for the record, is "Pauline" Pauline Nyiramasuhoko, N-Y-I-R-A-M-A-S-U-H-O-K-O, something like that?

A    Yes, Nyiramasuhoko.

Q    Around April 19 were government military or police sent to Butare?

A    There already, as I said, was a presence of the military there.  But around the 19th or 20th, there were Presidential Guards who were sent in -- they were the most elite troops in the country -- and they came at about the same time you had this government meeting to help ensure the genocide took place in this area.

The Presidential Guards were really the first people who began to kill people in Kigali themselves.  So they were seen -- when I talked to people about how the genocide happened in Butare, a lot of people --

MR. McGINTY:  Objection.

THE COURT:  Overruled.

A    -- a lot of people talked about the Presidential Guard being at the center of the killing, that they were the ones who really organized, particularly, the killing of the elite in the country.

Q    Once the genocide reached Butare, who was doing the most killing?

PDF created with pdfFactory trial version www.pdffactory.com

A    Well, there were a variety of groups that were involved in the killing.  The Presidential Guard sought out many of the elite.  There were people within the military groups, within a couple of the military offices.  There were also some militia groups.

There was one MRND militia group in particular that was very virulent, that was very actively involved in seeking people out, and so they were one of the groups that was involved.

There were a few other militia groups, some groups that came in from neighboring communities to participate as well.

Q    And were roadblocks set up in Butare?

A    Rwanda had been at war since 1990, and so the whole time that I was living in Rwanda there were a couple of roadblocks that were already in place.  There was a military roadblock at each of the three main entrances to town.  But these were roadblocks that were really set up to -- you know, they had been there for years, and you would pass through them.  They would just check to make sure no one was carrying arms and you would pass through.  So those roadblocks were there already?

But beginning April 19 there were a number of new roadblocks that were set up in various parts of the city at a number of major intersections --

PDF created with pdfFactory trial version www.pdffactory.com

MR. McGINTY:  Objection.

THE COURT:  Overruled.

A   -- a number of major intersections, and on sort of on all the main paths leading into and out of the town, but also various places within town.  So you went from having three roadblocks to having maybe a dozen.

Q   I neglected to ask you earlier just to give a sense to the jury of what the distance is between Kigali and Butare?

A   Today, when there is no roadblock, the drive is maybe two-and-a-half hours, three hours.  So it's not far.  The roads are pretty good in Rwanda.  Again, it's a small country.

Q   Back in 1994 how long would that take?

A   In 1994, because you had to go through a few of these military roadblocks, it would tend to take about four hours to drive between Butare and Kigali.

MR. CHAKRAVARTY:  If I may approach, your Honor?

THE COURT:  You may.

Q   You described a number of organizations, Dr. Longman. Let's see if you can identify them or identify what those organizations were.

The Armed Forces of Rwanda, FAR, what is that?

A   That's the army basically.

Q   The "Gendarmeire," what is that?

A   We usually translate that as the national police.  It

PDF created with pdfFactory trial version www.pdffactory.com

was a police force that was part of the army, but they basically had the major role in maintaining internal security.

Q   "Police Communal?"

A   Communes were the local government unit, like a county or a city.  So that was the local police.

Q   You mentioned "Service De Renseignment."

"Presidential Guard?"

A   Presidential Guard were the elite troops whose main job was protecting the president, but sort of the -- they were the enforcers within the military, as it were.

Q   The "Interahamwe"?

A   Interahamwe is the term that was used for the MRND's youth wing, and they became the MRND Militia.

The term has been used to talk about militias more generally from all the other parties, although technically Interahamwe referred only to MRND Militia.

Q   And then two acronyms, "PALIR" and "ALIR," what generally are those?

A   Those are groups that emerged after the genocide in Congo supporting the Hutu regime, basically.  They're sort of rebel groups that emerged after the genocide to try to bring the Hutu back to power.

Q   Are you familiar with a hotel in Butare called the

PDF created with pdfFactory trial version www.pdffactory.com

"Ilhuliro," and what it is?

A   I am.

MR. McGINTY:  Objection.

For the reasons that are set forth in the motion, I would renew those grounds and --

THE COURT:  So noted and overruled.

Q   How are you familiar with it?

A   I'm familiar with it basically from people talking about it.

I left Rwanda in mid 1993.  The hotel was built subsequent to my departure.  By the time I came back to Rwanda in 1995, it has been torn down, leveled.  But it was well known to the people of Butare.  And having lived in Butare after the genocide, a lot of people pointed it out and talked about where the Ilhuliro was?

Q   And you've walked by that area on a number of occasions?

A   I have many, many times.

When I was back in Rwanda in 2001, I taught at the National University; and I walked to my classes every day, so I had to walk directly by there.

MR. CHAKRAVARTY:  May I approach, your Honor?

THE COURT:  You may.

Q   Do you recognize what this picture depicts?

A   I do.  It's the main street running through Butare.

Q   Does it fairly and accurately reflect an overhead view

PDF created with pdfFactory trial version www.pdffactory.com

of that area that you're describing?

A   I believe it does, yes.

MR. CHAKRAVARTY:  Your Honor, I would mark and move into evidence Exhibit 21A, a number of images that we're going to introduce later.

THE COURT:  21A.

**(Government's Exhibit No. 21A received in evidence.)**

BY MR. CHAKRAVARTY

Q   Doctor, can you describe here what this road goes towards?

A   Sure.

So this is the main road that runs from Kigali to the Burundi border.  It runs right through the heart of Butare.

Rwanda is a very hilly country, and so the roads often run sort of along the ridges.  So this is a main ridge that is the center of Butare.  The town is built on a series of hills, kind of on either side of this road.

So this road is towards the southern end of town. If you continue down the road a little bit, you come to the National University.

If you continue on up the road a little bit, you come to the main downtown where the Catholic Cathedral is, the market, as well as the main commercial strip.

PDF created with pdfFactory trial version www.pdffactory.com

This is an area that's a smaller commercial area, with some residences nearby.  The most prominent feature in this picture is actually the Anglican church.  There's a large Anglican complex here that includes some residences and an Anglican school.

Q   Is that the area here where I'm --

A   It is.

Q   And this is a school area?

A   Yes.

Q   Towards this direction, where does the road go on to?

A   So that will continue to the university and then on to the Burundi border.

Q   How far is the Burundi border?

A   The Burundi border is a half-hour, 45 minutes.

Q   There's a road apparently going down this way, where does that go?

A   It's actually going up.  You can't tell from the positioning of the picture, but there's sort of a rise here.  And you can see another road that runs through the bottom of the picture there.  That road connects from the main road to this road.  This is a road that runs basically from the University Hospital to the market, which is on past.  It's an area where there is a military school for junior officers, the University Hospital and commercial sector as well.

PDF created with pdfFactory trial version www.pdffactory.com

Q   Doctor, is the Ilhuliro Hotel depicted on this?

A   It's at the very base of that road that comes in.  So it's sort of the last thing on the right-hand side.

Q   The structure that I am identifying with my finger, is that the hotel?

A   That's right.

MR. CHAKRAVARTY:  Your Honor, one of the images in Exhibit 21 is a smaller version of this.  I would ask to publish that?

THE COURT:  You may.

(Exhibit published to the jury.)

Q   This is the same one as the one blown up; is that fair to say?

A   Yes.

Q   And this is the hotel that we're talking about?

A   That's correct.

Q   The road to the military compound?

A   That's right.

Q   This is the road to Burundi?

A   Yup.

Q   And this is the road up to Kigali?

A   Correct.

Q   Now, in the course of your study and your interviews, were you told about whether there was a roadblock near that hotel?

A    People talked about --

MR. McGINTY:  Objection.

THE COURT:  Overruled.

A    There was a roadblock here that had a reputation of being particularly notorious.  It was a roadblock that was run by --

MR. McGINTY:  Objection.

THE COURT:  Overruled.

A    -- run by an MRND militia group, and it was known as being the hardest roadblock to get through in town.

If you followed this road on down --

MR. McGINTY:  Objection.

THE COURT:  Wait for a question, Professor.

MR. CHAKRAVARTY:  I'm sorry?

THE COURT:  I'm asking him to wait for a question.

Q    So this is the main road.

Is that the main road into Butare that's depicted in that image?

A    It is.

Q    So where, based on your understanding, your research and experience, where is your understanding that that roadblock existed?

A    Somewhere around in here.

You can actually see people lined up trying to get through it, so --

PDF created with pdfFactory trial version www.pdffactory.com

Q    If you would touch the screen again.

A    Sure.

(Witness complies.)

Q    How far is, in your estimation, the structure of the Ilhuliro Hotel to this area?

A    Fifty feet, maybe.

Q    And from your research, what was the -- describe the atmosphere at a roadblock?

A    Well, the roadblocks were used to, as I said, try to weed out any Tutsi who might be trying to get through.

But they also were a place where the sort of young militias that ran some of them could kind of empower themselves, because everybody had to show their ID cards. The militia groups that were running them often were drinking, sometimes smoking pot, and it was a little bit of a party atmosphere where they got to lord it over other people.

Q    How was -- recalling a roadblock, how were they set up physically?  What was blocking the road?

A    There were usually some physical obstructions, you know, beer crates, branches, other things that made it hard for cars to drive through.  They'd have to lift a branch or something to let a car go through.  It wasn't really the physical block, though, that kept people back.  It was because you had people there.  Usually someone armed was at

PDF created with pdfFactory trial version www.pdffactory.com

a roadblock, and people just had to pass through.

Q   What would happened when people passed through?

A   They would have to show their identity card, and the identity cards would be checked.  They'd look at them.  They would ask some questions.  They would sometimes search people to make sure they didn't have guns.

If you knew the people running the roadblock, you could usually get through fairly easily.

If you were an important individual, you could get through.

But your average peasant farmer trying to get through, usually had to stand there and be humiliated a little bit while they searched them for supposed weapons, that sort of thing.

Q   So the roadblock that was in front of the Ilhuliro Hotel, who was that manned by?

A   It was set up by the MRND Militia.  There was only, again, a fairly small group of MRND supporters in town.  The militia group was headed by a man named Shalom Ntahobali.

Q   Can you spell that for the court reporter?

MR. McGINTY:  May I have a continuing objection?

THE COURT:  You may.

A   N-T-A-H-O-B-A-L-I.

Q   You mentioned the MRND Militia.  Is that the Interahamwe group that you mentioned earlier?

PDF created with pdfFactory trial version www.pdffactory.com

A    That's right.

Q    And was that -- do you know when that roadblock went up, and do you know how long it lasted?

A    I believe it was put up on the 19th.  There were a few roadblocks that went up before the 19th, but I believe this one was put up on the 19th.

Q    Are you talking about April 19th?

A    April 19th.

Q    That's the same date that you described earlier that the genocide had come to Butare?

A    That's right.

The killing mostly began on the 20th, but the 19th was when the government came in and held its meeting and said, We're going to carry out the genocide here.

Q    The interim president during the genocidal period, did he live in Butare as well?

A    He had a home in Butare.

Q    Did he come from Butare?

A    Yes.

Q    Where, vis-a-vis this hotel, was that home?

A    So his -- can I touch on here to show the directions?

Q    Yes.

A    So if you follow the road down this way, his home was on -- a little closer towards Burundi.  There were two major neighborhoods that were very densely populated that were on

PDF created with pdfFactory trial version www.pdffactory.com

just the other side of the university.  So Sindikubwabo's home was there.

Q   In addition to roadblocks in this area, did your research reveal whether there were mass graves in this area?

A   I did not look specifically at mass graves.  Certainly, there were people who talked about a number of --

MR. McGINTY:  Objection.

THE COURT:  This one I will sustain.  This is not an area of your direct research.

Q   Just a foundation question.

In the book that you helped work on, Leave None To Tell the Story, were various locations of mass graves depicted in that book?

A   There were.

Q   Let me switch gears now and ask you about -- do you know the relationship between this man Shalom Ntahobali and Pauline Nyiramasuhoko?

A   She was his daughter.

Q   And did they have any relationship to the Ilhuliro Hotel?

A   Their family ran the hotel?

MR. McGINTY:  Objection, your Honor.

Continuing objection?

THE COURT:  You may.

A   Pauline's husband was the rector at the university.

PDF created with pdfFactory trial version www.pdffactory.com

They were a very prominent and wealthy family in the community, and they built this hotel as a business venture. And their son, Shalom, was the manager of the hotel.

Q   Sir, I want to ask you questions about the different social classes in Rwanda.

Are elites treated differently than peasants in Rwanda?

A   Rwanda is a very poor country.  If has no natural resources.  It depends on agriculture.  The vast majority of the population is peasant farmers who just make enough to get by.  So there's a very small portion of the population that has wealth and power, and they're treated with a lot of deference.  They control the political system, and are -- they expect people to show respect to them and to give them privileges.

So, for example, if you were approaching a roadblock in a car, it's probably easier for you to get through because that means you're important -- by definition so few people owned cars -- and you'd pass.  You'd still have to show identification, and they would look in your trunk for arms and that sort of things, but they're not going to harass you in the way they would a peasant on foot.

Q   What was the level of education amongst peasants versus the elite?

A   Well, over half the population was illiterate, which

PDF created with pdfFactory trial version www.pdffactory.com

means that they hadn't even finished grade school.

About 10 to 15 percent of the population went to secondary school, and less than 1 percent of the population went to university.

So it's a very small portion of the population that actually had gotten higher education.

Q   In terms of the lawyers, were there a lot or a very few lawyers in Rwanda?

A   Obviously, not a lot of lawyers.  Most people, if they were charged with an offense, couldn't afford to hire a lawyer.

Q   How about female lawyers?  Back in 1994, how would you describe how many females lawyers there were?

A   There were very, very few.

Q   Describe the relationship between one's family identity and their social status?

A   Well, there were -- Rwandans often have large families, and family connections are very important.  It's a country where people are often tied together very much by family ties.  And if you're a powerful individual, you usually make sure that your family members benefit from that.  So if you are a minister, for example, you will often make sure that your brothers and sisters and others are appointed to key positions, because it helps to build up the wealth and the strength and the power of the family in general.

PDF created with pdfFactory trial version www.pdffactory.com

Q   Can you tell one's family relationship by the name, the naming convention, in Rwanda?

A   Rwanda has an odd practice in that there are no family names.  When you're born, you're given a Rwandan name, a Kinyarwandan name, and when you're baptized, you're given a second name.  And even those who weren't -- the small portion of the population that's not Christian will also take two names, but those are names given by the parents.

It's a small percentage of the population where the children and father will have the same last name, but, ordinarily, you can't even tell who's married to one another by the last name.  People will refer to their maiden names and not their married names.

Q   As the genocide ended, you described that the RPF basically came in and they stopped the killing?

A   That's right.

Q   Approximately when did that occur in Butare?

A   July 3rd.  The RPF came in from the north and basically took over.  You know, fought house to house through Butare and took over the city.

Q   Was there a phenomenon called "Hutu flight"?

A   Well, as the RPF arrived, a lot of Hutu in various areas fled into exile.  So when they were passing through the east of the country, a lot of the Hutu fled into Tanzania, about a million, and as they came into the rest of the country,

into the western parts of the country, people fled into Congo.

So, again, there were about a million Hutu refugees who fled into Congo at this time.

There were also some people who were displaced within Rwanda, who left their communities to try to escape and didn't leave the country, but at least tried to hide from the RPF.

Q   Were there reprisal killings during this period?

A   There were some, yes.

Q   Describe what that means to the jury.

A   Well, as the RPF came in, they often just opened fire on the population they found, because they saw them as people carrying out the genocide, "genocideare."  They thought they were all Interahamwe, so they sometimes opened fire.

Then they also -- not everyone fled.  Some people stayed.  And they sometimes, when they came in, would try to figure out who they thought was involved in the killing and do summary executions; particularly in the first month or so when the RPF came into power, there were quite a few killings that took place.

Q   You described people going into The Congo.  What was the most common route from Butare?

A   Most people fled sort of straight across the south of the country and then across the border.

PDF created with pdfFactory trial version www.pdffactory.com

Q    Was that near the city of Cyangugu?

A    Yes.

But Burundi itself was having political problems and it had some ethnic violence.  So people were less inclined to flee there than on to Congo where they felt the government was supportive.

Q    After the genocide ended, were there mechanisms for accountability, aside from the reprisal killings you described?

A    As I mentioned yesterday, the International Criminal Tribunal for Rwanda was set up in Arusha by the international community.

The government of Rwanda also organized its own trials.  They had national level trials beginning in 1996 where they tried to hold people accountable.  It was very a slow-going process.  So beginning in 2001, they organized another sort of experimental type of trial, a local level, grassroots, nonprofessional trial called "Gacaca."

Gacaca's a little like a jury system without lawyers and judges, where you just get a group of people together who would make decisions about the cases that were brought.  They had advice from government officials, but the vast majority of genocide cases in Rwanda have been tried in Gacaca courts.

Q    And then did the Rwandan domestic courts prosecute

PDF created with pdfFactory trial version www.pdffactory.com

certain individuals as well?

A    The domestic courts focused primarily on the main organizers of the genocide.  So once the Gacaca courts were established, the idea was your average criminal would be tried in Gacaca courts; whereas, people who were mayors and leaders and people who were the sort of chief organizers of the genocide would be the ones tried in national courts.

Q    The kind of extra-judicial killings and process that occurred when the RPF first came in, did that shift to these more formal methods of accountability after the country had been pacified?

A    Did the courts, you mean, deal with RPF crimes?

Q    No.

Did the -- I'm trying to get, kind of chronologically, when each of these kind of institutions, when it wasn't just summary execution and it became a formal mechanism for accountability?

A    Well, really within a couple of months after the RPF took power, the summary executions stopped.  So there were a couple of years where a lot of people were arrested but the trials hadn't started yet.  So the first trial started in December of 1996.

Q    So there were no summary executions, that kind of a programmatic thing, after 1994?

A    There were still some assassinations occasionally.

PDF created with pdfFactory trial version www.pdffactory.com

Rwandan is still an authoritarian state, and there still are occasionally attacks on individuals, but most accountability was taken care of, particularly for the genocide, in the regular courts or in Gacaca.

Q   During the genocide, was there political activity?

A   I mean, certainly, the government tried to make life go on in a lot of ways.  The MRND was on top and in charge. But the opposition parties, as long as they allied themselves with Hutu Power, continued to function.  So the government that was in place did continue to have people from different political parties, and people continued to support them.

There weren't really political rallies at this time.  There weren't any elections, but political life went on.

Q   What was the relationship between Rwanda and the international community during this time?

A   Well, the international community was becoming increasingly critical of what was happening.

The United States and other countries were reluctant to call what was happening "genocide," although we eventually did, but were asking the violence to stop and putting a lot of pressure on the Rwandan government to stop killing its population.  And there were some countries and some groups, really, who were calling it "genocide," and

PDF created with pdfFactory trial version www.pdffactory.com

saying the Tutsi were being slaughtered, that it was not a civil war and that it needed to be stopped.

Q   Would you place any significance in your opinion on the fact that somebody had been writing to the international community during the genocide?

A   Well, there were people trying to influence the international community on both sides.  There were some people who were trying to get the international community to recognize this as genocide and to put their pressures on Rwanda to stop the killing.

There were other people who tried to defend what was happening and deflect attention and talk about it as a civil war, and that it wasn't genocide, that they're just protecting themselves.

So we had people really trying to influence the international community on both sides.

Q   Where did the perpetrators ultimately go?

A   Some of them stayed in Rwanda, but the vast majority fled when the RPF came.  The majority, I would say, fled into Congo, and there were refugee camps that were set up throughout Congo, throughout the border with Rwanda and Congo.

And then others continued on to other places. Particularly, in 1996, the RFP attacked Congo to try to get rid of the -- to drive out the genocideare and bring them

back to Rwanda and put them under arrest.  But even before then, a number of the leaders of the killing had gone on to other places where they felt they were further from Rwanda and a little bit safer.

Q   Was there a difference between where the elites go and the peasants went?

A   Generally, if you were going to go from Congo, you had to have some financial means to get away from there.

I know some poor, poor Rwandans who were in Congo who wanted to get further away from Rwanda.  I know one guy who walked for two years across the jungle of Congo.  But most of the elite would buy a plane ticket and go someplace else.  So there were people who went to Zambia, Kenya, and elsewhere.

Q   Over the years since the Rwandan genocide, have many investigations been done, and has there been a lot of more information gathered?

A   Yes, certainly.

Q   Are you continuing to study the events of the genocide?

A   Yes.

(Pause in proceedings.)

MR. CHAKRAVARTY:  That's all I have, your Honor.

THE COURT:  Mr. McGinty.

MR. McGINTY:  Thank you, your Honor.

PDF created with pdfFactory trial version www.pdffactory.com

**CROSS-EXAMINATION**

BY MR. McGINTY

Q   Dr. Longman, you've described a lot of horrific events that occurred in Rwanda some years ago; fair to say?

A   Yes.

Q   In the course of that, you, as part of the Human Rights Watch investigation, conducted a great deal of time -- committed a great deal of time and resources to try to learn what exactly happened in Rwanda at that time; fair to say?

A   Correct.

Q   Now, this is a trial about a person, Prudence Kantengwa. You understand that?

A   Yes.

Q   In your investigation at Human Rights Watch, did you learn, find out, hear, about any accusation related to Prudence Kantengwa?

A   None whatsoever.

Q   And your work on the Human Rights Watch ran for about, as I understand it, one year; am I right?

A   That's right.

Q   You reviewed investigations; am I right?

A   I'm not sure what you mean.

Q   You reviewed interviews that were done by other persons; am I right?

A   Not on Butare.  I did it for Nyakizu, but mostly it was

PDF created with pdfFactory trial version www.pdffactory.com

my own interviews.

Q In any event, you had no information about Prudence Kantengwa participating in Rwanda genocide?

A No, I did not.

Q Just to change the subject a little.

Rwanda is a patrilineal society, correct?

A That's correct.

Q And that means that a person adopts the ethnicity, or the characterization of ethnicity, of their father; am I right?

A That's right.

Q But it wasn't always so, was it?

A I'm not sure what you mean by that.

Q Let me ask it slightly different.

There were a lot of Rwandans who are of mixed heritage; am I correct?

A There was a fairly high rate of intermarriage, so certainly those would be -- you mean between Hutu and Tutsi?

Q Right.

So there were a lot who were of mixed heritage?

A Correct.

Q Part Hutu, part Tutsi?

A Correct.

Although they were considered one or the other, depending on their father.

PDF created with pdfFactory trial version www.pdffactory.com

Q    Now, going back in history here, it was about the 1930s that the Belgians had introduced these identity cards; am I right?

A    Correct.

Q    And what had been a more fluid distinction between Hutu and Tutsi began to become solidified; fair to say?

A    Correct.

Q    Up to that point, for example, if a person had acquired enough cattle, that person might be characterized as a Tutsi; fair to say?

A    Usually it took about a generation, but it would be true for a family, that a family's identity could change over time.

Q    But with the advent of these identity cards, there was a solidification of the ethnic identity; am I right?

A    Correct.

Q    Now, in the colonial period, the dominant ethnicity was Tutsi; am I right?

A    That was the group that was favored by the regime, yes.

Q    And this followed a sort of colonial plan where a colonist would pick one group and use it to leverage its power over a second group; am I right?

A    Indirect rule.

Q    And frequently by indirect rule they would focus on a minority population to control the majority population?

PDF created with pdfFactory trial version www.pdffactory.com

A    Sometimes.  That was certainly the case in Rwanda, yes.

Q    Now, with independence in the period between '59 and '62, this all changed, and the Tutsi dominance reversed itself and it became Hutu dominance?

A    Correct.

Q    And at that time there were waves of ethnic violence largely against the Tutsi minority; am I right?

A    Really from 1961 -- but from '61 to '65 there were a number of attacks on Tutsi.

Q    And many Tutsis then fled to adjoining countries?

A    Correct.

Q    Some of them went to Uganda; am I right?

A    A large portion, yes.

Q    And basically when they went to Uganda, some of them remained in camps and some of them became more a part of Ugandan society?

A    Hm-hmm.

Q    And they went to school in Uganda; am I right?

A    Yes.

Q    They spoke English in Uganda?

A    Yes.

Q    Over time some of them became part of the Ugandan military?

A    They became part of a rebel group that ultimately took control of the country, and, so, yes.

PDF created with pdfFactory trial version www.pdffactory.com

Q    Now, in 1973, President Habyarimana took over in a coup?

A    Correct.

Q    And when he did that, there had been another wave of ethnic violence which he had sought to stem.

A    Correct.

Q    And in doing that, he created a quota system in order to try to distribute positions, jobs, and to try to quell the developing violence that was occurring between Hutu and Tutsi at the time?

A    Basically tried to diffuse tensions by telling Hutu that Tutsi won't have more than 10 percent of the jobs or 10 percent of the schooling.

Q    So at that time there was then a distribution of positions, that some were allocated to Tutsi and some to Hutu?

A    Yes.

Q    So you talked earlier about parastatal entities?

A    Hm-hmm.

Q    And these were entities that had some connection with the government; am I right?

A    Correct.

Q    Now, in those parastatal organizations, Hutu and Tutsi were given quotas indicating how many Hutu would be employed and how many Tutsi would be employed?

A    The quota system usually reserved some jobs for Tutsi.

PDF created with pdfFactory trial version www.pdffactory.com

Certainly, it was not fully respected.  The military, for example, had virtually no Tutsi.

But my understanding is that in parastatals there usually were at least some positions that were set aside for Tutsi.

Q   Are you familiar with how the positions were set aside in Sonarwa?

A   No.

Q   Are you familiar with how many Tutsi were employed at Sonarwa?

A   I am not.

Q   Are you familiar with the statute that created Sonarwa?

A   Only vaguely.

Q   Now, the statute that created it, created making it a monopoly for a period of five years; did you know that?

A   No.

Q   And as a monopoly for five years, it would have the ability to control the insurance market for that period?

A   Hm-hmm.

Q   And that period would have been between 1975 and 1980; fair to say?

A   Yes.

Q   And after that there were competing organizations that provided auto insurance in Rwanda?

A   Hm-hmm.

PDF created with pdfFactory trial version www.pdffactory.com

Q   Now, following this decision to divide the quota system
to ensure more fairness to Tutsis and to Hutus in the
system, there was a period of about a decade where Rwanda
was in relative peace.  This would have been a period that
would have led up to the late 1980s when things began to
change; am I right?

A   Correct.

Q   And in the late '80s there were economic hardships that
occurred; the coffee crop had basically collapsed, and the
tea market had largely collapsed?

A   Beginning about '86.

Q   And that created increasing unhappiness in Rwanda?

A   Correct.

Q   And unhappiness in Rwanda frequently translates into
ethnic unhappiness?

A   I don't think it does so naturally.  I think leaders
will sometimes exploit economic unhappiness to try to foster
ethnic tensions.

Q   Now, in addition to tensions that were ethnic, there
were also regional tensions?

A   Correct.

Q   You had described that Habyarimana, the president of
Rwanda, was from the northern part of the country?

A   Hm-hmm.

Q   His predecessor, the president, had favored people from

PDF created with pdfFactory trial version www.pdffactory.com

the southern part of the country?

A    Correct.

Q    Am I correct?

A    Yes.

Q    The current president favors people who are of Tutsi heritage who are from Uganda; fair to say?

MR. CHAKRAVARTY:  Objection.

THE COURT:  Overruled.

A    I would say generally, yes.

Q    English speakers, right?

A    Some preference for English speakers, a general preference for those Tutsi who returned after the genocide from various other countries, but those from Uganda were the best placed, I would say.

Q    But with Habyarimana, in Habyarimana's case, he favored people from the north, but from a particular part of the north, did he not?

A    Yes.  There were two prefectures that were most favored, Gisenyi and Ruhengeri.

He was from Gisenyi.  Ruhengeri was the next one over.

Q    And people voiced unhappiness with this regional preference; am I right?

A    Absolutely.

Q    And in voicing that unhappiness, they were expressing

unhappiness with the way that there was favoritism in the employment not based on ethnicity, but based on regionalism --

A    Correct.

Q    -- and that is whether you came from Habyarimana's particular prefectures, correct?

A    Correct.

Q    And the prefectures are, in effect, let's say, states --

A    Hm-hmm.

Q    -- effectively states.

So his preference was for people who came from Gisenyi and Ruhengeri, the north, right?

A    He was from the north, in general, but particularly for Gisenyi and Ruhengeri.

Q    Now, you testified about some documents that were found in the employment file of Prudence Kantengwa?

A    Correct.

Q    Did you read that file?

A    I did.

Q    I'm sorry?

A    Did I read it?

Yes, I did.

Q    And in there, there was a letter that she had composed in 1991 complaining about attribution to her of complaints about this regionalism, and how it affected employment

prospects at Sonarwa; am I right?

A    That's correct.

Q    In that letter she was saying that she didn't voice it, but others had attributed to her a criticism based on preference that was given to people who were from Gisenyi and Ruhengeri?

A    Correct.

Q    You testified that a person, to get a position at Sonarwa, would likely have connections.  Is that the word you used?

A    Correct.

Q    And when you say "connections," is that based on personal knowledge of what the hiring practices were at Sonarwa?

A    Not specifically Sonarwa, but a general knowledge of how various parastatals and other government organizations worked.

Q    Basically how it worked, right?

A    Yes.

Q    So it worked in some instances like that, so it must work that way here?

A    That's my assumption.  I don't have any particular privileged knowledge about Sonarwa.

Q    "Privileged knowledge" means knowledge specific to how Sonarwa really worked; fair to say?

PDF created with pdfFactory trial version www.pdffactory.com

A   I don't know anything specifically about Sonarwa other than as a parastatal organization.

Q   And the employment file that you reviewed shows that she had been hired as a lawyer at Sonarwa, correct?

A   Correct.

Q   She was there for a short probationary period at the beginning; am I right?

A   Correct.

Q   And during that time, she was demoted; am I right?

A   Her direct supervisor recommended that she not be hired on full time.

Q   And when she was demoted, the evaluation of her abilities was quite unkind; fair to say?

A   It seemed to be, yes.

        If I --

Q   There's no question before you.

A   Sure.

Q   "Ms. Kantengwa gives the impression to be superficial; her remarks and recommendations show a lack of juridical strictness, and her speeches are sometimes thoughtless."

        That's what it said, right?

A   I believe so.

Q   It says, "She cannot interpret any legal text and even worse, she does not read!"

        That's what it said, right?

PDF created with pdfFactory trial version www.pdffactory.com

A    I believe so.

I looked at it very quickly, but that sounds correct.

Q    Now, based on this evaluation, she was demoted; am I right?

A    I'm not clear that she was demoted.  I was somewhat surprised, given that evaluation, that she passed her probationary period and was hired at all.

Q    She was demoted down to auto claims, wasn't she?

A    She was in auto insurance, yes.

Q    Auto insurance, meaning that she was processing auto claims?

A    That wasn't clear to me from the letters, but --

Q    At the time when she was first employed there, the person identified as Matthieu Ngirumpatse was the head of Sonarwa?

A    Correct.

Q    How long was he the head of Sonarwa?

A    I'm not sure.  She was hired in '91.  He was certainly the head -- I'm not sure when he was named.

Q    When you say "when he was named," he left that position, right?

A    Yes, he did.

Q    And after he left that position, he became head of MRND?

A    That's correct.

PDF created with pdfFactory trial version www.pdffactory.com

Q    Now, Ms. Kantengwa, you also noted -- or did you note -- that in her employment file she was also suspended for incompetence, correct?

A    I did see that, yes.

Q    And she was given a three-day suspension.  And this was in March of 1994; am I right?

A    Correct.

Q    This was one month before the genocide began; am I right?

A    Correct.

Q    In 1990, as these economic tensions in Rwanda increased, there was the recognition of this looming presence on the Ugandan border of Tutsi immigrants who were assembling for possible military assault into Rwanda?

A    I am not aware that there was any general awareness of that possibility until they attacked on October 1, 1990.

        I think for most people they were taken by surprise by that attack.

Q    The attack occurs October 1990, and with the attack begins the Rwandan Civil War?

A    Correct.

Q    Now, some of the participants in that civil war were persons who had been trained in the Ugandan military, correct?

A    Correct.

PDF created with pdfFactory trial version www.pdffactory.com

Q    Had been trained in military action in Uganda; fair to
say?

A    Yes.

Q    That they had been allied with the ultimate president of
Uganda, Museveni, in an attempt to unseat Obote, who was the
dictator in Uganda at the time?

A    Correct.

Q    And a number of these people rose to high command ranks
within Uganda?

A    A small number that were with Museveni when he started
the rebellion became very powerful.

Q    And among the powerful people that had become trained
and skilled in that military action in Uganda in helping
Museveni ascend to his presidency, was the current president
of Rwanda, Mr. Kagame?

A    That's correct.

Q    And when the RPF invaded Rwanda, it was with at least
the tacit support of the Ugandan government; am I right?

A    Yes.

Q    And, more than that, there was the suspicion that Uganda
was also providing military aid and assistance to that
invasion?

A    Many people at the time certainly said so, yes.

Q    Now, at the same time Rwanda was facing internally a lot
of pressures to change and to expand the liberties and

PDF created with pdfFactory trial version www.pdffactory.com

expand the possibility of expression and expand party membership within Rwanda?

A   To expand the number of parties and to allow more parties, yes.

Q   Because there were internal dissidents who were upset with the single-party rule, with the dictatorship, and with the way the political life was managed at the time in Rwanda?

A   Correct.

Q   And at the time there was a single party in Rwanda, MRND, right?

A   That's right.

Q   And that was a creation of Habyarimana when he first had become president to make this a one-party state?

A   Two years after, but, yes, in 1975.

Q   So that all persons in Rwanda upon birth were members of MRND?

A   All people in Rwanda were required to be members, I believe, beginning at the age 16.

Q   Like it or not?

A   Like it or not.  It was the only party.  It was a monopoly.  It was a party state.  So all Rwandans were members of the MRND.

Q   Now, with the multiparty change, a person had the option to be a party member, correct?

PDF created with pdfFactory trial version www.pdffactory.com

A    That's correct.

Q    They could elect to be part of MRND.  They could elect to be part of a different party?

A    Correct.

Q    But in order to be a member of a party, you had to elect -- you had to elect to be part of that party; am I right?

A    Yes.

Q    Now, up to 1991, even after '91, there were Tutsis who were part of MRND, weren't there?

A    A very small number but, yes.

Q    But there were Tutsis.

       An example of that was Robert Kajuga; am I right?

A    Correct.

Q    And Robert Kajuga, who was ultimately the president and head of the Interahamwe?

A    Yes, bizarrely.

Q    And a member of MRND?

A    Yes.

Q    And he wasn't alone?

A    He was not alone, but he was fairly lonely.

Q    Now, the -- incidentally, when was it that Robert Kajuga had come to Butare?

A    May, sometime in May.

Q    Do you remember when in May that was?

PDF created with pdfFactory trial version www.pdffactory.com

A    I think May 25 -- may 20, May 25.

Q    In late May?

A    It's certainly mentioned in there.

Q    Late May?

A    1994.

THE COURT:  Mr. McGinty, this might be a good point to take the morning recess.

Jurors, let's take a 25-minute recess, and we'll come back and hear the rest of this testimony.

THE CLERK:  All rise.

(Recess.)

THE CLERK:  All rise for the jury.

(Whereupon, the jury entered the courtroom.)

THE CLERK:  All rise for this Honorable Court.

Court is open.  You may be seated.

MR. McGINTY:  May I proceed, your Honor?

THE COURT:  You may.

BY MR. McGINTY

Q    Dr. Longman, before --

MR. McGINTY:  First of all, I want to extend an apology to the Court and the jury.  I was late this morning, there's no excuse, and I apologize.

One of the reasons not to be late is apparently I missed part of your testimony, and I apologize for that as well.

PDF created with pdfFactory trial version www.pdffactory.com

Q    You had testified in my absence that there had been a name change of the MRND in 1991; is that the case?

A    It was '91 or '92, I'm not sure, but sometime, yes.

Q    And the name change involved a change and the addition of a word, "development," to the end of the MRND name; am I right?

A    It actually involved adding "democracy."  So the "development" was already there.

Q    So if I can just direct your attention here to this document, which is a blow up of the question on the Rwanda Questionnaire.

         "Were you or any member of your immediate family members (spouse, parents, siblings, children) ever a member of a political party, particularly" -- and then it says, "MRND, (Mouvement Revolutionaire pour le Developpement)"

         Now, is the "Mouvement Revolutionaire pour le Developpement" what the actual name "MRND" stands for?

A    It leaves out the word "National."

Q    National.

         As this appears on the Rwanda Questionnaire, there is part of the name missing from the name that's given here; am I right?

A    Correct.

Q    Now, also, the word "democracy" is missing from this name; am I correct?

PDF created with pdfFactory trial version www.pdffactory.com

A    Correct.

Q    So the way this should read post '91 or '92, would be that this should read, "Mouvement Revolutionaire National pour le Developpement"--

A    Or "Democracy of the Development."

Q    "Democracy?"

A    Yes.  I think it's "Developpment" -- Democracy and Development.

Q    So in neither event, neither before nor after, before 1991, '92, or after '92, does this fairly capture the exact name of the organization that is referred to either as the "Mouvement Revolutionaire National pour le Developpement" or "Le Mouvement Revolutionaire National pour le Developpement et le Democracy"; is that fair to say?

A    The acronym is correct, but the writing of it is not.

Q    Now, yesterday you testified that the MRND was the ruling party between 1975 and 1992, correct?

A    Correct.

Q    And "ruling party" means that it was the party that was the unique party that existed during that period; am I correct?

A    Correct.

Q    Now, you used a different word today to describe the MRND or MRNDD after 1992.  You referred to it is as the "dominant party," did you not?

PDF created with pdfFactory trial version www.pdffactory.com

A    Correct.

Q    So in your mind, there's a distinction between the "ruling party" and the "dominant party"; am I right?

A    Not really.  I still generally refer to the MRND as the "ruling party" and the "opposition parties."  That may be slightly sloppy language because the opposition parties actually had some representation in government.  But my assessment was that it really was still -- the ruling party was the party that had the control.

Q    You're in academics and you deal in precision, correct?

A    Correct.

Q    So the correct way to refer to the MRND as the ruling party, would be that it refers to the period between '75 and '91; is that precise and accurate?

A    '92.

Q    '92.

A    April of '92 is when the multiparty government was put into place.

Q    So it would be the ruling party for that period, and that would be the precise way to refer to it?

A    Ah --

Q    Yes or no?

A    Yes.

Q    And the word you used to describe the period after '92, describing now the MRNDD, is that it was then the "dominant

party"?  Those were your words, am I right?

A    Yes.

Q    Describing its existence in a panoply of other parties that were then part of the choice selection for persons who were in Rwanda; fair to say?

A    Yes.

Q    So -- well, if a person goes to a MRND rally, that wouldn't make them a member of MRND, would it?

A    Not necessarily.

Q    And does MRND have membership rolls?

A    Does it have membership rolls?

Q    Right.

A    I assume that they kept some membership roll.

Q    Because you want to know who's in your party, right?

A    Yes.

        Unlike the United States, that would not have been kept by the government, that would have been kept by someone within the party itself.

Q    But if you want to look for it, you would expect for it to be there somewhere, right?

A    Perhaps.

Q    Did you ever look for it?

A    I never saw party membership rolls for any of the parties.

Q    But did the government ever show you a membership roll?

PDF created with pdfFactory trial version www.pdffactory.com

A    No.

Q    When you looked through the Sonarwa records, did you see a hint that moneys were being taken from Prudence Kantengwa's salary in payment to the party?

A    I didn't see anything on that.

Q    Did you see anything in her employment records indicating that she was a member of a party?

A    No.

Q    And you read the records?

A    I looked at them briefly, yes.

Q    Well, did you read them briefly, or did you read them?

A    I did not spend a lot of time reading them, but I read through them.

Q    Now, the RPF's initial incursion, October 1 of 1990, was relatively unsuccessful?

A    Correct.

Q    Fair to say?

A    Yes.

Q    But in February of 1993, it had a rather successful attack up in northern Rwanda; am I right?

A    Right.

Q    And it drove about a million people from their homes?

A    Correct.

Q    Pressing them down on to Kigali?

A    Correct.

PDF created with pdfFactory trial version www.pdffactory.com

Q    Through the prefecture of Byumba, correct?

A    Correct.

Q    Would you kindly show where the point of entry was of the RFP, where it was in October of 1990, and then what its offensive push was in 1993?

A    The initial entry was on this side up here (indicating), and they were driven back fairly quickly.  And after that, most of their attacks came from this area (indicating).

So the attack on February 7 of 1993 was in this area, and pushed down fairly close to Kigali, and then pulled back, so that a part of Byumba became occupied.

Q    Okay.

The part the Byumba that was occupied, was where -- if you just sort of give us --

A    Sure.

The northern tier of Byumba, near Ruhengeri.

Q    So basically the drive was through Ruhengeri and through --

A    And Byumba.

Q    Driving the people --

MR. McGINTY:  If I might, with your Honor's permission?

Q    What that did was it drove a million internally displaced people --

A    Correct.

PDF created with pdfFactory trial version www.pdffactory.com

Q   -- down toward Kigali; am I right?

A   Correct.

Q   And unlike -- and one of the things that the RPF did, one of the tactical choices it made, was to drive a civilian population in front of it; isn't that right?

A   I am not able to judge that.

Q   Didn't you or -- you've read the literature that relates to the military tactics of the RPF; am I right?

A   Some, yes.

Q   Have you read Mahood Mandami [ph.], one of the things he talks about is how the RPF chose to push the civilian population out front and, in effect, depopulate the rear. Have you read that?

A   I have.

Q   Now, that was a deliberate policy on the part of the RPF to use a civilian population as a military buffer and a force to destabilize the city of Kigali and the army in front of it; isn't that true?

A   Mandami claims that.  I am not convinced.

    But, yes.

Q   You know that after the RPF pushed through Byumba, Byumba was effectively depopulated, wasn't it?

A   For a period of time.

Q   And so was Ruhengeri depopulated?

A   For a period of time.

PDF created with pdfFactory trial version www.pdffactory.com

Q   And as the RFP pushes down, the people from Uganda who are not part of the RPF, come into Byumba and come into Ruhengeri behind the RPF; isn't that true?

A   I am not aware of it.

Q   And take the properties of people who have been displaced.

MR. CHAKRAVARTY:  Your Honor, objection to the relevance at this point.

THE COURT:  Is this just background?

MR. McGINTY:  This is background, your Honor.

THE COURT:  Okay.

Q   Do you understand that that's what happened?

A   I am not aware of that, no.

Q   And the effect of this was forcing a million people, internally displaced people, down into the area of Kigali, correct?

A   Not exclusively Kigali, but the majority were around Kigali, yes.

Q   Now, you had mentioned there appeared to have been a hiatus in the civil war that occurred in '93 with the passage of the Arusha Accords?

A   Corrects.

But during that time, there were these internally displaced people from Byumba who probably didn't consider that a hiatus in the war but considered it part of war;

PDF created with pdfFactory trial version www.pdffactory.com

would that be fair to say?

A   No, it would not, because most of them actually returned to their areas.

Q   Are you saying that they returned to the area and even Byumba was occupied by the RPF?

A   That's correct.

Q   Even though the RPF had effectively depopulated that area?

A   After August, after the Arusha --

Q   No, not after August now.  I am talking about --

MR. CHAKRAVARTY:  Your Honor, if he could finish the answer?

THE COURT:  That would be a good practice.

Q   If I could just orient this.

In the period of 1993, after the October -- or, sorry, in the area -- in February of 1993, after the RPF forces had pushed through into Byumba and created these internally displaced persons, they created a battle line; did they not?

A   At that time, I guess.  What do you mean, a "battle line"?

Q   They had their forces poised against the forces of the FAR, which is the Rwandan Army.

A   If I could explain the situation?

Q   Yes.

PDF created with pdfFactory trial version www.pdffactory.com

A    The RPF pushed down towards Kigali, and then they pulled back substantially, so that they actually were back in a back line, and there was a sort of line of control that they had.  It was supposed to be a demilitarized zone.  And, in fact, many of the people who had been displaced returned to their homes.

So there was a period where there was 1.1 million people who were displaced.  But after the Arusha Accords, there was only a small number of people who were displaced.

Q    Now, after the Arusha Accords, in Burundi, there was the assassination of the president of that country, was there not?

A    Correct.

Q    Now, Burundi has about the same ethnic division between Hutu and Tutsi?

A    It's similar, yes.

Q    And the president of Burundi was a Hutu?

A    Correct.

Q    And he was the first Hutu to hold the position of president in Burundi?

A    Correct.

Q    And as a result of his assassination, Hutus had begun to attack Tutsis; am I right?

A    There was equal killing on both sides, but, yes.

Q    But the army in Burundi was largely Tutsi controlled; am

PDF created with pdfFactory trial version www.pdffactory.com

I right?

MR. CHAKRAVARTY:  Objection to this.  This case is about Rwanda not Burundi.

THE COURT:  That's what I thought.

Need we go to Burundi?

MR. McGINTY:  This is very short, your Honor.

THE COURT:  Well --

Q   The army was controlled by Tutsis; am I correct?

A   In Burundi, correct.

Q   As a result of that, there was extensive killing, a death toll in the tens of thousands in Burundi, correct?

A   There was about 100,000, according to international research, about 50 percent Tutsi and 50 percent Hutu.

Q   And that caused a lot of people to rush out of Burundi and go up into Rwanda; am I correct?

A   There were certainly refugees, mostly Hutu, who came from Burundi to Rwanda.

Q   Which contributed to the ethnic tension in Rwanda; did it not?

A   Yes, it did.

Q   And it also was an indication of what happens if a regime is decapitated; in other words, whose president was assassinated?

A   Leaders of Hutu Power used it in that way, certainly, to make their argument.

PDF created with pdfFactory trial version www.pdffactory.com

Q    And it was a short six months later that Habyarimana was assassinated; am I right?

A    Correct.

Q    On the plane with him at the time was the next Burundian president who was also assassinated?

A    Correct.

Q    And with the assassination of Habyarimana, the genocide was, in effect, sparked?

A    Correct.

Q    And one of the questions is:  Who lit the spark?

A    Who shot down Habyarimana.

Q    Who shot down Habyarimana?

A    We actually don't know.

Q    The word you used to describe what happened after the assassination of the president was a "plan."  You spoke about how there was a "plan" already in place --

A    Correct.

Q    -- right?

Now, when you use the word "plan," it almost suggests that it was a consequence of the knowledge that Habyarimana was going to be assassinated.  Is that a fair inference?

A    That's not how I would characterize it.

Q    Okay.

Now, one would have a plan if one had foreknowledge

PDF created with pdfFactory trial version www.pdffactory.com

of what was going to happen; would that be fair to say?

A    On plans in general?

Q    Yes.

A    I guess.

Q    And so when you talk about a "plan" here, you're not talking about a plan that presumes that it was Hutu Power that assassinated the president; is that fair to say?

A    I don't believe this plan was based on the assassination of the president; that's a presumption.

Q    So, in your judgment, which is the party that was responsible for the President's plane?

MR. CHAKRAVARTY:  Objection.  Asked and answered.

THE COURT:  Sustained.

Q    Now, there have been investigations that you're aware of to answer this question; am I right?

A    Correct.

Q    One of them was in France which laid the blame at the door of the RPF; isn't that true?

MR. CHAKRAVARTY:  Objection to the relevance of who shot down the plane.

THE COURT:  I thought we were going to be brief about this?

MR. McGINTY:  Well --

THE COURT:  Go ahead, but let's see if we can get to the point.

PDF created with pdfFactory trial version www.pdffactory.com

A    No.  The investigation in France actually suggested that it was Habyarimana's own people who probably shot down the plane.

There have been other investigations that have pointed the finger at the RPF.

Q    And there were proceedings in France in '06 by a French judge who issued indictments against RPF principals?

A    And there was some investigation that was completed a couple of months ago which seems to say that the RPF could not have been involved because of the location of the misses.

Q    You're also aware that there were RPF principals who were colleagues of Kagame who say that he participated in the planning of that downing of that plane?

A    I'm aware of that.

Q    So, in any event, in the aftermath of the accusation of the RPF, Rwanda itself conducted a commission investigating the conduct of the French in the lead-up to the genocide; am I right?

A    Correct.

Q    That was called the "Mucho Report"?

A    Correct.

Q    And the Mucho Report was named after the Minister of Justice in Rwanda; am I correct?

A    Correct.

PDF created with pdfFactory trial version www.pdffactory.com

Q    And what the Mucho Report alleged is that French soldiers, who were participants at roadblocks pregenocide, were involved in the rape of Rwanda nationals; isn't that true?

A    Correct.

Q    And isn't it true that that study by the Rwandan government is largely discredited academically?

A    I myself --

MR. CHAKRAVARTY:  Objection.  This is very far afield.

THE COURT:  Well, I allowed the government to go pretty far afield, so...

A    I myself witnessed French soldiers at barricades in 1992 to '93, so...

Q    And were they involved in atrocities towards civilians?

A    Other than beating up a Peace Corps volunteer that I knew, I am not aware of it.

Q    Where was that?

A    When was that?

Q    Where was that?

A    That was in Butare.

Q    Now, after the genocide had started, there were many moderates who were at risk; am I right?

A    Correct.

Q    And almost immediately the prime minister was

PDF created with pdfFactory trial version www.pdffactory.com

assassinated?

A    Correct.

Q    Other important principals in the Rwandan political sphere were at risk of themselves being murdered; am I correct?

A    Correct.

Q    One of them was Jean Marie Higiro; is that true?

A    Correct.

Q    Now, Jean Marie Higiro is Prudence Kantengwa's brother. Did you know that?

A    I heard that, yes.

Q    And he was a member of the party of Twad Garunga [ph.] who, himself, was a moderate; am I right?

A    Correct.

Q    A member of MDR, correct?

A    I am not aware of his membership, but he was certainly known as a moderate, yes.

Q    And those persons were at risk of being found out and murdered?

A    He was certainly someone who would have been targeted because he had helped to moderate the oppressed.

Q    Right.

Now, Higiro was the head of Radio Rwanda, wasn't he?

A    Correct.

PDF created with pdfFactory trial version www.pdffactory.com

Q    And he was part of the restructured government under the auspices of the prime minister, correct?

A    Correct.

Q    And what he was thought to be was sympathetic to the RPF; fair to say?

A    He was accused of being sympathetic to the RPF.  People in Rwanda at the time respected him for being a very independent journalist.

Q    But the government had -- the genocidal government viewed him as the enemy?

A    Indeed, yes.

Q    Now, you were not in Butare at the time of the genocide, were you?

A    I was not.

Q    And so your opinion about what happened in Butare is not based on personal experience?

A    I was not there during the genocide.  I didn't see the genocide myself, no.

Q    And when you described about how you learned about things, you talked about how people were talking; am I right?

A    Correct.

Q    Now, you had mentioned in your direct testimony that you had conducted about a hundred interviews as part of your work?

PDF created with pdfFactory trial version www.pdffactory.com

A    That was as part of the Leave None to Tell the Story.  I conducted many more than that in my work over the years.

Q    How many formal interviews did you conduct in connection with your Butare work?

A    With the Butare work?  For Leave None to Tell the Story specifically?

Q    Yes.

A    Perhaps 20, 25.

Q    When you became involved in the Human Rights Watch effort in Rwanda, it had already been ongoing for about six or eight months; am I right?

A    Correct.

Q    And those 20 or 25 interviews, do you have them?

A    The ones that I conducted?  I do not have access to them anymore, no.

Q    Of those interviews, were they people from the Butare area?

A    Yes.

Q    Who were then living in Butare?

A    Some of them were living in Butare, some were not.

Q    Did you -- strike that.

        Now, in conducting research in Rwanda, there are a number of particular challenges, are there not?

A    Certainly.

Q    And one is to try to determine whether you're getting a

PDF created with pdfFactory trial version www.pdffactory.com

stark answer or a truthful answer; would that be fair to say?

A    Sure.

Q    And in trying to discern what's the truth, you try to distinguish what the person wants you to hear from what the person actually experienced; is that fair to say?

A    I mean, research, I'm always trying to push people to talk about what they have seen with their own eyes.  So I try to push people to talk about their eyewitness testimony. I will also ask people about things that they have heard so that I can pursue them and try to find other eyewitnesses.

Q    Haven't you said that there is a tendency culturally for people, Rwandan people, now, there is a tendency culturally for people to try to tell you what they think you want to hear?

A    Yes.

Q    And you're talking now about Rwandans --

A    Yes.

Q    -- when you interviewed them, right?

A    When one speaks to them, when one interviews them, yes.

Q    And you recognized that there's a tendency for them to tell you what you want to hear?

A    Tell you what they think you want to hear.

Q    Okay.

      So in doing that, there's a risk that if they tell

you what you want to hear, it's simply confirming what your prior assumptions were about events?

A    Luckily, as a researcher, I know how to get beyond that.

Q    But if a person tells you a story, and then you scratch deeper to try and find out what the truth might be, and there then comes a second story, how do you distinguish whether the first story is right or the second story?

A    There are a variety of methods that we use as social scientific researches to try to get at the truth. Certainly, it helps that I know some Kinyarwanda and have spent a lot of time there.  So I get a sense, in general, whether people are being truthful, by asking for details, asking for eyewitness accounts.  There's a lot of ways in which you can get at what people are actually saying.

When people talk in just general terms without details, for example, and you push them for details and they can't give the details, that suggests to me that they're maybe not being truthful.

Q    But if they tell you what they think you want to hear, we might call that lying; am I right?

A    I don't think so, actually, no.

Q    But it's not necessarily an accurate statement, is it?

A    It's -- I would say it's -- often, it's partial truths.

Q    So partial truth/partial untruths; fair to say?

A    I would say partial truths with things left out is often

PDF created with pdfFactory trial version www.pdffactory.com

the case.

Q   So with partial truths, now that we know a person didn't tell us the truth, how do we decide what version it is that becomes the truths?

A   By doing good research.

Q   And research involves what, talking to the next person?

A   Involves talking to, sometimes, one person more than once.

When you interview a person multiple times, you can look for contradictions.  You can also talk to a variety of different people, so...

What's interesting is when you get people who talk about an event from different angles and talk about the details that they've seen, that allows you to correct --

Q   And one of the things that you hope to get at some point is something objective that permits you to test what people have said to you; would that be fair to say?

A   Well, I certainly will look to multiple sources to try to back anything up.

Q   And for a lot of the conclusions that you drew, you didn't have anything other than the versions that people had given to you about what they saw or what they've heard; would that be fair to say?

A   The conclusions that I drew in what context?

Q   In other words, the context -- well, let me ask you

PDF created with pdfFactory trial version www.pdffactory.com

this.

You have on prior occasions said that you understood that there were several hundred refugees that had been moved in May from the prefecture to the EER.

You had said that, right?

A    Correct.

Q    And when you had said that, it was because -- well, strike that.

At the time that you had drawn that conclusion, did you know that there were United States satellite photographs that had captured much of what happened around Butare in May and June?

A    I did not.

Q    And if you had the benefit of the those images, would it have made a difference, in your opinion?

A    Probably not, because I interviewed a number of people. We have written sources as well.

I would also mention that I did not write the chapters in Leave None to Tell The Story on Butare, but I have a lot of faith in those who did.

Q    So would you stand by the opinion that there were, toward the beginning of May, maybe the second week, that persons had been moved to the EER?

A    Certainly the evidence that was gathered by Human Rights Watch suggested that and Guichaoua also backs that up.

PDF created with pdfFactory trial version www.pdffactory.com

Q    When you say "backs it up," gives you confidence that that's true?

A    Yes.

Q    And so if I understand this right, your judgment is that several hundred persons had been moved toward the beginning of May, maybe the second week, to the EER?

A    To the Episcopal compound.

Q    Right.

And that they had moved out of the EER by May 30, am I right?

A    I believe that's correct, yes.

Q    So if we had a photograph which showed the EER during the period from early May to May 30 and we were looking at the EER, we would expect to see some indication of several hundred persons; fair to say?

A    Not necessarily.  There's a number of buildings there, and they could be inside.

Q    So what happens if you look at the photograph and you don't see anybody on the ground of the EER?

A    Then I don't have photographic evidence of it.  You would have to look for other sources.

Q    So, if I understand this right, on the strength of the oral reports that have been accepted by other scholars, even if a photograph were to show you no evidence supporting the conclusion that there were several hundred on the grounds of

PDF created with pdfFactory trial version www.pdffactory.com

the EER, you would continue to embrace the conclusion that scholarship indicated?

A   I would say that you are leaving out some sources that we did use in the writing of this, including written sources.  We have records from government archives that talk about events of this sort.  And I believe in this particular case that you're talking about, there actually were notes from security meetings that we found.  So it's not just based on testimony.

Q   Would a photograph cause to you reflect on whether those notes were accurate?

A   Of course I am going to reflect.

MR. McGINTY:  Now, I am going to ask, may the witness approach the jury box with this photograph?

THE COURT:  Of course.

A   This is May 23, 1994 --

(Whereupon, the witness stepped down.)

THE COURT:  Mr. McGinty, can you wait for the reporter.

MR. McGINTY:  I'm sorry.

Q   This is a blowup of a United States surveillance photograph that was taken by some means over Butare.  The date is May 23, 1994.

Do you accept that?

A   Sure.

PDF created with pdfFactory trial version www.pdffactory.com

Q    The representation was made that, in fact, this is a United States -- this is an actual United States military intelligence satellite image which we've simply blown up here.

A    Okay.

Q    Now, kindly show the jury where the EER is located on this photograph.

MR. CHAKRAVARTY:  Maybe not to object, but if Mr. McGinty is going to use this and publish it and it's going to go into evidence, then I would ask him to move it into evidence now.  And if there is no objection to the authenticity of these photographs, maybe we can move them all in as Exhibit 21.

THE COURT:  That sounds reasonable.

**(Defendant's Exhibit No. 21 received in evidence.)**

A    Well, the compound stretches on beyond the picture here. This is the school, the area of the school.  This is some residences.  The church itself is over here.

Q    Now, looking at this photograph, do you see any indication of several hundred people on the grounds of the EER?

A    Well, oddly, in this picture I see virtually no people at all, even though this is a densely populated area.

Q    Show us again where the EER school is?

A    The is the school here.

PDF created with pdfFactory trial version www.pdffactory.com

Q   And the grounds would extend back to this pathway?

A   No.  The school is basically here.  You've got --
there's drop-off here, in terms of this on a hill going up.

Q   So just orient us.

This is a road that heads north towards Kigali?

A   Yes.

During the middle of the day it would be full of
people, and it's empty in this picture.

Q   South toward Burundi?

A   Yes.

Q   We don't know what time this image is taken.

If we look for shadows to get and indication
whether it's about midday, would you say that the shadows
don't seem to cast terribly great?  If you look to the side
of the building here, it doesn't create a terribly long
shadow.

A   Yes.

Q   Fair to say?

A   I'm not even sure those are shadows, but if this those
are, they doesn't appear to be long.

Q   So reflecting on what you had been told about how many
persons were on the grounds of the EER during a period that
included May 23, 1994, is your view that this is not a
sufficient image to call into question your conclusion that
there were several hundred people in the grounds of the EER

PDF created with pdfFactory trial version www.pdffactory.com

school?

A   What I'm going to judge this whole picture on is the fact that there is virtually no one out at all.

So my own judgment would be this may be very early in the morning before people are awake.

I don't see any evidence here that there are people in this compound.  But, as I look at this picture, I don't see any evidence of people out and about at all.  So that seems peculiar to me.

Q   We can hold this here.

Now, I'm going to ask that a second photograph be marked as a defense exhibit.

Again, this is a photograph, I understand, taken by the United States Military Intelligence dated May 28, 1994.

Do you recognize generally what is depicted in this photograph?

A   Yes.  It's the same area.  You have the road going up here, the Ilhuliro Hotel here, and the school compound here.

Q   Focusing again on the ERR, which is partially cut off here on one of the buildings, and would you say the church is further down?  This the EER school, is it not?

A   Yes.

Q   Now, can you tell us whether this additional image causes you to call into question the information that you had gotten from other scholars relative to whether there

PDF created with pdfFactory trial version www.pdffactory.com

were several hundred people on the grounds of the EER during a period that included May 28?

A    It does not.

But it's a fairly large building, so depending what time of day it is--

Q    Now, I'm going to show you a third photograph.

This as -- well, we are told this is a United States military satellite image capturing events in and around the area.

Now, focusing on this image as well, does this image, in addition to these other two images -- or, actually, show the jury where the EER is?

A    This is turned around.

This is the hotel.  This is the EER up here.

Q    So what you've got here is part of the EER, one of the buildings here?

A    Hm-hmm.

Q    You have -- it's a perpendicular building, and off the image would be another building over here, which would create this sort of horseshoe effect that is identifying of the EER on this picture; fair to say?

A    Yes.

Q    Does this picture --

MR. McGINTY:  Which I move to admit.

Q    Does this photograph of May 30, combined with the

PDF created with pdfFactory trial version www.pdffactory.com

photographs of May 28 and May 23, cause you to reflect on whether you continue to embrace the opinion that there were several hundred persons who were on the grounds of the EER?

A   My understanding is that on May 30 the people were no longer there, that they were moved out.

Q   That they were moved out on the 30th, right?

A   Yes.

Q   And this is the 30.

Again, if we look at the shadow lines to figure out what time of day this is, which is, to some degree, a guess, but looking at the shadow lines on this, is there any indication of activity, of egress of any persons, or any activity that's depicted here relating to the EER?

A   I don't see anyone there.

Q   Now, you testified that there was a roadblock which you understood was placed near the hotel?

A   Correct.

Q   And your understanding was that this roadblock went up about April 19?

A   Correct.

Q   You also testified that it is your understanding that the existence of the roadblock was continuous up until July of 1994?

A   Till about July 3rd, yes.

Q   So once a roadblock is erected, it remains in place,

PDF created with pdfFactory trial version www.pdffactory.com

tangibly in place, for that period, correct?

A    Generally.  As I said, it's usually some fairly small things that are there, but usually there would be people there throughout the day.

Q    Now, one of the images that you had looked at before was an image from June -- I'm sorry, from May 1, which I believe --

     (Pause in proceedings.)

Q    Now, this image is on the jurors' screen, I believe, and I have to hold this here.

          Now, on this image there appears to be some kind of stoppage of what appears to be a line that extends quite a ways back into the direction toward the center of Butare; fair to say?

A    Fair.

Q    Now, this image is part of a larger blown-up image. Have you looked at that image?

A    I have not.

Q    If you've looked at that image -- well, you haven't looked at it.

          When did you first see these photographs?

A    When I was introduced to a case related to them.

Q    Okay.

          When you first saw the photographs, did you look at the sort of larger images?

PDF created with pdfFactory trial version www.pdffactory.com

A    I did not.

Q    Now, this one is part of a larger photograph, which carries us all the way from Mukoni, all the way up past the Ibis Hotel and the Faucon Hotel?

MR. CHAKRAVARTY:  Objection, your Honor.

THE COURT:  Overruled.

Q    Did you look at that photograph?

A    I did not.

Q    Now, there had been no objective means of testing accusations made during the course of the genocide other than some fairly limited documentary sources, correct?

A    Actually, fairly extensive documentary sources.

Q    And persons' statements about what they saw and what they remembered, right?

A    Certainly.

Q    With the risk that they may be telling you what they think you want to hear, correct?

A    In addition to individual interviews, I lived there a long time and had a lot of friends, and certainly had casual conversations with people I know as well.

Q    But a casual conversation is not a testing of a scientific hypothesis, is it?

A    When they're people that you trust very well and they mention things like this roadblock, as several of my friends have to me, that's fairly reassuring.

PDF created with pdfFactory trial version www.pdffactory.com

Q    So the reassuring part is that you got from friends and from others a statement that there was a roadblock, and it existed at the Ilhuliro?

A    Near the hotel.

Q    Did they tell you "near the hotel" or did they tell you "in front of the hotel"?

A    Many people said "by the hotel."

Q    A soft word, "by," right?

A    Yes.

Q    And it turns out, when you look at this image, you said that the roadblock appeared to be -- and if you'd kindly put your finger where you said the roadblock was?

A    It's a little hard to say.  It's somewhere in here.  I can't tell whether the cars are lining up to come to this point here.  Somewhere in this area.

Q    Earlier you put your finger over here (indicating), didn't you?

A    Yes.

But my guess is -- my reason for that is I'm guessing there's maybe some cars lined up trying to go this way and some trying going this way, so the middle point.

Q    So it would be somewhere in this area here.

Do you know who lives in this building?

A    No.

Q    Do you know who lives in this building?

PDF created with pdfFactory trial version www.pdffactory.com

A    No.

But, generally, these are not homes.  This is a commercial area, so most of these are actually businesses.

Q    Now, aren't you -- there appears to be a significant procession of people that appear to be largely heading in the direction of Burundi; am I right?

A    It looks like most of the people are going this way instead of coming back this way.

Q    So people wouldn't ordinarily stand at a roadblock as long as it takes to go from here -- assuming this is where it ends -- to wait from here to get through there, if they were Tutsi and they thought they were going do die, right?

A    Most Tutsi would not; but some did, if they had to try to get through.

Q    So in this photograph you have a significant number of persons that are lined up back to here, back to the end of this photograph on June 1; am I right?

A    It looks like it's here, and it's kind of broken up.

Q    That's quite a number of people, aren't there?

A    It looks like it.

Q    Right.

But you haven't looked past this to see --

A    I have not.

Q    -- people extending all the way to the center of Butare?

A    I have not seen that photograph, so I can't speak to it.

PDF created with pdfFactory trial version www.pdffactory.com

Q    Having a photograph that captured how Rwanda was during the period of genocide -- the core question of your scholarship -- isn't it like finding the Dead Sea Scrolls and looking at them?  Isn't it?

A    No.

Q    So in this case here, during the Rwandan genocide, one of the things you could do is look to see whether there is evidence of bodies, right?

A    One could.  However, that would generally suggest one doesn't understand how the genocide worked very well.

Q    One could look for evidence of other roadblocks?

A    Certainly.

Q    Whether those other roadblocks existed at a time when oral testimonies were given?

A    One could.

Q    But basically you have not, if I understand your testimony?

A    I've never used photographic evidence, no.

Q    Is that because -- you've never used photographic evidence?

A    I have never looked at photographs to base my writing on, no.

Q    So if on May 30 in front of the -- and this is the Ilhuliro Hotel (indicating), right?

A    Hm-hmm.

PDF created with pdfFactory trial version www.pdffactory.com

Q    If on May 30 there is no indication of a roadblock in front of this hotel or over here, does that cause you to revisit your conclusion as to whether there was a roadblock where you were told it was?

A    It really doesn't, because it's something that I've heard from so many different people in so many different situations.

I am less doubtful of Rwandan testimony than you're suggesting.

Q    So if this is a United States Government image, where there is no issue about whether it's been manipulated or altered because it comes from the government, are you going to tell this jury that if there appears to be no roadblock in front of this hotel or on this road, that both their eyes and your eyes deceive you?

A    To me -- first of all, I'm not trained in reading photographs.  I don't know anything about the context, which is exactly why I wouldn't use something like this.

You know, it's -- perhaps from a court case, but I don't think so from an academic standpoint.

For example, there's a tree here that's shading the entire road.  I don't know what is going on underneath that tree.

In this case, you know --

Q    Let's --

PDF created with pdfFactory trial version www.pdffactory.com

A    You talked about pointing to down here  --

Q    Let's move this out of the way.

Let's go back to May 23, and maybe we can move a little bit closer.

On May the 23rd, can you show the jury where the Ilhuliro Hotel is?

A    This is the hotel (indicating).

Q    And can you show us where the roadblock appears to have been on June 1?

A    I think what I pointed out in the other photograph, it's somewhere probably in here (indicating).

Q    So on June 1 there appears to be a roadblock over here that is not in front of the Ilhuliro.  Do I understand that right?

A    On that other photograph, yes.

Here, I see something here (indicating).  I don't know what that is.  I see something here (indicating).  I don't know what those marks are.

Q    Do you think that's a roadblock?

A    I have no idea.

Q    Do you think that's a roadblock?

A    I have no idea.

THE COURT:  Mr. McGinty, one of the jurors -- I'm sorry -- has requested a bathroom break.  Can you finish the question and then perhaps we can take five minutes.

PDF created with pdfFactory trial version www.pdffactory.com

Q    Looking at this photograph on May 23, in combination with the photograph on May 30, does it continue to be your opinion that it was a roadblock at or near the Ilhuliro Hotel during the period that included May 23 of 1994 and May 30 of 1994?

A    Yes.

Q    Thank you.

MR. McGINTY:  This is a good time, your Honor.

THE COURT:  All right, jurors, let's take a five-minute break and we'll come back.

THE CLERK:  All rise.

(Recess.)

THE CLERK:  All rise for the jury.

(Whereupon, the jury entered the courtroom.)

THE CLERK:  All rise for this Honorable Court. Court is open.  You may be seated.

MR. McGINTY:  May I proceed, your Honor?

THE COURT:  You may.

BY MR. McGINTY

Q    Dr. Longman, just to follow-up on a question, I want to make sure I understand it correctly.

There was a question about whether there were any gravesites in and around the area of the EER.

Do you remember that question that the government asked?

PDF created with pdfFactory trial version www.pdffactory.com

A    Yes.

Q    The government asked you whether there was anything in Leave None to Tell the Story which indicated placement of or discovery of gravesites in and around the Butare area?

A    There is a map in the book that indicates some of the mass gravesites.

Q    But none of the mass gravesites are anywhere near the EER; isn't this true?

A    That's correct.

Q    Now, you had testified, if I understand your testimony correctly, that the RPF had engaged in some reprisal killings; am I right?

A    Correct.

Q    And that these were directed at persons whom they were trying to find out who was involved in the genocide?

A    Some of them were.

Q    You don't mean to leave with the jury the impression that the RPF was only killing people that it thought was involved in the genocide, do you?

A    Some of the killings involved that.  It depended on the community.  In other cases, no, they just killed people randomly.

Q    Because this wasn't just reprisal killing, was it?

A    I would characterize it as a reprisal killing, yes.

Q    After the genocide, a U.N. investigator named Gerson had

PDF created with pdfFactory trial version www.pdffactory.com

gone to Rwanda, and he prepared a report describing what he hadn't expected to find, which was wholesale killing by the RPF; isn't this true?

A   Yes.

Q   And he came to the U.N. to present his findings; am I right?

A   He hadn't finished the report, but he talked to the U.N. about what he had been finding.

Q   And the U.N. suppressed his findings; am I correct?

A   That's correct.

Q   As an effort to placate the RPF government, which was then the government that had taken over Rwanda; isn't that true?

A   One of the goals, yes.

Q   And what he had documented was widespread and systematic disappearances, murders, and massacres; is that true?

A   Yes.

Q   Where victims included women, children, and the elderly; isn't that true?

A   Correct.

Q   That the team estimated that the RPF killed between 25,000 and 45,000 civilians in 1994; is that true?

A   Correct.

Q   Would you agree with the late Alison Des Forges, the late colleague of yours, who concluded that these killings

were widespread?  Would you agree with that?

A    Yes, I do.

Q    That they were systematic and involved large numbers of participants and victims; am I right?

A    They involved large numbers of victims.  I'm not sure I would characterize them as "systematic."

Q    Would you agree with her statement that, "There were too many and too much alike to have been unconnected crimes executed by individual soldiers or low-ranking officers"?

A    I would certainly agree with that, yes.

Q    Would you agree with this: "Given the disciplined nature of the RPF forces and the extent of communication up and down the hierarchy, commanders of this Army must have known of and at least tolerated these practices"?

A    Yes, I would agree with that.

Q    And not only was the U.N. aware of what was going on in Rwanda in terms what you called reprisal killings, but people in Rwanda heard about this; am I right?

A    Yes.

Q    And what they heard is that if the RPF came to your town, the first wave was solders who were friendly and seemed to be trying to comfort the population, correct?

A    That's not how I would characterize it, no.

Q    Did you not hear that the second wave of RPF who came in on the heels of the first wave, would frequently amass

PDF created with pdfFactory trial version www.pdffactory.com

persons for slaughter?

A    There were other cases where the RPF soldiers just came in and shot anyone they found immediately.  So the idea of waves is not something I've ever heard about or characterized.

Q    You have heard of instances where the RPF came to newly liberated areas and massacred civilian population?

A    One of the things that was talked about in the Butare area is that they gathered together people after they had occupied the zone, those who had not fled, and then they picked out, particularly men and young boys, and killed many of them.  So I would certainly qualify that as a "slaughter," yes.

Q    Didn't you say, and I quote, There is evidence that there were some massacres under areas of RPF control against the population that was there, unquote?

A    Yes, absolutely.

Q    And people who were in those areas, anticipating the RPF coming toward them, many of them fled, didn't they?

A    I would say more than half of the people fled the RPF.

Q    And they weren't all genocideares, were they?

A    No, absolutely not.

Q    They were fleeing because they had heard rumors of what the RPF was doing, correct?

A    Yes.

PDF created with pdfFactory trial version www.pdffactory.com

Q    They heard more than rumors.  They heard the truth of what the RPF was doing, correct?

A    Actually, that's not correct.

Q    They heard there were massacres being done by the advancing RPF forces, didn't they?

A    But they were also told by their leaders that all Hutu were being killed by the RPF, which is not true.

Q    So the difference was "all being killed" and just "some beings killed," right?

A    Correct.

Q    And for me making that choice, I don't like that choice, right?

A    Correct.

Q    Because I might be one of the ones killed?

A    True.

Q    Now, the RPF attacked and shelled refugee camps, did it not?

A    In 1996, yes.

Q    In 1995 did it not shell and massacre people in the Kideho Camp?

A    I don't believe it shelled the camp, but there was -- they opened fire on the people in the camp, yes.

Q    And they were attacked, and thousands were slaughtered at K-I-D-E-H-O Camp, correct?

A    Kideho, yes.

PDF created with pdfFactory trial version www.pdffactory.com

Q    And that was a camp for internally displaced persons during the period after the RPF took over Rwanda; am I right?

A    Correct.

Q    Now, the government of Rwanda has minimized the nature and extent of these crimes, has it not?

A    Yes.

Q    And maybe "minimized" is much of a word.

They have denied the extent of these atrocities, correct?

A    "Minimized" is probably a better word.

Q    They have claimed that these were isolated instances of revenge killings by a small number of rogue soldiers, correct?

A    Correct.

Q    The Rwandan government has sought to defeat the jurisdiction of the International Criminal Tribunal for Rwanda from being able to pass judgment on RPF crimes; isn't that true?

MR. CHAKRAVARTY:  Objection, your Honor.

THE COURT:  Overruled.

A    They have definitely not wanted the International Criminal Tribunal to hold RPF officials accountable.

Q    And they were the force that compelled the ICTR, the International Criminal Tribunal for Rwanda to discharge the

PDF created with pdfFactory trial version www.pdffactory.com

principal prosecutor, Carla Del Ponte, correct?

A    I think you're over -- Rwanda is not capable of compelling the United Nations to do things.

Q    Didn't Rwanda say, We are going to stop the passage of witnesses from our country to Arusha, witnesses who would testify in Arusha in the ICTR, didn't Rwanda threaten to stop their passage?

A    It did, yes.

Q    In other words, Rwanda was going to choke the source of testimony at Arusha about crimes that occurred within their country; am I right?

A    They threatened to.

Q    They were going to do that to ensure that the ICTR did not indict any RPF principals or allies; isn't this true?

A    It was one of the means they used.  They also worked closely with the United States and Britain and other allies to support them in the United Nations.

Q    To support them in the United Nations so that the ICTR would not charge RPF principals or members with any war crimes during the Rwandan genocide or the aftermath of the Rwandan genocide?

A    The claim of the government is that there is not an equation between anything they may have done and genocide, which was carried out by the other side.

Q    And, as a consequence, there is a form of "victor's

PDF created with pdfFactory trial version www.pdffactory.com

justice" in the ICTR; isn't that true?

A    Yes.

Q    And "victor's justice" is the sad label for when justice is denied by a tribunal, because it looks to one side's culpability and rejects the possibility of the other side having some measure of culpability itself; is that fair to say?

A    It's a term that's often used for Nuremberg and other cases as well.

Q    Now, you told us that you have expertise in connection with the Rwandan justice system, correct?

A    Correct.

Q    The Rwandan justice system has in absentia imposed a 20-year sentence on the former minister of justice, or the former prosecutor general, a 20-year sentence in proceedings in absentia; isn't that true?

A    I believe so.

Q    And that's Gerald Dihimi [ph.], correct?

A    Correct.

Q    And he was an RPF -- minister of government in the RPF government, wasn't he?

A    He was.

Q    Who became a dissident, correct?

A    After he fled the country.

Q    Right.

PDF created with pdfFactory trial version www.pdffactory.com

After he fled the country in fear of his life, correct?

A   I've never spoken to him about why he fled the country, but --

Q   And in his absence a Rwandan court held a tribunal and sentenced him to 20 years without a shred of due process; isn't that true?

A   I would certainly not characterize it as a fair trial. I can't say there was no due process at all, but I would not see it as a fair trial.

Q   No due process that we would recognize, right?

A   Again, I can't say there wasn't any due process, but it was not a fair trial.

Q   His brother, what was his sentence in absentia?

A   I don't know.

Q   And who is his brother?

A   Well, there were four dissidents who wrote reports criticizing the Kagame regime.  I forget which of the other three is actually his brother.

Q   Brutazengwa.

A   Brutazengwa, yeah, who was the former Ambassador to the U.S.

Q   So the former Rwandan Ambassador to the United States has been convicted by a Rwandan Court in absentia and jailed -- I'm sorry.  He wasn't jailed because they did it

PDF created with pdfFactory trial version www.pdffactory.com

in absentia, and has a judgment imposed on him for 20 years, in the process?

A    It's not a fair trial.

Q    You have --

A    I'm on the record in many places saying that I am not very impressed with Rwanda's justice system.

Q    And one the things you said about the internal justice system, the so-called Gacaca system, is that it is a tool that has been used by the Rwandan government for political purposes, correct?

A    I have indeed published that, yes.

Q    Tell us what that means.

A    From my perspective, I think Rwanda is not a democracy today.  It has a justice system that remains very politicized.  So I think it's hard for people to get fair trials in Rwanda.  It doesn't mean that there are never fair trials, but it's not a system -- not a system that I have a lot of faith in.

Q    When you say "politicized," isn't what you're talking about is that they're creating a political message to the effect that all Hutus are killers, correct?

A    Yes.

Q    And all Hutus are genocideares, right?

A    Yes.

Q    And that if a Hutu expresses a view that is at variance

with the accepted ideology in Rwanda, that Hutu faces Gacaca proceedings, correct?

A    Could be Gacaca.  There's a variety of tools that the government uses.  But certainly the government has used Gacaca as one of the means to try to target people that it disagrees with.

Q    And the Rwandan official narrative is that all Hutus are guilty or bear responsibility for the genocide; isn't that the narrative?

A    Correct.

Q    And they do that to keep power for the themselves and power away from the Hutu majority; isn't that true?

A    Not just away from the Hutu.

As you said before, it's particularly some of the Tutsi returnees from Uganda.

People close to Kagame, it's one of the tools that Kagame uses to keep power in his hands.

Q    Now, one of the persons the RPF government wants to take into its custody is Prudence Kantengwa's brother; isn't that true?

A    I'm not aware of that.

Q    Are you aware of a letter dated December 10, 2003, from the Permanent Representative of Rwanda to the United Nations which described Mr. Higiro, her brother, as an ex-FAR Interahamwe hardliner?

PDF created with pdfFactory trial version www.pdffactory.com

A    I am not familiar with that letter.

Q    Now, to be clear, Mr. Higiro, as we've described before, was a moderate, correct?

A    Correct.

Q    Head of Radio Rwanda?

A    Correct.

Q    Under the auspices of the prime minister, correct?

A    I believe, no, that it was under the Ministry of Information.

Q    And was at risk of being killed in the genocide?

A    He was certainly targeted, yes.

Q    And was almost immediately taken out of Rwanda courtesy of United States forces; am I right?

A    I believe that's correct, yes.

Q    And wasn't there for so much as a minute to be a member of the Interahamwe?

A    He basically left before -- he could have been a member of the Interahamwe.  I don't believe he was, by all evidence, because it existed before the genocide.

Q    Did you just say that:  "He could have been a member of the Interahamwe?"

A    Yes.

Q    Did you say that?

A    Yes.

Q    You're a scholar, right?

PDF created with pdfFactory trial version www.pdffactory.com

A    I'm saying anyone could have been a member.  I have no idea --

Q    I could be a member.  I could be a member of the Interahamwe; would you say that?

A    I would say probably not.  You're not a Rwandan and you weren't in Rwanda at that time.

Q    Is there a shred of support for your statement that he could have been a member of the Interahamwe?

A    I'm not suggesting that he was.

        You asked me:  Could he have been a member of the Interahamwe?  I was trying to answer your question correctly.  He could have been because they existed before he left the country.  I have no evidence that he is, and I am not suggesting that he was.

Q    If I ask you:  Could he have been a member of the Interahamwe, and you have no evidence to support that, and in your academic judgment, is it a principled answer to say, "He could have been"?

A    He could have been.

        Do I believe that he was?  No, I do not believe that he was.

Q    Do you have one iota of information to --

        THE COURT:  Mr. McGinty, we're driving this into -- we've made the point.  Let's move on.

        If you ask a hypothetical question, you get a

PDF created with pdfFactory trial version www.pdffactory.com

hypothetical answer.

Q   Are you aware that the representative of Rwanda approached the United Nations seeking the repatriation of her brother to Rwanda in 2003?

A   I'm not aware of that, no.

MR. McGINTY:  May I approach the witness, your Honor?

THE COURT:  You may.

Q   Dr. Longman, have you ever seen that document or heard about such a request?

A   I have never seen this, and I'm not aware of this request, no.

Q   Are you aware of a request by Rwanda in 2006 made to the United States for the repatriation of her brother to Rwanda?

A   I'm not aware of that, no.

Q   You know him to be a dissident; do you not?

A   I really don't know much of anything about him after 1994.

I know that in the period leading up to the genocide, he was a dissident and was very critical of the regime and pushed for independence, so he was seen as a moderate.

I honestly have no idea what happened to him afterwards.

Q   You know him to be a professor, correct?

PDF created with pdfFactory trial version www.pdffactory.com

A   I do not.  I do not know what happened to him afterwards.  I met him for the first time yesterday when he was here, but I never had contact with him before.  I know virtually nothing about what happened to him after the genocide, other than to hear that he came to the United States.

Q   You have seen, have you not, his academic work, including an article in the media on the Rwandan genocide?

A   Yes, I have seen it.

Q   And he talked about the Rwandan private print media on the eve of the genocide.  You've read that article?

A   I have.

Q   And your testimony is -- strike that.

        I understood you to have said you were writing a book about post-genocide Rwanda; am I right?

A   That's correct.

Q   And that would include information about Rwandan political processes up to the current time period, would it not?

A   Correct.

Q   And is it your testimony that you don't know of two separate instances where the Rwandan government has sought the repatriation of Prudence Kantengwa's brother?

A   I don't know about those specific instances.

        It doesn't surprise me.  They tried to repatriate

PDF created with pdfFactory trial version www.pdffactory.com

134

many people.

       MR. McGINTY:  No further questions.

       THE COURT:  Anything further?

       MR. CHAKRAVARTY:  Yes, your Honor.

**REDIRECT EXAMINATION**

BY MR. CHAKRAVARTY

Q   Before we leave the defendant's brother, you said he was a minister in the government back in 1994; is that right?

A   I don't believe he was a minister.  I believe he was the director of Radio Rwanda.

Q   Sorry.

As opposed to the cabinet level, he was the director of the --

A   It was a powerful position, but it was not a cabinet level position.

Q   What was the role of radio in Rwanda?

A   Well, most Rwandans, as I said, were illiterate, so the radio was the main source of news for people.

Q   And was there a radios station called RTLM?

A   There was.

       MR. McGINTY:  Objection.  Beyond the scope.

       THE COURT:  I don't think so.

Q   What was that?

A   It was a private radio station that was set up fairly shortly before the genocide in 1993 as an alternative to

PDF created with pdfFactory trial version www.pdffactory.com

Radio Rwanda.

Mr. Higiro was head of Radio Rwanda and helped to make it a more reliable news source, which meant that the political powers that be couldn't use it for their own purposes. So they helped to establish RTLM as a private -- sort of a private radio, but it was run by people close to the president, his supporters, and they used it as a tool to spread their message.

Q    What message was that?

A    The hatred of the Tutsi, basically.

Q    Did RTLM have shareholders?

A    I believe it did, because it wasn't a private organization.

Q    What was the significance of purchasing shares in the RTLM radio station?

A    Well, the RTLM was very strongly associated with Hutu Power, with the CDR, which seems the most extremist party, and so only people who were known at being strong supporters of the regime signed on.

Q    You were asked about this compound by Mr. McGinty (indicating).

    (Pause in proceedings.)

Q    You were asked about this EER, which is an acronym for the school and church --

A    The Episcopal church in Rwanda.

PDF created with pdfFactory trial version www.pdffactory.com

Q   You were asked a number of questions about refugees and their absence, or whether you see any in this image.

What do you know about when refugees were located at this EER?

A   Well, the two main sources that talk about it mentioned that there was a period of a couple of weeks in which a couple hundred people were moved from the office of the prefecture, that is, the main government office, which is just kind of beyond the picture to the left.

They were moved to this compound and then eventually they were moved on to another refugee camp where they were attacked.

Q   Approximately, do you know when that was?

A   It was during the month of May.  So they were moved in there sometime in early May.  And, according to the sources, they were moved out on May 30 to this other location.

Q   These structures on the other side of that road in front of you, do you know what each of those structures were?

A   I do not.

Q   The compound that you identified at the Ilhuliro compound --

A   Yes.

Q   -- can you just touch that so the jury can see.

A   Right here (indicating).

Q   And do you know who resided there during the course of

PDF created with pdfFactory trial version www.pdffactory.com

the genocide?

A    Well, as I said, it was owned by a Pauline and her husband, and the manager was Shalom.

MR. McGINTY:  Continuing objection, your Honor?

THE COURT:  I think I already allowed that.

A    So they lived there, he and his wife.

Q    Do you know how many people were in that compound?

A    I don't.

Q    Do you know that Shalom's wife is the defendant's sister?

A    Yes, I've learned that.

Q    You were asked about people who fled Rwanda, particularly Hutus who fled Rwanda, as the RPF came in and were engaging in atrocities of their own.

You were asked whether they were all genocideares?

A    Correct.

Q    And I think your answer was, No, they were not genocideares?

A    No.

Q    Were genocideares included amongst them?

A    Many were, yes.

Q    Do you know whether there were any genocideares who were in that Ilhuliro compound that fled?

A    I certainly would put Pauline and Shalom in that category, and they both fled the country, yes.

PDF created with pdfFactory trial version www.pdffactory.com

Q    You said that President Habyarimana was from the north of the country, correct?

A    That's correct.

Q    After reviewing the personnel file for the defendant, Ms. Kantengwa, did you see where she was from?

A    She's from Byumba, which is not one of the two central northern provinces, but it's a northern province.

Q    Is it one of those northern provinces that Mr. McGinty indicated that the RPF invaded prior to the beginning of the genocide?

A    That's correct.

Q    He spent a lot of time talking to you about that conflict, when the RPF invaded in 1990.

       Was there a civil war in Rwanda between 1990 and '93?

A    There was, yes.

Q    And was that a conventional war?

A    No.

Q    How would you describe that?

A    There was some direct combat.  So, I guess, in that sense it was more conventional than some African wars.  But it was one that was limited, really, to northern Rwanda, Ruhengeri and Byumba.  There was combat between the troops, a couple of major incursions and then pullbacks.

Q    Did that war end?

PDF created with pdfFactory trial version www.pdffactory.com

A    It -- basically in 1993, when you had the Arusha Accords, the combat stopped.

It restarted when the genocide began.  So the genocide began on April 7, and around April 8 the RPF took up arms again, so it continued until July.

Q    And that's when the RPF came in and they came in and stopped the genocide?

A    That's correct.

Q    You were asked about whether all Rwandees were members of the -- were required to be members of the MRND at some point?

A    That's correct.

Q    I think you said that it was the people over 18 or 16?

A    I believe it was anyone over the age of 16.

Q    So, if the defendant were over 16 in 1991, she would have been a member of the MRND?

A    She was required to be so by the law, yes.

Q    Now, did the understanding of the party MRND, did that change in Rwanda after the multiparty system?

A    It changed somewhat.

Even before the multiparty system, people saw the MRND as a party that favored Hutu and that favored people from the north.

After the multiparty system emerged, the party became more identified as a Hutu party that was very

PDF created with pdfFactory trial version www.pdffactory.com

strongly anti-Tutsi.  That hadn't necessarily been part of that rhetoric before 1992.

Q   But after 1992 it became more anti-Tutsi?

A   After 1993 the MRND really clearly said, We are fighting for the Hutu people and protecting them against the Tutsi invaders from abroad.

Q   In terms of understanding what the MRND party was, did that change in terms of the party?  Aside from the name change that you described, did the entity change?  Were there multiple MRNDs or was there just one?

A   No.  If you said "MRND," people knew you meant Habyarimana's party.

Q   You were asked a number of questions by Mr. McGinty about Ms. Kantengwa's personnel file, whether there were indications about her political party.

        Did you see any indication of her political party?

A   There was nothing in the file that mentioned anything about political parties.

Q   Would you expect to see an indication of somebody's political party in their official record?

A   I would not.

Q   You were asked at length about your absence of relying on photographic images in your research.

        What are the sources of evidence that you've relied upon over your career in terms of determining what happened

during the Rwandan genocide?

A   Well, I have general knowledge of the genocide.  I have very specific knowledge of Butare, since I lived there for a total of about three years; and, therefore, my knowledge of Butare in particular is based on formal interviews that I had done, formal research before the genocide, where I conducted hundreds of interviews during the period when I worked for Human Rights Watch from 2001 to 2003 when I was repeatedly there.  So I had done a lot of formal one-on-one interviews, focus-group interviews.  I have also looked at some archival sources, and then certainly a lot of secondary research that's been written on the area.

But then, in addition, because I lived in this town and, you know, just walked around with friends, there's a lot of information you get from people just in a more casual setting.  So I know a lot about what happened in Butare, in part, because I have a number of friends who were there during the genocide and they've told me their stories, and they'll tell you stories as you're walking through town, Oh, this is where that hotel was, for example.

Q   Did you have Hutu friends and Tutsi friends?

A   Oh, yes, certainly.

Q   When you went back to Rwanda in 1995, did you meet with your friends?

A   I did.

PDF created with pdfFactory trial version www.pdffactory.com

Q    Did you notice any difference in terms of how many of your Tutsi friends you were able to talk to?

A    Well, I had several friends who were survivors, who managed to escape or were in hiding during this period.  But certainly I know a lot of Tutsi who were killed during the genocide, and many of the people who survived lost large numbers of their family.

Q    Proportional to how many Tutsis you knew before the genocide in Butare, how many would you say, percentagewise that you saw after?

A    I would say probably less than half were still around.

I certainly found the stories of what happened to a lot of former students of mine who were killed and others who were killed during the genocide.

Q    You described Rwanda as being a very densely populated country; is that right?

A    Correct.

Q    The fact that on some of the images that Mr. McGinty showed you don't appear, at least to our lay eyes, to depict any individuals, what does that suggest to you?

A    My guess in looking at the photographs is they must be early in the morning, because that's just about the only time I can imagine there wouldn't be people on the road. This is a city of 30,000 people where virtually everyone walks; and this is a major road that people have to pass

PDF created with pdfFactory trial version www.pdffactory.com

through to get from where they live to work, in many cases. So it looks quite odd to me that there is no one in any of the pictures except the one that's up on the screen now.

Q   Finally, you were asked questions about the roadblock that you described earlier on the main road.

You haven't seen images of every day between April 19 and June 1 of 1994, correct?

A   I have not.

Q   And you described that the obstacles in the roads and various roadblocks that existed in Rwanda may have varied; is that fair to say?

A   Yes.

Q   So were those mobile?  Were people able to move them?

A   Yeah.

Like I said, a beer crate, a branch.  Those were often things.  Some were more symbolic areas really.

Q   It was the militia that was the real barrier, correct?

A   Correct.

Or sometimes there were soldiers or police that were at the barriers as well.

Q   The image that is up on the screen depicts the roadblock on June 1 of 1994, correct?

A   That's how I would interpret it.

Q   At least what's on the exhibit?

A   Yes, yes.

PDF created with pdfFactory trial version www.pdffactory.com

Q    And it's your understanding that it went up around April 19, correct?

A    That's correct.

MR. CHAKRAVARTY:  One moment.

(Pause in proceedings.)

MR. CHAKRAVARTY:  Thank you, your Honor.

THE COURT:  Mr. McGinty.

MR. McGINTY:  Thank you, your Honor.

**RECROSS-EXAMINATION**

BY MR. McGINTY

Q    You testified briefly about the RTLM radio station.

A    Yes.

Q    In your testimony -- strike that.

Are you familiar with the statute that had created RTLM?

A    Yes, somewhat.

Q    Are you aware that Article IV of that statute provided that "For social purposes the company intends to contribute to the strengthening of pluralistic democracy and republican institutions in the country."  Are you aware of that?

A    Yes, I'm aware that they make claims of that.

Q    Are were you aware that there was an agreement for the establishment and use of radio and TV for RTLM, correct?

A    Can you repeat the question?

Q    Are you familiar with a document called "The Agreement

for Establishment and Use of Radio and TV" --

A    I don't think --

Q    -- "for RTLM"?

A    I don't think I've ever seen the document.

        MR. McGINTY:  May I approach the witness, your Honor?

        THE COURT:  You may.

Q    Can you take a look at that document and see if you recognize it.

A    Sure.

        (Witness reviews document.)

A    Yeah, I've never seen this before myself.

        Maybe -- actually, this is -- yeah.  Actually, I think -- this is not something I've looked at in great depth, but I do believe I've seen this, yes.

Q    You do believe you've seen it?

A    Yes.

        MR. McGINTY:  May I approach again, your Honor?

        THE COURT:  You may.

Q    Are you familiar with Subpart II where RTLM commits itself, "Will not broadcast any information that would cause divisions in the community or provoke hate or dissent"?  Are you familiar with that?

A    It seems inconsistent with what I know about RTLM, but if it's in the statute, that's interesting.

PDF created with pdfFactory trial version www.pdffactory.com

Q    Are you familiar with what's called "The Genocide," an article appearing in the media on the Rwandan Genocide authored by Alison Des Foges, your colleague?

A    Correct.

Q    And if I might direct your attention to page 44, which is the fourth page.

A    Yes.

Q    And I direct your attention to the end of the first paragraph after the break.

        MR. McGINTY:  And if I might, your Honor?

A    Right here?

Q    Yes.

        Here and here (indicating.)

        Does the article by your colleague, Alison Des Forges, not indicate that the station was meant to be the voice of the people?  Does it not say that?

A    It does.

        MR. CHAKRAVARTY:  Your Honor, I would object to effectively reading from this book.

        MR. McGINTY:  I apologize.  I apologize.

Q    Do you agree with the statement made by your colleague, Alison Des Forges, "The station was meant to be the voice of the people"?

A    I believe it was meant to be a voice of a portion of the people.

PDF created with pdfFactory trial version www.pdffactory.com

Q    Would you also look at the beginning of the second paragraph.

Do you agree with the statement that "RTLM was also meant to reach the ordinary citizen in its programming"?

A    Certainly.

MR. McGINTY:  Thank you.

Q    Now, you testified a few moments ago about the June 1 photograph taken by the surveillance cameras the, United States surveillance cameras.

Now, I am going to show you a document, which is the --

MR. CHAKRAVARTY:  This should only be shown to the witness, not the jury.

MR. McGINTY:  I'm sorry.

Q    Can you kindly look at Count 11 and look at the two pages.

A    Okay.

(Witness reviews document.)

A    Okay.

Q    Were you aware, sir, that the charge against Ms. Kantengwa --

MR. CHAKRAVARTY:  Objection, your Honor.  The document shown to the witness is a page from the indictment.

MR. McGINTY:  It's in the charge.

THE COURT:  No.

PDF created with pdfFactory trial version www.pdffactory.com

Q   Were you aware that the charge against Ms. Kantengwa was that she was at the hotel between, quote, approximately mid April until the end of May 1994"?  Were you aware of that?

A   I have read the indictment.

Q   Well, the question is:  Are you aware that the dates where the government asserts that she was at the hotel was mid April to the end of May 1994?

Were you aware of that?

A   I've read the read indictment, and if that's what it says, yes.

Q   And the question -- or the answer that the government contends is false is that there was quote, No roadblock outside the front door.  Unquote.

You saw that, right?

MR. CHAKRAVARTY:  Objection.  Argumentative, your Honor.

THE COURT:  Sustained.

Q   Are you aware that the answer that the government has focused on as false are the words: "No roadblock outside the front door"?

A   Yes.

Q   Now, is it your testimony, looking at the May 23, 1994, photograph, the blowup, that there was a roadblock outside the front door of the hotel on that date?

A   On the June 1  --

PDF created with pdfFactory trial version www.pdffactory.com

Q    No, not June 1.  June 1 is different.

A    Can you repeat the question, sir?

Q    Is it your testimony that there was a roadblock outside the Ilhuliro Hotel on May 23, 1994?

A    My understanding from my research, there was a roadblock that was there basically from April 19 through July 3rd. I don't know if it was there early in the morning, but certainly it was present each day.

Q    Didn't you in earlier testimony say that the roadblock was continuous?

A    "Continuous" in the sense that it was there every day.

Q    Well, you're not saying now that the roadblock was there at certain times during the day but might have not been there during other times in the day, are you?

A    Honestly, I don't know if the militia was there the first thing in the morning.  As I said, there was a lot of drinking and drugs involved.  It's possible that they started at, you know, 8:00, 9:00 in the morning.

Q    You say "it's possible."  You've spoken to people about what they claim they saw, right?

A    Correct.

Q    Based on that you said the roadblocks were continuous, right?

A    I said that they were there from April 19 to July 3.

Q    Now you're saying, It may be possible that during the

PDF created with pdfFactory trial version www.pdffactory.com

day the roadblock was up?  Down?  Resumed?  Suspended?

You didn't testify about that to the government on direct, did you?

A    I suggested the roadblocks were there, yes.

Q    Right.

Now, the roadblock that appears on the screen on June 1, would you agree with me that that roadblock is -- or is this a true statement:  Quote, No roadblock outside the front door of the Ilhuliro Hotel"?  Would you agree with me that that's a true statement?

A    No.

Q    On June 1, looking at this photograph --

A    Hm-hmm.

Q    -- having pointed out where you say that roadblock was --

A    Yes.

Q    -- your testimony is that that roadblock was outside the front door of the hotel?

A    Yes.  But it's certainly not directly in front of the hotel?

MR. McGINTY:  No further questions of this witness.

THE COURT:  Thank you very much, Professor Longman.

THE WITNESS:  Thank you.

THE COURT:  All very interesting.

Jurors, this is probably a good a time --

PDF created with pdfFactory trial version www.pdffactory.com

MR. CAPIN:  Your Honor, my apologies.  We have a witness who has travel plans.  We've reached a stipulation as to his testimony and we can release him.  In the interest of efficiency, if I could just read the stipulation into the record?

THE COURT:  That's fine.

MR. CAPIN:  It will take 30 seconds.

May I, your Honor?

THE COURT:  You may.

MR. CAPIN:  The Court explained that "stipulation" is simply a word we use for agreement.  I will read it into the record now.

"The United States of America and Defendant, Prudence Kantengwa, hereby stipulate that Prudence Kantengwa entered the United States at Boston, Massachusetts, on January 29, 2004, using a Rwandan passport and a United States visa, true and accurate copies of which are part of Exhibit 4.

"A record of her entry is included in Exhibit 22, which contains U.S. Customs & Border Patrol records showing that Prudence Kantengwa entered the U.S. on that date using a United States visa issued in Nairobi, Kenya, on March 4, 2002."

MR. CAPIN:  Thank you, your Honor.

MR. McGINTY:  May I just have a moment, your Honor?

THE COURT:  You may.

PDF created with pdfFactory trial version www.pdffactory.com

(Counsel conferred.)

MR. CAPIN:  Nothing further, your Honor.  Thank you.

THE COURT:  All right, jurors, it's a little bit before 1:00.  We will suspend here for the day.

Tomorrow morning, usual time, 9 a.m., and we'll have breakfast for you in the morning.

I look forward to seeing you all at 9:00 tomorrow morning.

THE CLERK:  All rise.

(Whereupon, the jury left the courtroom.)

(Whereupon, the Court left the courtroom.)

MR. CHAKRAVARTY:  This is 21, which is a series of images.

THE CLERK:  I'm sorry.  I did have 21.

MR. CHAKRAVARTY:  And this is 21A, a blowup of one of the pictures.

**(Government's Exhibit No. 21A received in evidence.)**

(Counsel conferred.)

**(Defendant's Exhibit No. 21B received in evidence.)**

**(Defendant's Exhibit No. 21C received in evidence.)**

**(Defendant's Exhibit No. 21D received in evidence.)**

(Proceedings adjourned.)

PDF created with pdfFactory trial version www.pdffactory.com

```
                          I N D E X
WITNESS                        DIRECT  CROSS  REDIRECT  RECROSS
TIMOTHY LONGMAN, resumed
   By Mr. Chakravarty            2              134
   By Mr. McGinty                       64               144
```

E X H I B I T S

| GOVERNMENT'S | | IN EV. |
|---|---|---|
| No. 12 | Personnel file from Sonarwa | 13 |
| No. 12A | Certified translation of Exhibit 12 | 13 |
| No. 13 | Personnel file of Athanase Munyemana | 22 |
| No. 13A | English translation of Exhibit 13 | 22 |
| No. 21A | Blowup of photograph | 152 |
| No. 21B | Photograph | 152 |
| No. 21C | Photograp | 152 |
| No. 21D | Photograph | 152 |

| DEFENDANT'S | | IN EV. |
|---|---|---|
| No 21 | Photograph | 106 |

PDF created with pdfFactory trial version www.pdffactory.com

**C E R T I F I C A T E**

I, James P. Gibbons, Official Court Reporter for the United States District Court for the District of Massachusetts, do hereby certify that the foregoing pages are a true and accurate transcription of my shorthand notes taken in the aforementioned matter to the best of my skill and ability.

/s/James P. Gibbons                February 11, 2012


_____

James P. Gibbons


JAMES P. GIBBONS, CSR, RPR, RMR
Official Court Reporter
1 Courthouse Way, Suite 7205
Boston, Massachusetts 02210
jmsgibbons@yahoo.com

PDF created with pdfFactory trial version www.pdffactory.com