1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


* * * * * * * * * * * * * * * *
*UNITED STATES OF AMERICA        *
                                 *   CRIMINAL ACTION
              v.                 *   No. 08-10385-RGS
*                                *
PRUDENCE KANTENGWA,              *
a/k/A PRUDENTIENNE KANTENGWA     *
* * * * * * * * * * * * * * * *


BEFORE THE HONORABLE RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE and a JURY
Jury Trial Day 8
May 2, 2012


APPEARANCES:

        UNITED STATES ATTORNEY'S OFFICE, (By AUSA Aloke S. Chakravarty and AUSA John A. Capin), 1 Courthouse Way, Suite 9000,  Boston, Massachusetts  02210, on behalf of the United States of America

        OFFICE OF THE FEDERAL PUBLIC DEFENDER, (By Charles McGinty, Esq., and Tamara Fisher, , Esq.), 51 Sleeper Street, Boston, Massachusetts  02210, on behalf of Defendant

        OFFICE OF THE FEDERAL PUBLIC DEFENDER, (By Bjorn Lange, Esq.), 22 Bridge Street, Concord, New Hampshire 03301, on behalf of the Defendant



                              Courtroom No. 21
                              1 Courthouse Way
                              Boston, Massachusetts 02210


                    James P. Gibbons, RPR, RMR
                      Official Court Reporter
                   1 Courthouse Way, Suite 7205
                   Boston, Massachusetts  02210
                      jmsgibbons@yahoo.com

P R O C E E D I N G S

THE CLERK:  All rise for the jury.

(Whereupon, the jury entered the courtroom.)

THE CLERK:  All rise for this Honorable Court.

The case before this Court carries Case No. 08-10385, United States of America versus Prudence Kantengwa.

THE COURT:  Good morning, counsel.

Good morning, jurors.  It's good to have you all here again.  I'm going to miss coming to work without you.

(Laughter.)

THE COURT:  Mr. McGinty.

MR. McGINTY:  May I proceed, your Honor?

THE COURT:  Yes.

MR. McGINTY:  Thank you.

The defense calls Jean de Dieu Uwimana.

(Pause in proceedings.)

MR. McGINTY:  Your Honor, as a matter of housekeeping, I will be substituting for Exhibit 30, which was a copy of a plane ticket, I would be substituting the plane ticket.

THE COURT:  So noted.

**JEAN DE DIEU UWIMANA, sworn**.

THE CLERK:  Please be seated.

Please state your name and spell your last name for the record.

PDF created with pdfFactory trial version www.pdffactory.com

THE WITNESS:  (Through interpreter)  My name is Jean de Dieu, Uwimana, U-W-I-M-A-N-A.

**DIRECT EXAMINATION**

BY MR. McGINTY

Q   Good morning, Mr. Uwimana.

A   (Through the Interpreter) Good morning.

Q   Where were you born?

A   (Through the Interpreter)  I was born in Nyamumba, Rwanda.

THE INTERPRETER:  "Nyamumba" is N-Y-A-M-U-M-B-A.

Q   Mr. Uwimana, if I might ask you, how old are you?

A   (Through the Interpreter)  I am 53 years old.

Q   Are you now a citizen of any country?

A   (Through the Interpreter)  Yes.  I am a Belgian citizen.

Q   When did you become a citizen of Belgium?

A   (Through the Interpreter)  I became a Belgian citizen from February 15, 2012.

Q   Congratulations.

A   (Through the Interpreter) Thank you.

Q   What is your ethnicity?

A   (Through the Interpreter) I am a Hutu.

Q   Now, can you tell us about your schooling.  Where did you go to school?

A   (Through the Interpreter) I went -- I did my primary school in Rwanda at Gisenyi and also in Butare.

PDF created with pdfFactory trial version www.pdffactory.com

And my secondary school, I did that in Goma in Congo and Butare in Rwanda.

And also I was at the School of Economics, Social Economics, Faculty of the Colonies in Gansi [ph.].

Q   Now, did you, at some point, begin to work at a company called Sonarwa?

A   (Through the Interpreter)  Yes.

Q   How old were you when you started working there?

A   (Through the Interpreter)  I worked for a long time. From '82 to '86, I worked as a student intern -- intern student.  And then in '93, I came back, and I was an employee of Sonarwa.

Q   Now, when you talked about the period starting in 1982, what were the kinds of assignments that you had back in 1982 and what department were you assigned to?

A   (Through the Interpreter)  From '82 up to '84 I was working as a student intern during vacation in the transportation services.

And then in '85, when I finished my secondary school, until October '86, I worked in auto quotation.

Q   In 1986 did you go somewhere?

A   (Through the Interpreter)  Yes.  I went to do my higher education in Algeria.

Q   What was the nature of that education and where did you attend?

PDF created with pdfFactory trial version www.pdffactory.com

A    (Through the Interpreter)  I was in the Faculty of Administration at the National School of Administration in Algiers.

Q    And how long did you attend?

A    (Through the Interpreter)  I did four years over there.

Q    Now, at some point did you return to Rwanda?

A    (Through the Interpreter)  Yes.  I returned back in '90 after my studies.

Q    Did you attempt to resume your work at Sonarwa?

A    (Through the Interpreter)  Yes.

At the beginning, I didn't work, so I worked in Air Rwanda.

Q    How long did you work at Air Rwanda?

A    (Through the Interpreter)  I worked there in Air Rwanda from '91 until June '93.

Q    What were your positions there?

A    (Through the Interpreter)  I was in charge of freight.

Q    Did you at some point transfer to become the head of the freight department?

A    (Through the Interpreter)  It was a subsection.

Q    I see.

Now, did you at some point then attempt to regain employment at Sonarwa?

A    (Through the Interpreter)  Yes.

Q    And when was that?

PDF created with pdfFactory trial version www.pdffactory.com

A    (Through the Interpreter)  It was in July '93.

Q    Now, did you have to reapply to get back to work at Sonarwa?

A    (Through the Interpreter)  Not exactly.  But I met a woman with whom I had worked before, and she asked me to return back because I had performed work very well all the time I was there.

She spoke to the general director who was there about me, and the general director called me to come.  He gave me an interview, and he asked me to come back.

Q    Now, do you know the name of the general director?

A    (Through the Interpreter)  It's Simeon Nteziryayo, N-T-E-Z-I-R-Y-A-Y-O.  Simeon, S-I-M-O-E-N.

Q    Now, when you interviewed with him for a job, did he ask you whether you were a member of a political party?

A    (Through the Interpreter)  No.

Q    Were you than a member of a political party?

A    (Through the Interpreter)  No.

Q    Now, can you describe, when you went to Sonarwa, what department or division did you work in?

A    (Through the Interpreter)  When I went back to Sonarwa, I worked in the department I had worked in before, which was the auto quotation.

Q    Now, I want to show you a photograph and ask you if you recognize it.

PDF created with pdfFactory trial version www.pdffactory.com

MR. McGINTY:  This is Defendant No. 28.

Q   Do you recognize this building (indicating)?

A   (Through the Interpreter)  Yes, it's the Sonarwa building.

Q   Do you recall working in there in 1993 and 1994?

A   (Through the Interpreter)  Yes.

Q   Now, again, what department were you working in?

A   (Through the Interpreter)  It's auto quotation.

Q   I'm sorry, what?

A   (Through the Interpreter)  It's taking care of auto, autos that were involved in accidents.  So the compensation and the claims.

Q   So can we call it the "auto claims section"?  Would that be accurate?

A   (Through the Interpreter)  Yes, exactly.

Q   Now, where was it located?  If you'd kindly look at the photograph, where in that building was the auto claims section located that you worked in?

A   (Through the Interpreter)  It was on the first floor on the right side.

MR. McGINTY:  If I might approach the witness, your Honor?

THE COURT:  You may.

Q   Would you kindly tap the screen at the area you worked at.  Just tap it a little harder.

PDF created with pdfFactory trial version www.pdffactory.com

A    (Witness complies.)

Q    So you worked in that area.

Now, you called this the "first floor"?

A    (Through the Interpreter)  Yes.

Q    Would it be accurate to say there was an entry-level floor?

A    (Through the Interpreter)  Yes.

Where there is -- yes, that was the entrance. Where it's written "Sonarwa," that was the main entrance.

Q    That would be the ground floor, in fact?

A    (Through the Interpreter)  Yes, exactly.

Q    And your office would be one floor above, which you called the "first floor"?

A    (Through the Interpreter)  Yes.

Q    Now, the auto claims section is to the right side of the building --

A    (Through the Interpreter)  Yes, exactly.

Q    -- as we face the front?

A    (Through the Interpreter)  Yes, of the building.

Q    Thank you.

Can you describe for us what kind of company Sonarwa was?

A    (Through the Interpreter)  It was an insurance national company, and it was completely the kind of business or profit company, commission company.

PDF created with pdfFactory trial version www.pdffactory.com

It was the only insurance company before.  But then after '86, other insurance companies came into competition with Sonarwa, but before it was the only insurance company.

Q   So before 1986 it was the only insurance company; do I understand that right?

A   (Through the Interpreter)  Yes.

Q   And after 1986 what other insurance companies were there?

A   (Through the Interpreter)  There was a company called Ingomboka.

THE INTERPRETER:  I will spell that for the record, I-N-G-O-M-B-O-K-A.

A   (Through the Interpreter)  And also another insurance company called Soras.

Q   These were competitive -- these were competing insurance companies at the time you worked at Sonarwa in 1993; do I understand that correctly?

A   (Through the Interpreter)  Exactly, yes.

Q   When you say that Sonarwa was in competition with other insurance companies, can you describe what that means in terms of how Sonarwa conducted its business?

A   (Through the Interpreter)  It means that the company found itself in competition with other insurance companies.

Q   What was the work atmosphere at Sonarwa?

A   (Through the Interpreter)  It was marvelous.  It was

PDF created with pdfFactory trial version www.pdffactory.com

marvelous.

Q   Were there strict work rules as Sonarwa?

THE INTERPRETER:  Pardon?

Q   Were there strict work rules as Sonarwa?

A   (Through the Interpreter)  Like in any other company, yes.

Q   Now, were people permitted to get up at work and leave early?

A   (Through the Interpreter)  No.

Q   What were the hours that you worked at Sonarwa?

A   (Through the Interpreter)  It was from 7:00 until 4:00 p.m.

Q   Now, were those hours strictly required or adhered to?

A   (Through the Interpreter)  Yes.

Q   What if you were late for work, what would happen?

A   (Through the Interpreter)  You would be sanctioned or punished.

Q   What would happen if you left early?

A   (Through the Interpreter)  It would be the same case.

Q   Now, what would happen -- were there exceptions for people who belonged to one political party or another political party?

THE INTERPRETER:  Excuse me?

Q   Were there exceptions for people who belonged to one political party versus another political party?

PDF created with pdfFactory trial version www.pdffactory.com

A    (Through the Interpreter)  No.

Q    Now, the director of Sonarwa was a member of MRND, wasn't he?

A    (Through the Interpreter)  Yes.

Q    Did you know who other members of MRND were at Sonarwa?

A    (Through the Interpreter)  There was, for example, a certain Matthieu Hazayezu.

For the other ones, it was hard to identify them and give them -- and think that they belonged to the political party.

Q    Did people wear political insignias or badges at Sonarwa?

A    (Through the Interpreter)  No.

Q    Did people wear scarves indicating what political party they belonged to at Sonarwa?

A    (Through the Interpreter)  No.

Q    Did people leave early to go to a political rally at Sonarwa?

A    (Through the Interpreter)  No.

Q    Now, were political activities permitted on the work site?

A    (Through the Interpreter)  No.

Q    Why?

A    (Through the Interpreter)  As a matter of the authority or policy of the business, it wasn't allowed.

PDF created with pdfFactory trial version www.pdffactory.com

Q    Why is that?

A    (Through the Interpreter)  Because the company had customers or clients that were coming from different places, and they were coming from different political parties.  And because of the competition we had, we were better off if we don't seem to be doing business with one or such -- one group or political party.

Q    Even though the person that ran the business was a member of MRND?

A    (Through the Interpreter)  Yes.

Q    Did people talk about politics at work?

A    (Through the Interpreter)  No.

Q    Now, were there Tutsis who were working at Sonarwa?

A    (Through the Interpreter)  Yes.

Q    Were any of them in management positions?

A    (Through the Interpreter)  Yes.  Senior management officers there were, yes.

Q    Who were they?

A    (Through the Interpreter)  I would take an example of Cwam Wugiza [ph.], and another one called Makuza [ph.], and another one called Nginga Manzi [ph.].

There were other ones who were in senior positions such as a certain jurist, or one who worked in the law department, for example, Jean Pierre.

The last name of Jean Pierre doesn't come right

PDF created with pdfFactory trial version www.pdffactory.com

away, but he was called Jean Pierre.

Q   Were some of these Tutsis supervising people who were Hutu?

A   (Through the Interpreter)  Yes.

Q   Did you know in Sonarwa who was Hutu and who was Tutsi?

A   (Through the Interpreter)  Yes.  Sometimes it's easy to tell or to know.

Q   But when it's not easy to see, would people tell you whether they were Hutu or Tutsi?

A   (Through the Interpreter)  At that time it was like a taboo.

Q   Why was it a taboo?

A   (Through the Interpreter)  I think it's because of our authority, or leaders.  Because if you were to speak or say a word such as "Hutu" or "Tutsi," you would be sanctioned or punished.  And then you would be called -- or you would be called by the intelligence services.

Q   If you were to talk about Hutu or Tutsi in Sonarwa, what would happen to you?

A   (Through the Interpreter)  Because it never happened. It never existed, so it didn't happen.

Q   In your judgment, were there political tensions inside Sonarwa between people who were MRND members and people who are not?

A   (Through the Interpreter)  No.

PDF created with pdfFactory trial version www.pdffactory.com

14

Q    Now, what was your specific job at Sonarwa?

A    (Through the Interpreter)  I was a manager of files.

Q    What would that mean?

A    (Through the Interpreter)  It means that you take a file and then you follow-up with them and you work on them.

Q    Now, while you were at Sonarwa, did you work with a person name Prudence Kantengwa?

A    (Through the Interpreter)  Yes.

Q    What was her position and in what department?

A    (Through the Interpreter)  She was assistant to -- in the claim department, in auto claim department, she was assistant.

Q    Did you work with her there?

A    (Through the Interpreter)  Yes.

Q    Where was she in relation to the work area that you pointed out in the photograph?

A    (Through the Interpreter)  We worked in the big hall. It was a big hall, like this over there (indicating.)

Q    When you say "in a big hall," were there dividers and areas that were sectioned off, or was it just a big, open area?

A    (Through the Interpreter)  For the chief of service, yes.

Q    For the chief of service, but was Ms. Kantengwa working in the open area as you were on that floor?

PDF created with pdfFactory trial version www.pdffactory.com

A    (Through the Interpreter)  Yes.

Q    Now, did you also live near her in Kigali?

A    (Through the Interpreter)  Yes, in Gikondo.

Q    Were you friends with her?

A    (Through the Interpreter)  A friend, a colleague of work.

Q    A friend -- so a friend at work; am I understanding that right?

A    (Through the Interpreter)  Like an aquaintance, that you live together in the same area, but you also work together as a colleague.

Q    Had you ever met her husband?

A    (Through the Interpreter)  Yes.  I knew him, but we didn't converse or speak.  We used to say "hello" to each other.

Q    Did you have an impression of the man?

A    (Through the Interpreter)  No.  He was a type of reserved and calm person.

Q    And in your work with Ms. Kantengwa, did she ever talk to you about political matters?

A    (Through the Interpreter)  No, never.

Q    What sorts of things did you talk about with her in the workplace?

A    (Through the Interpreter)  About work.  For example, she would give me a file to look at or to work on, or I would

PDF created with pdfFactory trial version www.pdffactory.com

ask her some advice regarding such-or-such file.

Q   Now, did she -- did you ever see her wearing any party insignia?

A   (Through the Interpreter)  No, never.

Q   Did you ever see her leave work early in order to go to a political rally?

A   (Through the Interpreter)  No, never.

Q   Did you understand her to be politically active in any way?

A   (Through the Interpreter)  No.

Q   Why do you say that?

A   (Through the Interpreter)  Because I did not see her.

Q   Did you ever talk to her about things other than work?

A   (Through the Interpreter)  No, never.

Q   Now, was she part of any social group at Sonarwa?

A   (Through the Interpreter)  I would say a group of prayer, like a prayer group.

Q   What was that?

A   (Through the Interpreter)  Women that worked in our service, I used to see them praying together, or going to church or coming back, and meeting so they could pray.

Q   Who were the women that were part of that prayer group?

A   (Through the Interpreter)  There was Letitia, Julienne, Linea, and there were other women.

Q   Did Ms. Kantengwa, did you ever have Ms Kantengwa visit

PDF created with pdfFactory trial version www.pdffactory.com

you at your home?

A    (Through the Interpreter)  Yes.

One time a woman called Linea, who worked in the same service department, they came together one time to see where I was living.

Q    The Linea you spoke about, was this the Linea that was part of this prayer group?

A    (Through the Interpreter)  Yes.

Q    How close did you live to Ms. Kantengwa in Gikondo?

A    (Through the Interpreter)  No.

Q    I'm sorry?

A    (Through the Interpreter)  Almost 5 meters, I would say, approximately.

Q    Five meters?

A    (Through the Interpreter)  Yes.

Q    So your house was quite close to hers?

A    (Through the Interpreter)  Yes.

When I was at my house, I would see her house.

Q    Approximately, how far away was her house from yours?

A    (Through the Interpreter)  It's what I just said, 500 meters.

Q    Oh, "500 meters."  I misunderstood.  I thought you had said five?

A    (Through the Interpreter)  No.  It's 500 meters.

Q    Did you see something happen to her house in 1993?

PDF created with pdfFactory trial version www.pdffactory.com

A    (Through the Interpreter)  Yes.

Q    What happened?

A    (Through the Interpreter)  Her residence was attacked, and all the glasses that were in the residences were completely destroyed and broken.

Q    Did you see who did that?

A    (Through the Interpreter)  Yes, I saw them.  It was a group of youth that belonged to MRND that were going and destroying, and they also attacked my house as well.

Q    Did they attack other houses in the neighborhood?

A    (Through the Interpreter)  Yes, certainly.  Yes.

Q    Were there other houses they didn't attack?

A    (Through the Interpreter)  Yes.  Not all the houses.

Q    Now, if someone were to, say, naming you, that you were a member of MRND, how would you respond?

A    (Through the Interpreter)  I would say, No, that is lying.

Q    Were you a member of a political party?

A    (Through the Interpreter)  No.

Q    Now, in 1991 you had the option of joining a political party, did you not?

A    (Through the Interpreter)  Yes.  At the beginning, the opposition parties.

Q    And you could have joined MRND, or you could have joined MDR, or any number of other parties?

PDF created with pdfFactory trial version www.pdffactory.com

A    (Through the Interpreter)  Not at -- not to MRND, but MDR.

Q    Did you join any party?

A    (Through the Interpreter)  No.  I renounced to belong to any political party.

Q    Why?

A    (Through the Interpreter)  I could see that the situation in the country was -- for example, the economic crisis, and then I could see that the leading party was not something that would be -- and the war.

The three elements would not work very well together, and the war.

Q    Now, did Ms. Kantengwa have some difficulties on the job with her performance?

A    (Through the Interpreter)  No.  She worked -- she performed very well.

Q    Are you aware whether she was suspended from her position at some point?

A    (Through the Interpreter)  Yes.

Q    When was that?

A    (Through the Interpreter)  If I remember very well -- it's been a long time -- I believe, or I think, it was '93.

Q    Who was it that suspended her?

A    (Through the Interpreter)  It was Matthieu Hazayezu.

Q    What party did Matthieu Hazayezu belong to?

PDF created with pdfFactory trial version www.pdffactory.com

A    (Through the Interpreter)  MRND.

MR. McGINTY:  Your Honor, if I might, I would put up 2182?

THE COURT:  Yes.

Q    And she was suspended by Matthieu Hazayezu?

A    (Through the Interpreter)  Yes.

Q    Was it an ordinary thing for someone to get suspended?

A    (Through the Interpreter)  No.

Q    Was it shameful to get suspended?

A    (Through the Interpreter)  Yes.  But really there was a mistake that was -- that deserved to be punished that way; and if there wasn't, yes.

MR. McGINTY:  I have no further questions of this witness.

THE COURT:  Mr. Capin.

MR. CAPIN:  Thank you.

**CROSS-EXAMINATION**

BY MR. CAPIN

Q    Good morning, Mr. Uwimana.

So it was not unusual, was it, for an employee at Sonarwa to be suspended if she made a mistake that resulted in a loss to the company of money?

A    (Through the Interpreter)  Yes, it was.

Precisely.  I said if it was proportionate to the mistake that was committed.

PDF created with pdfFactory trial version www.pdffactory.com

Q    So for a very serious mistake there might be a very long suspension, correct?  That would be proportionate, correct?

And for a medium mistake --

A    (Through the Interpreter)  According to me, yes.

Q    And for a medium mistake there might be a suspension for a few days?

A    (Through the Interpreter)  Like a warning, a verbal warning.

Q    So a minor mistake would result in a verbal warning?

A    (Through the Interpreter)  Yes.  That's what I'm saying.

Q    And that warning would go to the employee from somebody else in the personnel department?

A    (Through the Interpreter)  Yes, I suppose so.

Q    Were you ever warned about anything at Sonarwa?

A    (Through the Interpreter)  No.

Q    Congratulations.

A    (Through the Interpreter)  Thank you.

Q    But there was a hierarchy within Sonarwa, correct, a management hierarchy?

A    (Through the Interpreter)  Yes.

Q    Can you please tell us who was at the very top of that hierarchy?

A    (Through the Interpreter)  The general director.

Q    And what was the next level of management?

A    (Through the Interpreter)  There were departments, so...

PDF created with pdfFactory trial version www.pdffactory.com

Q    There was a chief of the department, for example?

A    (Through the Interpreter)  Yes.

Q    Can you walk us beneath the chief?

What was the next level of hierarchy?

A    (Through the Interpreter)  Then there was a chief of division.

Q    Chief of division?

A    (Through the Interpreter)  Yes.

Q    And below the chief of division, who would you find?

A    (Through the Interpreter)  Then the chief of service.

Q    Chief of service.

Am I correct that it was a very, very hierarchical organization?

A    (Through the Interpreter)  Yes.  That's how it was. Yes.

Q    So who was below chief of service?

A    (Through the Interpreter)  The structure changed, and it's been also a long time.

When I was there in '86 and when I came back, it changed.  So I don't remember all the different hierarchies and names.

Q    Let's focus on when you came back after working for the airline in '93.

A    (Through the Interpreter)  Yes.

Q    Under chief of service, what was the next rank below

that be?

A   (Through the Interpreter)  That, I don't remember very well.  I don't remember.  I no longer remember.

Q   Am I correct, though, in understanding that below the chief of service there were at least two or three more levels before you got to an entry-level employee?

A   (Through the Interpreter)  That, I can't remember.

Q   When you came back in '93, what level of the organization did you occupy?

A   (Through the Interpreter)  I was like an agent.

Q   Who did you report to -- strike that.

What was the title or rank of the person to whom you reported as an agent?

A   (Through the Interpreter)  There was Prudence, the chief of service, and then --

Q   Did you report to Prudence?

A   (Through the Interpreter)  I would tell her that I need advice or I need information when I was working on a file, or such and such.

Q   Is that because she was your supervisor?

A   (Through the Interpreter)  I wouldn't say exactly like that, because the chief of service was also there, and that was the one who was doing the biggest role -- was playing the biggest role.

Q   Was she the assistant chief of service at that point?

PDF created with pdfFactory trial version www.pdffactory.com

A    (Through the Interpreter)  Yes.

Q    But at some point she became the chief of service, correct?

A    (Through the Interpreter)  Who?  You mean Prudence?

Q    Yes.

If you remember.

A    (Through the Interpreter)  No.

Q    So tell us the circumstances under which, if you had a complaint, you would go beyond the chief of service to the chief of division?

A    (Through the Interpreter)  The best would be to follow the hierarchy.

Q    And that's because there was a very strict chain of command, correct?

A    (Through the Interpreter)  Yes.

Q    So, for example, if you had a complaint about your supervisor, you wouldn't go two or three levels higher to complain, would you?

A    (Through the Interpreter)  For me, as a person who had done administration, it was a channel and a way not to go around.

Q    Right.  Because it would be viewed as inappropriate to go around your supervisor to the next level up to complain, correct?

A    (Through the Interpreter)  Yes.

PDF created with pdfFactory trial version www.pdffactory.com

Q    And if you had a complaint about your supervisor, you might go to the personnel department, correct?

A    (Through the Interpreter)  Not necessarily.

Q    So when you were hired, I think you were interviewed by, I think you said his name was, Simeon Nteziryayo?

A    (Through the Interpreter)  Yes.

Q    How often would you take work issues you had directly to -- I'm going to call him "Simeon" because I can't pronounce his last name.  It's not a lack of respect, it's simply for ease.

A    (Through the Interpreter)  No.

Q    Why not?

A    (Through the Interpreter)  Because it was abnormal.

Q    It would be extraordinary, would it not, for somebody at your level to go directly to the director general with a complaint?

A    (Through the Interpreter)  Personally, I would not do that.  I had to follow the hierarchy.

Q    Naturally.

       And you didn't have a personal relationship with the director general?

A    (Through the Interpreter)  No.

Q    If you did, then you might take your complaint directly to him, correct?

A    (Through the Interpreter)  I can't say that because it

PDF created with pdfFactory trial version www.pdffactory.com

never happened.

Q   But you do know, based on working there, that if somebody -- let's say an entry-level employee --

MR. CAPIN:  I'll take this in bits, Ms. Interpreter.

Q   You do know, based on working at Sonarwa, that if an entry-level employee went directly to the director general criticizing her supervisor, that would be a gross breach of the chain of command?

MR. CAPIN:  I will try again.  I can see you're struggling.

Q   It would violate the chain of command dramatically?

A   (Through the Interpreter)  I would say that's the principle, that's the essence.  But, in reality, it would be other ways.

Q   Now, Sonarwa was what is commonly known as a "parastatal" organization, correct?

A   (Through the Interpreter)  Yes.

Q   And it was set up by the government?

A   (Through the Interpreter)  Yes, because the government was the main shareholder.

Q   And the director general was appointed by the president?

A   (Through the Interpreter)  Yes.

Q   Simeon was appointed by the president?

A   (Through the Interpreter)  Yes.

PDF created with pdfFactory trial version www.pdffactory.com

Q    And his predecessor was a man named Matthieu Ngirumpatse, correct?

A    (Through the Interpreter)  Yes.

Q    He was appointed by President Habyarimana, correct?

A    (Through the Interpreter)  Yes.

Q    And both Simeon and Mr. Ngirumpatse were well-known MRND leaders?

A    (Through the Interpreter)  Yes.  Exactly, yes.

Q    And, in fact, Mr. Ngirumpatse went on to become the head of MRND when Simeon took over his job at Sonarwa?

A    (Through the Interpreter)  Yes.

Q    And so Ngirumpatse leaves to be head of MRND, and Habyarimana appoints Simeon to replace him?

        THE INTERPRETER:  I'm sorry.  Can you repeat that?

Q    Ngirumpatse leaves Sonarwa to head MRND, and he is replaced by Simeon?

A    (Through the Interpreter)  Yes.

Q    And certainly anybody in Rwanda at that time would have known that Ngirumpatse was the head of the MRND?

A    (Through the Interpreter)  Yes.  Everybody knew that.

Q    Because he was famous?

A    (Through the Interpreter)  You see, it was normal that everybody would know that, because before it was unique, the only party.  So everybody would know that.

Q    So even before the multiparty system, Ngirumpatse is

PDF created with pdfFactory trial version www.pdffactory.com

well known nationwide as an MRND leader?

A    (Through the Interpreter)  That, really, I wouldn't know.

Q    But you certainly know that anybody working at Sonarwa when he was the head of Sonarwa would know that he was an MRND leader?

A    (Through the Interpreter)  I came after he had left.

Q    But were you in Kigali when you were working at the airlines?

A    (Through the Interpreter) Air Rwanda, yes.

Q    Living in the same neighborhood, the one you described in Gikondo?

A    (Through the Interpreter)  Yes.  Yes, I lived there.

Q    So even while working at the airlines, you knew that Matthieu Ngirumpatse was a famous MRND before and during the multiparties' period?

A    (Through the Interpreter)  After -- I didn't know that before the multiparty.  I don't.

Q    So you're telling this jury you don't know whether Matthieu Ngirumpatse was appointed as head of Sonarwa after multiparty was started by Habyarimana?

        THE INTERPRETER:  Counsel, could you repeat the last part.

        MR. CAPIN:  Maybe I will break it down into smaller parts.

PDF created with pdfFactory trial version www.pdffactory.com

Q    Did you know that Habyarimana appointed Ngirumpatse head of Sonarwa?

A    (Through the Interpreter)  As?

Q    Head of Sonarwa?

A    (Through the Interpreter)  Yes.

Q    And you just don't remember when that was?

A    (Through the Interpreter)  No.

Q    Now, the jury has seen the document I'm going to show you, and I'm to show it to you in French so you can follow along.

A    (Through the Interpreter)  Thank you.

        MR. CAPIN:  Twelve.

Q    Now, this letter is a report regarding Prudence Kantengwa, correct?

A    (Through the Interpreter)  That's what I see.

Q    And it documents, in the part I'm pointing to, a number of absences, basically 52 days of absences, by Ms. Kantengwa in her first few months on the job; is that correct?

A    (Through the Interpreter)  I see that, but it's the period when I was still at Air Rwanda.

Q    I understand, sir.  But that is what the document says, right?

A    (Through the Interpreter)  Yes.

Q    And the document goes on to say that "Mrs. Kantengwa gives the impression to be superficial," and other critical

PDF created with pdfFactory trial version www.pdffactory.com

things about her.  Do you see that?

A    (Through the Interpreter)  Yes.  I see the accusation.

Q    Do you see the conclusion?

The conclusion says, "I am pessimistic with regard to the result that we can expect to obtain from Mrs. Kantengwa, even the corporation would accept to prolong her internship to six months.

"Therefore, in spite of my invitations to double the efforts to catch up the time lost when she was sick, I can see that nothing was done; she cannot interpret any legal text and even worse, she does not read!"

Did I read that correctly?

A    (Through the Interpreter).  Yes.

Q    And this is signed by a Charles Mbabajenda; is that right?

A    (Through the Interpreter)  Mbabajenda.

Q    Mbabajenda?

A    (Through the Interpreter)  Mbabajenda.

Q    And where was Mr. Mbabajenda in the hierarchy at Sonarwa, according to this document?

A    (Through the Interpreter)  The person, I don't know him.

Q    Do you see his job title?

A    (Through the Interpreter)  Yes.

Q    Is he above or below chief of service?

MR. McGINTY:  Objection to this line, your Honor.

PDF created with pdfFactory trial version www.pdffactory.com

THE COURT:  Overruled.

But it's beginning to get a little --

MR. CAPIN:  It's going to get clear in minute, your Honor.

Q    Is he above or below the chief of service?

A    (Through the Interpreter)  I don't know him.

Q    Do you see the job title, sir?

A    (Through the Interpreter)  The first time I see the name.

Q    Do you see the job title on the signature block?

A    (Through the Interpreter)  Yes.

I was outside.  So for me, I don't know at which -- I don't know.  I do not know which level of the hierarchy he was.

Q    But you can tell from this letter that he is writing about somebody who is a probationary employee, somebody who just started on the job, Prudence Kantengwa, on a trial basis?

MR. McGINTY:  Your Honor, again, objection.

MR. CAPIN:  Your Honor, this is the last question before I move on.

THE COURT:  Was it a question?

MR. CAPIN:  It was.

THE COURT:  I missed the interrogatory in it.

Q    Is it not true, sir, that this letter by Mr. Mbabajenda

is talking about Ms. Kantengwa's performance during her trial period when she started at Sonarwa?

MR. McGINTY:  Again, objection, he doesn't know.

Q   Is that what the document says?

MR. McGINTY:  Objection.

THE COURT:  The jury can determine that.

MR. CAPIN:  Okay.  Fair enough.

Q   Sir, am I correct in noting that this document is dated April 22, 1991?

A   (Through the Interpreter)  That's what it see, but I wasn't there, so I can't speak to that.

Q   Sir, I am going to show you a document dated four days earlier, April 18.  Take a look at this document.  Take your time and look at it carefully, please.

A   (Witness complies.)

(Through the Interpreter)  Okay.

Q   Now, sir, am I correct that this was a letter written by Prudence Kantengwa, correct?

MR. McGINTY:  Objection to the line of questioning.

THE COURT:  Overruled.

A   (Through the Interpreter)  Yes.  That's what I can see.

Q   And she is writing it during the period when she is a probationary employee?

A   (Through the Interpreter)  I don't see it anywhere.

Q   You saw the letter that her supervisor wrote to her four

PDF created with pdfFactory trial version www.pdffactory.com

days later referring to her as being a "probationary employee"?

A   (Through the Interpreter)  I can see that it was referring to a situation that I cannot really express because I'm not really aware of that.

Q   I understand.  My point, though, is simple.  The letter from Ms. Kantengwa on April 18 was written five months after she started at Sonarwa, because you know she started in November of 1990, correct?

A   (Through the Interpreter)  I have no comment on these two letters because it was between the employee and her boss.  So I have no comment.

Q   I am not asking you to comment, sir.

There is no dispute, and this jury understands there is no dispute, and this jury understands that these letters are part of the defendant's personnel file at Sonarwa.

So the letter dated April 18, 1991, in the translation it appears --

A   (Through the Interpreter)  It was May 11, not November.

Q   Thank you for the correction.

The letter written on April 18, 1991 --

MR. CAPIN:  April 18, April.

Q   -- was written by Ms. Kantengwa directly to the director general of Sonarwa, correct?

PDF created with pdfFactory trial version www.pdffactory.com

A    (Through the Interpreter)  That's what I can see.

Q    And in our translation it says "CEO," but am I correct on the French version it says "Directore General"?

A    (Through the Interpreter)  Yes.

Q    And in this letter, she is filing her complaint against her supervisor, Mr. Mbabajenda, correct?

A    (Through the Interpreter)  Yes.

Q    And part of the complaint involves a dispute with her director -- with her supervisor, about employees reading a magazine called "Isibo."  Do you see that?

     Do you see the reference to "Isibo"?

A    (Through the Interpreter)  Yes.

Q    And Isibo was a well-known MDR publication, correct?

A    (Through the Interpreter)  I don't know.

Q    You've never heard of Isibo?

A    (Through the Interpreter)  I didn't follow -- or I didn't --

     MR. CAPIN:   "Remember?"

     THE INTERPRETER:   "Follow."

Q    Am I correct, though, that that third numbered paragraph is talking specifically about Rwandan politics?

     (Pause for interpretation.)

     MR. CAPIN:  I didn't say, "political party."  I said, "Rwandan politics."

A    (Through the Interpreter)  I cannot qualify that as

PDF created with pdfFactory trial version www.pdffactory.com

political.

Q   Fair enough.

And the second page of the letter, near the -- Ms. Kantengwa's letter ends with, "In brief, I think Mr. Mbabajenda should be the first person to establish a serene atmosphere in his department, instead of conveying intrigues and acting moodily."

MR. CAPIN:  Maybe you can show him the French version.

(Pause in proceedings.)

MR. CAPIN:  It's the paragraph that begins, "In brief, I think Mr. Mbabajenda should be the first person to establish a serene atmosphere" --

A   (Through the Interpreter)  Yes.

Q   Now, sir -- and that was written to the director general who, at the time, was Matthieu Ngirumpatse, correct?

A   (Through the Interpreter)  That's what I can see.

Q   So isn't it true that it was extraordinary at Sonarwa for an entry-level employee to write a letter directly to the director general complaining about her supervisor and calling him moody?

In your experience at Sonarwa, that would be an extraordinary event, wouldn't it, sir?

A   (Through the Interpreter)  No.

Q   You're saying to this jury that it would not be

extraordinary for an entry-level employee to go up five, six, seven levels up the chain of command directly to the director general to complain about her supervisor?

A    (Through the Interpreter)  When you have a job, you have a job that will feed your family; and if you see a threat of hindering you going forward, you will use any means to go forward to protect your job.

Q    So you're saying that it was not unusual at Sonarwa for an entry-level employee to complain directly to Matthieu Ngirumpatse about unhappiness with your supervisor?

A    (Through the Interpreter) I find that normal, that she would go directly to the managing director instead of going aside, because her direct boss also would have gone to the director general to also say anything that he wanted.  So I find it normal to go directly to the director general.

Q    You find it normal to bypass the chief of service, the chief of division, the chief of department and go directly to the director general?

Was that extraordinary or not?

A    (Through the Interpreter) No, it wasn't extraordinary.

Q    Isn't it true, sir, that this was such a gross act of insubordination that most Sonarwa employees would have been immediately fired for such a letter?

A    (Through the Interpreter)  No.

Q    And isn't it true that that would happen unless that

person had a personal relationship with the director general?

A    (Through the Interpreter)  No.

Q    Now, you understand, sir, that by the time you got back to Sonarwa, after leaving for a couple of years, Ms. Kantengwa was hired as a full-time employee despite the letter she wrote to the director general -- was hired as a full-time employee despite the letter she wrote to the director general?

A    (Through the Interpreter)  Yes.

Q    And she was later transferred to the auto claims department?

A    (Through the Interpreter)  Yes.

Q    And, in fact, she was -- as part of that transfer, she was promoted, correct?

A    (Through the Interpreter)  Yes.

Q    So she was promoted to assistant manager at the automobile insurance section in November 1992 [sic]; isn't that correct, sir?

A    (Through the Interpreter)  Yes.

Q    And at some point --

A    (Through the Interpreter)  That was 1991.

Q    '91, thank you.

    And at that point -- well, let me show you the original.

PDF created with pdfFactory trial version www.pdffactory.com

I'll move on.

At that point when she was promoted, Matthieu Ngirumpatse is still the director general, correct?

A    (Through the Interpreter)  I don't know.  I don't know. I don't remember the date that he left the company.

MR. CAPIN:  I'm showing the jury a letter dated September 10, 1991, signed by Matthieu Ngirumpatse.  It says "CEO."  You understand that to mean "director general," correct?

A    (Through the Interpreter)  Yes.

Q    So he was still there in 1991 when Ms. Kantengwa was promoted, correct?

A    (Through the Interpreter)  That's what I can see.

Q    And, in fact, she was promoted again when Mr. -- this name here is the name that you said replaced Ngirumpatse as director general, correct?

A    (Through the Interpreter)  Yes.

Q    And he, in fact, promoted her to chief of section in July, 1993, correct?

A    (Through the Interpreter)  That's what I can see.

Q    Now, you talked a little bit about your political affiliation.

A    (Through the Interpreter)  About me being a member?

Q    Yes.

Am I correct in understanding that you stopped

PDF created with pdfFactory trial version www.pdffactory.com

being an MRND when the system was opened up to opposing parties?

A    (Through the Interpreter)  Yes.

Q    And before the system was opened up, it was common for people to wear MRND colors or insignia showing loyalty to Habyarimana?

A    (Through the Interpreter)  It wasn't mandatory, but people would wear their badge.

Q    The badge.

And the badge had a picture of Habyarimana on it?

A    (Through the Interpreter)  Yes.

Q    And people who continued to wear that badge after multipartyism were people who were still dedicated to MRND?

A    (Through the Interpreter)  Yes.

Q    And, in fact -- and the genocide began in April 1994, correct?

A    (Through the Interpreter)  Yes.

Q    And in the year leading up to that genocide, there was increasing political activity on the streets of Kigali?

A    (Through the Interpreter)  Yes.

Q    There were public rallies held by each party?

A    (Through the Interpreter)  Yes.

Q    And people showed their party affiliation by attending the rally sponsored by their party?

A    (Through the Interpreter)  Yes.

PDF created with pdfFactory trial version www.pdffactory.com

Q    And that included the --

A    (Through the Interpreter)  Not at work.

Q    And that included the MRND?

A    (Through the Interpreter)  Yes.

Q    And the MRND had a youth wing called the "Interahamwe"?

A    (Through the Interpreter)  Yes.

Q    And it was common at such rallies for the MRND youth wing to wear its MRND colors?

A    (Through the Interpreter)  Yes.

Q    And, apparently, occasionally -- I'm sorry.  Strike that.

     Occasionally, these rallies became violent?

A    (Through the Interpreter)  Yes, sometimes there would be violence.

Q    And sometimes, for example, you described they would vandalize property?

A    (Through the Interpreter)  Yes.

Q    And that happened once in your neighborhood?

A    (Through the Interpreter)  Yes.

Q    I think you said you lived in a neighborhood called Gikondo?

A    (Through the Interpreter)  Yes.

Q    And that was the same neighborhood where the presidential palace was located, or the presidential compound was located?

PDF created with pdfFactory trial version www.pdffactory.com

A    (Through the Interpreter)  No.

Q    You're saying the presidential compound was not in the Gikondo neighborhood?

A    (Through the Interpreter)  No.

Q    But Gikondo was an affluent neighborhood?

THE INTERPRETER:  I'm sorry?

Q    Gikondo was an affluent -- it was wealthy neighborhood?

A    (Through the Interpreter)  No.

Q    Then -- and do you know -- you don't know if the youth you described as having vandalized houses in your neighborhood had any idea who lived there?

A    (Through the Interpreter)  Yes, of course, because they would attack people they would know.

Q    You're saying the youth in these violent outbursts only attacked people they knew?

A    (Through the Interpreter)  Yes.

Q    You know that the defendant's husband was the head of the Service De Renseignment, correct?

MR. McGINTY:  Objection.  Inconsistent with evidence, your Honor.

THE COURT:  He can answer it "yes" or "no," but if the answer is "no," then we'll try something else.

MR. CAPIN:  Should I repeat the question?

THE INTERPRETER:  Yes.

Q    You know, sir, do you not, that the defendant's husband

was the director of the Service De Renseignment?

A    (Through the Interpreter)  Yes.

Q    And it's actually -- when you described the reason you didn't discuss ethnicity at work, you said that you didn't because you feared the intelligence service.

A    (Through the Interpreter)  That's not what I said.

Q    What did you say to Mr. McGinty when he asked you why you didn't discuss ethnicity at work?

THE INTERPRETER:  Pardon me?

Q    What did you say to Mr. McGinty when he asked you why you did not discuss whether you were Hutu or Tutsi at work?

A    (Through the Interpreter)  In the case, in the precise case --

MR. CAPIN:  I don't think you interpreted my question, Madam Interpreter.

A    (Through the Interpreter)  The precise question that he asked --

Q    The precise questioned he asked, I believe was, "Why did you not discuss whether you were Hutu or Tutsi at Sonarwa"?

Is that the question he asked you?

A    (Through the Interpreter)  Yes.

Q    And was I correct in understanding you to say that you didn't do that because you feared you would get in trouble with the intelligence service?

A    (Through the Interpreter)  Because it was taboo.

PDF created with pdfFactory trial version www.pdffactory.com

Q    I want to clarify for the jury.

When you said "intelligence service," the specific term you used was "Service de Renseignment."

A    (Through the Interpreter)  Yes.

Q    So in the year leading up to the genocide, there was increasing violence on the streets of Kigali, correct?

A    (Through the Interpreter)  Before?

Q    Yes.

A    (Through the Interpreter)  Yes.

Q    And there was a lot of ethnic tension?

A    (Through the Interpreter)  Not exactly, but between the parties.

Q    And between the parties -- and there was, in fact, a new radio station that was encouraging political activity among certain people?

A    (Through the Interpreter)  Before April 1994, I had never heard about the radio.

Q    You know we're talking about RTLM radio, correct?

A    (Through the Interpreter)  Yes.

Q    So am I correct, are you telling this jury that you first heard about RTLM radio in April of 1994?

A    (Through the Interpreter)  That's not what I said.

Q    When did you first hear about RTLM radio?

A    (Through the Interpreter)  From her establishment, when I heard that radio.

PDF created with pdfFactory trial version www.pdffactory.com

Q   I'm sorry.  I don't sustained the answer.

In what year did you first hear --

THE INTERPRETER:  Your Honor, may I ask the witness to shorten his sentence.

THE COURT:  Of course.

A   (Through the Interpreter)  I don't remember of that very well.

What I remember and what pushed me to buy shares, it was a commercial company that would generate an income or an interest to its buyers.

Q   When you bought shares, what did you understand the purpose or message of RTLM to be?

A   (Through the Interpreter)  I can't understand very well the question.

Q   When you decided to buy shares in RTLM, what did you understand the message of the radio station to be?

A   (Through the Interpreter)  My aim was not -- I couldn't see the political message.  I was only interested in what they had said it would be, commercial.  It would even, like, create newspapers and TV stations, and it would be purely communication and generate an interest.

Q   But, naturally, when the radio started to broadcast, as an investor, you listened to what was being said?

A   (Through the Interpreter)  Yes, I followed.

Q   And you immediately learned that it became an anti-Tutsi

PDF created with pdfFactory trial version www.pdffactory.com

propaganda station?

A    (Through the Interpreter)  Yes.  It was up to my deception.  It was contrary to what I believed it to be.

Q    So you were shocked to learn that, in fact, the radio station that you purchased stock in was spouting hatred?

A    (Through the Interpreter)  And it was the contrary of the status of the initial --

Q    And you were shocked to learn that?

A    (Through the Interpreter)  Yes.

Q    You learned that even before the genocide had started that it was an anti-Tutsi propaganda station?

A    (Through the Interpreter)  I felt it during the war.

Q    You didn't perceive it to be anti-Tutsi before the genocide began?

A    (Through the Interpreter)  The events in Burundi also made it worse.  But just a little bit before the genocide and during the genocide, that's when they started pertaining --

MR. CAPIN:  Do you need to ask him to repeat the last part?

THE INTERPRETER:  Yes, please.

MR. CAPIN:  Go ahead.

(Whereupon, the interpreter and witness conferred.)

A    (Through the Interpreter)  The events in Burundi precipitated or followed the --

PDF created with pdfFactory trial version www.pdffactory.com

MR. CAPIN: I will ask a new question.

THE INTERPRETER: Okay.

Q   Sir, you learned before the genocide began, before April 6, 1984, that RTLM was being used to encourage violence against Tutsi?

A   (Through the Interpreter) Yes.

Q   And certainly that message of violence against the Tutsi became greatly exaggerated as soon as the violence began?

A   (Through the Interpreter) Yes. That's when the language changed and it was stronger.

Q   And it became -- in fact, during the genocide, RTLM identified locations where Tutsis were hiding so they could be killed?

A   (Through the Interpreter) Honestly, I did not follow any radio station because it was panic.

Q   Did you spend the entire genocide in Rwanda?

A   (Through the Interpreter) We changed places because it was during the war. So we went from one place to another.

Q   Within Rwanda?

A   Yes.

Q   And certainly within Rwanda it was common knowledge during the genocide that RTLM was an anti-Tutsi propaganda radio station?

A   (Through the Interpreter) Yes, it was. It had been an apparatus of propaganda.

PDF created with pdfFactory trial version www.pdffactory.com

Q    An apparatus of the government, correct?

A    (Through the Interpreter)  No.  The government had it's own radio.

Q    You're aware there was only one other radio station in Rwanda at that time, correct?

A    (Through the Interpreter)  Yes.

Q    And that radio station was run by Prudence Kantengwa's brother?

A    (Through the Interpreter)  The Radio Rwanda?

Q    Yes.

A    (Through the Interpreter)  Yes.
          And during the war and when the war started, April 6, Higiro went into hiding himself.

Q    And after April 6, though, RTLM continued to broadcast anti-Tutsi propaganda?

A    (Through the Interpreter)  Yes.  That's what they say. But myself, I only followed international radios.

Q    So you were a stockholder in RTLM?

A    (Through the Interpreter)  Yes.

Q    And you're saying you don't know what RTLM was saying during the genocide about killing Tutsi?

A    (Through the Interpreter)  Because I was disappointed because the status had changed, and also the status of the radio had changed.

Q    And it changed in a way that made it directly involved

PDF created with pdfFactory trial version www.pdffactory.com

in the genocide?

A    (Through the Interpreter)  Yes.  It was going against all the status of the company that we had created.

Q    And am I correct, sir, that it would be ridiculous for any Rwandan to say years after the genocide that she didn't know how RTLM was involved in the genocide?

A    (Through the Interpreter)  That's not what I said.

Q    I'm asking, would it not be ridiculous?

A    (Through the Interpreter)  Yes, it would be ridiculous.

Q    It would be ridiculous?

A    (Through the Interpreter)  Yes.

MR. CAPIN:  Thank you.

THE COURT:  Mr. McGinty, anything?

MR. McGINTY:  Yes.

**REDIRECT EXAMINATION**

BY MR. McGINTY

Q    Mr. Uwimana, Mr. Capin asked you some questions about badges and party insignia; do you recall?

A    (Through the Interpreter)  Yes.

Q    And he asked you whether it was common during the period before multiparty for people to wear insignias and party clothing?

A    (Through the Interpreter)  At work?

Q    Yes.

Do you remember those questions?

PDF created with pdfFactory trial version www.pdffactory.com

A   (Through the Interpreter)  Yes, yes.

Q   Now, after the multiparty change, was it common for people to wear colors and party membership badges and so forth at work?

A   (Through the Interpreter)  Outside work?

Q   No.  Let me ask you specifically.

At Sonarwa, were you permitted to wear a party insignia?

A   (Through the Interpreter)  No.  It was strictly forbidden.

Q   Before you worked at Sonarwa, you worked at Air Rwanda, correct?

A   (Through the Interpreter)  Yes.

Q   At Air Rwanda, were you permitted to wear party insignia and colors?

A   (Through the Interpreter)  No, but it was -- it arrived at a certain time.

Q   Do you know what happened to a person who did wear party colors at Air Rwanda?

MR. CAPIN:  Objection.

THE COURT:  I see the relevance.

Go ahead.

Q   Do you know of an instance where someone was wearing party colors at Air Rwanda?

A   (Through the Interpreter)  I remember a man who came at

PDF created with pdfFactory trial version www.pdffactory.com

work, and that he wore the colors of the MDR; and when he came at work, he was suspended.

Q    Thank you.

What was he suspended for?

A    (Through the Interpreter)  It was anticommercial, because Air Rwanda was a commercial company.  So would you imagine if a customer came and were to find at the counter a person wearing those kind of colors?  It was not commercial ethics.

Q    And is that because some of the customers would belong to different political parties?

A    (Through the Interpreter)  Yes, certainly.  Yes.

Q    So did Air Rwanda take a particular view about whether colors should be worn or a party's insignia worn?

Did Air Rwanda direct its employees whether it was permitted to wear insignias or party indications?

A    (Through the Interpreter)  From that day, they gave strict instructions from the time -- the example I just gave.  At that time the company, the Air Rwanda, gave strict instructions to forbid its employees to come to work with colors that represent a political party.

Q    When were political rallies generally held?

A    (Through the Interpreter)  In the stadium.

Q    But what days of the week were they generally held?

A    (Through the Interpreter)  It was held at weekends, on

PDF created with pdfFactory trial version www.pdffactory.com

weekends, or when there was a holiday.

Q   Why were they not held on workdays?

A   (Through the Interpreter)  Because people worked and they were at work.

Q   Now, I show you a letter --

Actually, I am going to put this up and ask you if you would kindly --

MR. McGINTY:  If I might approach the witness, your Honor?

THE COURT:  You may.

Q   I want to direct your attention to the French version of this document that was shown to you by Mr. Capin, which you don't have in front of you.  I apologize.

(Pause in proceedings.)

MR. McGINTY:  May I approach again?

THE COURT:  You may.

Q   Now, I show you a letter and ask you if this is the French version of the letter that Mr. Capin showed you a few moments ago?

THE COURT:  Mr. McGinty, while the witness studies the letter, perhaps it would be a good time to take the morning recess.

All right, jurors, let's take a 25-minute recess, and we'll come back and finish with this witness.

THE CLERK:  All rise.

PDF created with pdfFactory trial version www.pdffactory.com

(Recess.)

THE CLERK:  All rise for the jury.

(Whereupon, the jury entered the courtroom.)

THE CLERK:  All rise for this Honorable Court.

Court is open.  You may be seated.

MR. McGINTY:  May I proceed, your Honor?

THE COURT:  You may.

BY MR. McGINTY

Q   Mr. Uwimana, I had placed before you a French document which corresponds to Document 11, which is up on the monitor.

Do you recall Mr. Capin asking you some questions about that letter?

A   (Through the Interpreter)  Yes.

Q   And I understood you to say that you had never seen the letter before?

A   (Through the Interpreter)  Yes.

Q   But, nonetheless, I still need to ask you a few questions about it.

A   (Through the Interpreter)  Yes.

Q   If I understand your testimony, the person at the top of Sonarwa was the director general.

Do I understand that correctly?

A   (Through the Interpreter)  Yes.

Q   And beneath that level would be department heads; am I

PDF created with pdfFactory trial version www.pdffactory.com

correct?

THE INTERPRETER:  I'm sorry?

Q   Beneath that level would be the department heads?

A   (Through the Interpreter)?  Yes.

Q   Under that would be the section heads on down, correct -- I'm sorry.  The division and then section.

Now, directing your attention to the top of this letter, does it say at the top "Foreign Juridical Department"?

A   (Through the Interpreter)  Yes.

Q   So if I understand the hierarchy correctly, because this is a department, it would be immediately under the director general?

A   (Through the Interpreter)  Yes.

Q   And that Mr. Mbabajenda, as the head of the department, would answer directly to the director general.

Do I understand that right?

A   (Through the Interpreter)  Yes.  He is under the director general.

Q   Now, you had talked about how in Sonarwa it was important to follow the hierarchy.

A   (Through the Interpreter)  Yes.  Personally, yes.

Q   Would it be fair to say that you -- if you followed the hierarchy and you wanted to complain about a decision in the Foreign Juridical Department, the next level would be the

PDF created with pdfFactory trial version www.pdffactory.com

director general?

A    (Through the Interpreter)  I do not understand very well the question.

Q    Before the person that the --

MR. CAPIN:  Objection to the leading, your Honor.

THE COURT:  He's going to have to, or we'll never get the question out.

MR. McGINTY:  Right.  My apologies.

Q    The person who's the chief of the Foreign Juridical Department reports directly to the director general; am I right?

A    (Through the Interpreter)  Yes.

Q    Now, does this letter appear to be addressed to the director general by name?

A    (Through the Interpreter)  No.

Q    And it is a -- it appears to discuss comments that were made by other people about regional differences within Rwanda; is that correct?

A    (Through the Interpreter)  Yes.

Q    Now, are you familiar with the existence of regional discrimination in hiring within Rwanda?

A    (Through the Interpreter)  No.

Q    What prefecture did the president of Rwanda come from?

A    (Through the Interpreter)  He had come from the commune Karago in Gisenyi.

PDF created with pdfFactory trial version www.pdffactory.com

Q   Wasn't it the case that Rwandans believed that the president favored people from Gisenyi and also from Ruhengeri?

A   (Through the Interpreter)  No.

Q   So had you ever heard that there were complaints about regional preferences based on favoritism among the prefectures?

A   (Through the Interpreter)  No.

Q   Were you aware of a report in Isibo that talked about that?

A   (Through the Interpreter)  No.  I didn't know.

Q   Do you know who the publisher was of the Isibo weekly magazine?

A   (Through the Interpreter)  No, not personally.  No.

Q   Now, are you aware that after this letter was directed by Prudence Kantengwa complaining about Mr. Mbabajenda, are you aware that she was demoted?

        MR. CAPIN:  Objection to the leading.

        THE COURT:  Overruled.

Q   Are you aware that she was demoted from the Foreign Juridical Department to auto claims?  Are you aware of that?

A   (Through the Interpreter)  Sorry.  Repeat.

Q   Are you aware that after Ms. Kantengwa sent this letter complaining about Mr. Mbabajenda, that she was demoted from the Foreign Juridical Department to the auto claims section?

PDF created with pdfFactory trial version www.pdffactory.com

Did you know that?

A   (Through the Interpreter)  No, I wasn't aware, because when I arrived at Sonarwa, she was already in the department of automobile.

MR. McGINTY:  I have no further questions.

THE COURT:  Mr. Capin, anything?

MR. CAPIN:  A couple of things.

**RECROSS-EXAMINATION**

BY MR. CAPIN

Q   So the only person you remember being punished while at Air Rwanda for expressing political party affiliation was -- let me break it down -- was a member of the MDR?

A   (Through the Interpreter)  Yes.

Q   And that was an opposition party, correct?

A   (Through the Interpreter)  Yes.

Q   And you're not aware of any MRND member ever being disciplined for wearing party insignia at work?

A   (Through the Interpreter)  No, not personally, no.

Q   When Ms. Kantengwa was working in the juridical department, she was working as a lawyer, correct?

A   (Through the Interpreter)  Maybe -- or certainly, but at that time I was not yet employed at Sonarwa.

Q   When you came back from Sonarwa, how many lawyers were on staff?

A   (Through the Interpreter)  It was another department,

PDF created with pdfFactory trial version www.pdffactory.com

another department, so I would not remember the number of lawyers.

Q   Was there a head of that department?

A   (Through the Interpreter)  Certainly.

Q   So that would be a person to which a lawyer in the department could complain about unhappiness with, for example, Mr. Mbabajenda, correct?

A   (Through the Interpreter)  I don't understand the question.

Q   If a lawyer in the juridical department had a complaint about her supervisor, there were other lawyers in the department to whom she could complain?

A   (Through the Interpreter)  I cannot put myself in their shoes because they have their own way of proceeding or reacting.

Q   So you knew nothing of the operation the juridical department when the defendant worked there?

You know nothing about the operation of the juridical department when the defendant worked there?

A   (Through the Interpreter)  No, because I was not yet at Sonarwa.

Q   And the auto claims department was an altogether different department, correct?

A   (Through the Interpreter)  Yes.

Q   If somebody was transferred to that department in the

PDF created with pdfFactory trial version www.pdffactory.com

capacity of assistant manager, that wouldn't be a demotion, would it?

A    (Through the Interpreter)  In reality, there is no way I could see that as a promotion.

Q    You wouldn't see it as a demotion, would you?

A    (Through the Interpreter)  Yes.

To take her from the juridical department into managing files, I don't see that as a promotion.

Q    My question, sir, though, was would you see it as a demotion?

A    (Through the Interpreter)  Yes.

Q    So I guess by that logic --

A    (Through the Interpreter)  Intellectually, yes.

Q    By that logic, when she became the chief of the section, that was also a demotion?

A    (Through the Interpreter)  That's what I'm explaining actually.

Q    I see.

So you see the move from being a probationary employee to chief of the section as a series of demotions?

A    (Through the Interpreter)  I will say that she never was the chief of service for a department.

Q    So if she were promoted to the title of "chief," that would be a demotion, though?

A    (Through the Interpreter)  Yes.

PDF created with pdfFactory trial version www.pdffactory.com

MR. CAPIN:  Thank you.

Nothing further.

THE COURT:  Thank you very much, Mr. Uwimana.  That concludes your testimony.

THE WITNESS:  (Through the Interpreter)  Thank you.

(Witness excused.)

MR. McGINTY:  The defense calls Ms. Charlotte Rufyiri.

**CHARLOTTE RUFYIRI, sworn**

THE CLERK:  Please be seated.

Please state your name and spell your last name for the record.

THE WITNESS:  Charlotte Rufyiri, R-U-F-Y-I-R-I.

**DIRECT EXAMINATION**

BY MR. McGINTY

Q   Ms. Rufyiri, good morning.

A   Good morning.

Q   When were you born?

A   June 29, 1952.

Q   That would make you 59 years of age?

A   Yes, sir.

Q   And what country were you born in?

A   I was born in Burundi.

Q   And Burundi is a country that is right next to Rwanda; am I correct?

A    Yes.

Q    Can you tell the jury where it is in relation to Rwanda?

A    Burundi is to the south of Rwanda, and we have The Congo in the west and Tanzania in the east.

Q    Did you go to school in Burundi?

A    Yes, I did.

Q    How far did you get in school in Burundi?

A    I graduate high school.  At that time it was, for me, 13 years, because I was oriented to teach in elementary school.

Q    So your training was in the direction of being a teacher?

A    Yes, sir.

Q    Did something happen to change that?

A    Yes.

Q    What was that?

A    It was in 1972.  It was a genocide in our country, Burundi.  Genocide of Hutu.

Q    What had happened?

A    It was a killing between the two -- I can't say "between," but it was a killing from the army, killing one ethnic group, is what is a genocide.  And it was the young at the time.

Q    How old were you at that time?

A    I was 18.

Q    What did you do when this was happening around you?

PDF created with pdfFactory trial version www.pdffactory.com

A    Excuse me?

Q    What did you do when this was occurring around you?

A    I was trying to hide myself, save my life.

Q    And did you at some point leave Burundi?

A    Yes.  I was obligated to flee the country in 1972.

Q    So you were fleeing the war?

A    Yes.

     I went to --

Q    Was anyone with you when you fled?

A    I was with my sister.

Q    Where did you go?

A    I went to Rwanda, the neighboring country.

Q    Now, when you went to Rwanda, what was your status?

A    I was a refugee in Rwanda, United Nations refugee.

Q    When you went to Rwanda, can you tell us where you went to, what town you went to?

A    I went straight to Cyangugu in Rwanda.

Q    Can you tell the jury where Cyangugu is located?

A    Cyangugu is located in the southwest of Rwanda.

Q    Now, could I ask, if your Honor please, if you could just approach for a moment and we can show the jury what country you came from and where it's located.

     (Whereupon, the witness stepped down.)

Q    So what country were you born in?

A    This one (indicating), Burundi.

PDF created with pdfFactory trial version www.pdffactory.com

MR. McGINTY:  Can everybody see this?

Can you move down and then back.

Q    When you crossed into Rwanda, what part of Rwanda did you go to, if you could point to that a little bit?

A    Down here (indicating).

Q    And that would be the corner of Rwanda close to --

A    Close to The Congo, and the city of Butare.

Q    Let's move it down and do it again.

A    Butare.

Q    So which -- that's Cyangugu --

A    Yes.

Q    -- down here (indicating).

MR. McGINTY:  Thank you.  If you could resume the stand.

(Whereupon, the witness resumed the stand.)

Q    Did you work in Cyangugu?

A    Yes, I did.

Q    What kind of work did you do?

A    I was cashier in a company, tea company, and then I was an accountant.

Q    Did you get some training to be an accountant or to do accounting work?

A    I did the training, not at that time, but after a while. I took a course by correspondence.

Q    And when you say "by correspondence," where did you get

PDF created with pdfFactory trial version www.pdffactory.com

the course from and what did it involve?

A   It was a course from Belgium.  Liège is a city of Belgium, and they were sending me the course and the homework and everything.

Q   Did you do your homework?

A   Yes.  But it was after, so not at the time when I was in Cyangugu.

Q   Did you leave Cyangugu and go to some other location?

A   Yes.

It was the same company, a tea company.  From Cyangugu I went to Gisenyi.  It is a small area, and the company was inside Gisenyi.  And I stayed there for just almost two years, so less than two years.

Q   Do you remember approximately what those years were?

A   It was 1979 - 1981.

Q   Now, at some point did you go to Sonarwa?

A   Yes.

After Gisenyi I went to Kigali.  And while I lived there, I did apply for job, accountant job in Sonarwa, and it was positive.  I moved to Sonarwa and worked there.

Q   Now, what department did you go into when you started?

A   I was in the accounting department.

Q   Now, if I might ask, were you married at that time?

A   I was.

Q   Did you have any children?

PDF created with pdfFactory trial version www.pdffactory.com

A    Yes.

Q    Now, how many years did you work at Sonarwa?

A    Thirteen years.

Q    Now, I'm going to put a picture up here and ask you if you recognize that building (indicating)?

A    I do.  I know.

Q    What is that building?

A    That's Sonarwa.

Q    Do you remember what years you worked in that building?

A    I can't tell you exactly how many years, but in the beginning we were working somewhere else, the building, the office.  I don't remember exactly the year, but it was more than ten years in this building (indicating).

Q    Now, what part of the building did you work in?

A    I was working on the second floor, left side.

        MR. McGINTY:  If I might approach the witness?

        THE COURT:  You may.

Q    If you would kindly tap on the screen and indicate what floor.

A    This one (indicating).

Q    So that would be now -- we're talking now about the entry level where the doors are in the picture?

A    Hm-hmm.

Q    You would call that the first floor?

A    I call that the "ground."  The first floor, yes.

PDF created with pdfFactory trial version www.pdffactory.com

Q    So when you say the "second floor," you're referring to the second of the three floors that are visible in the photograph?

A    Yes.  Because under -- we have the ground.  We have to go back to go into the ground, but you could go by the stairs, by the entrance.  So I call this the "ground" or the "first floor," this one (indicating), and I was on the second.

Q    Now, on the second floor, what sections or departments were located on this floor?

A    It was a section called "general accounting."

Q    Now, on the other side of that same floor, what was located there?

A    It was auto claims.

Q    Now, did you, in connection with your work at Sonarwa, meet a person by the name of Prudence Kantengwa?

A    Yes, I did.

Q    Tell the jury how you came to meet her?

A    I come to know -- meet Prudence.  It was a job relationship.

Q    Can you describe the job relationship and what your interactions were?

A    We were working in the same company and serving the same clients.

        Our section, general accounting, it was like the

brain of the company.  And we have to check every account if everything was okay.

And Prudence was working in claims, auto claims. When a credit came to claims or something, they have to make sure that every account is okay, the books balance for the accounts she has.  So she was coming to us sometimes if the accounts doesn't have a difference or everything didn't look good.

Q    So from time to time would you interact?

A    Yes.  When we pass in our service, yes.

Q    Can you describe her at the time, what kind of person she appeared to be to you?

A    At that time?

Q    Yes, at the time.

A    Prudence, for me, I say -- I told you I was a stranger, a fish, in the country.  She was a smart woman, educated, a lawyer.  For me, I was -- I had just high school.  She was really smart and educated lady.  That's first.

Second, she was, if I can describe her, she was a professional-looking lady and devoted to her job.

And, third, she was nice and simple.  Of course, any time she was coming to our services, she was saying, "Hi, Charlotte, how are you doing"?  Because most people don't care when you are sitting there.  They pass by.

Q    I would like you to describe a little bit the business

PDF created with pdfFactory trial version www.pdffactory.com

atmosphere at Sonarwa.  What kind of a place was it to work?

A    Sonarwa was a really good company.  It was a good business company.  It was -- what we were doing -- it was a national company, and it was among the best business companies in the country.

Q    Why do you say that?

A    Because it was really -- we were competing, and it was a prosperous to work there.  It was a business company that was working well within the country at that time.  I had been there 13 years.  And the pay, when the company is improving its business, you can see that by the pay.  We were well paid compared to other companies in the country at that time.

Q    Now, what were your hours?

A    Excuse me?

Q    What were your working hours at the company?

A    We were working eight hours.

Q    I'm sorry?  How many hours?

A    Eight.

Q    Eight hours?

A    A day.

Q    And what was your -- what were the hours that you worked, if you could describe them?

A    I can't -- it was 8:00 to 5:00, I think.

Q    Now, how were your hours kept?  How did they keep track

of your hours at Sonarwa?

A    We have to clock in, like we do in America.

Q    So when -- you would clock in in the morning?

A    Hm-hmm.

Q    Would you clock out at night?

A    It was required.  That really was a company that was strict, because you come by 8:00, you are late five minutes, you were in trouble.  You come in 8:00, five minutes, between five minutes before and on time at 8:00.

And at 5:00 it was the same.  I thought it was five or four.  I'm sorry.

Q    If you wanted to leave work early, how would you go about doing that?

A    You have to fill a form.  If you have a problem, it was a process.  We have a rule how we can fill out the form, request permission, and to go out.  And when you come back, you have to do the same; clock out, clock in.

Q    Were people at Sonarwa, did they talk politics in the office?

A    No.

Q    Did you talk politics in the office?

A    Never.

Q    What did you do during the day?

A    I was busy with my numbers.  I was busy with my numbers and my calculator morning to evening.

PDF created with pdfFactory trial version www.pdffactory.com

(Laughter.)

Q   Did you find time to do anything else during the week except your numbers?

A   Not really, except for one hour of break.  I get to eat, snack, that's a -- rest a little bit.

Q   What did you do during the break?

A   Just to go eat, or if I didn't have -- it depend on schedule.  I could read a book.  I could do my devotion, read my Bible, or go outside and eat something and come back in one hour.

Q   Now, were you a member of a political party?

A   I couldn't.  No, no, no.  I couldn't be a member.

Q   If someone were to say, using your name, if someone were to say that you were a member of a political party, how would you respond?

A   He is a liar.

Q   Why were you not a member of a political party?

A   Because, first of all, it was not my business, Rwanda politics.  I was a division accountant, and I couldn't.

Second, I couldn't.  If you know the convention, I think it's the Geneva Convention, we didn't have any -- refugees, we didn't have any rights to be involved in any political issue or you lose your status.  That's what the -- really the most important.

The second one, politics was not my business.  I

PDF created with pdfFactory trial version www.pdffactory.com

had a family.  I had to work and earn my income, my bread.
I was not involved.

Q    Did you ever talk to Prudence Kantengwa about politics?

A    Never.

Q    Did you ever see her wearing a pin?

A    Never.

Q    Or a scarf, or some other kind of party affiliation?

A    No.

Q    Did you ever know her to be a member of a political
party?

A    No.

Q    Did you ever see her leaving work to go to a political
rally?

A    I say no, because we were not working in the same
department.  And I was not able to see what was going on.
But it was not their rule.  We couldn't leave the office and
go outside.

Q    When you say you "couldn't leave the office," was that
just you or was --

A    It was a rule, is what I said, sir.  It was a rule in
the office.

Q    So if a person wanted to leave, what would they do?

A    They have to fill out the form.  You have to ask to
clock out and come back.

Q    Were members of the MRND -- did you know of members of

PDF created with pdfFactory trial version www.pdffactory.com

MRND who worked at Sonarwa?

A   It was not easy to know, but some of them, because they have some position in MRND.

Q   Who did you understand was a member of MRND?

A   Our executive director, because he was an important person in the country, and everybody -- I knew that he was in the MRND party.

Q   Were other people -- did you know of other people being involved in MRND?

A   Not many of them, because I was not really interested to know.  But I can say probably one guy was manager in auto production.

Q   Do you remember his name?

A   Matthieu.

Q   A Matthieu?

A   Yes.

Q   Did you see anyone at Sonarwa wearing pins or wearing party-related garb, including scarfs?

A   No.

Q   Now, you recall what happened after the president's plane had crashed in 1994, do you?

A   I was there, hm-hmm.  I was home.

Q   What happened?  What happened to you?

A   I was home at that time.  It was night, in the evening. And we were following that on the radio and TV, on the radio

PDF created with pdfFactory trial version www.pdffactory.com

when I heard that.  I was home with my children, and we did stay home because the next day we couldn't go anywhere.

Q   Where was your husband at that time?

A   He was back in Burundi, because Burundi was going on a democratic system with the -- I don't know if you know, the elected -- democratically elected president, President Ndadaye Melchior.  And my husband was trying to go back to Burundi to see if we can go back to our country.

Q   So what happened to you and your children?

A   We -- it was a bad situation, and take too long to tell you that.  We stayed home trying to see how we can free and leave Kigali, the capital, with the killing.

We were advised to walk because we couldn't really call anybody at that time in our area.  And I told you, I was a refugee in the country.  We just walked from home and went outside Kigali to -- it took weeks and weeks to go away over there where they were fighting and killing.  But it was almost in the whole country.

Q   Did you at some point get to another country?

A   Yeah.

We went through -- from Kigali, we went to Gitarama, the center of the country.  And then we were keeping going to Kibuye and Cyangugu, because I knew Cyangugu, and then in The Congo, the neighboring country.

Q   After Congo what country did you go do?

PDF created with pdfFactory trial version www.pdffactory.com

A    I was surprised to stay in Congo, in the camp, for two years, and then we decide to go to Ghana, West Africa.

Q    Did you go to school as well in Ghana?

A    Yes, I did.

Q    How many years were you there?

A    I had three years.

Q    And then at some point you came to the United States?

A    Yes.  I was doing my school in University of Ghana.  I think it was in July.  We were doing the final, and I had one more year to get my diploma.  But because I asked about study, I went when the United Nations came; and it was kind or a reunification, because our children were already in the United States, say 1997.

And 2001, we fill out the form before, and we came to join our children.

Q    Have you gone to school in the United States as well?

A    Yes, I did.

Q    What kind of -- just tell the jury what kind of educational pursuits have you --

A    In accounting.  I went back to school and graduate in 2006, Sociology and French.

Q    What kind of work do you do?

A    Now, I am doing interpreter.

Q    What languages?

A    Right now I do African languages, Burundi, Kinyarwanda,

PDF created with pdfFactory trial version www.pdffactory.com

sometimes French and Swahili.

MR. McGINTY:  Thank you very much.

THE WITNESS:  You're welcome.

THE COURT:  Mr. Capin.

**CROSS-EXAMINATION**

BY MR. CAPIN

Q   Good morning.

A   Good morning.

Q   Is it "Rufyiri"?

A   Rufyiri.

Q   When you went to work at Sonarwa, what year was it?

A   What year?

Q   Yes.

A   1981.

Q   You were there until what year?

A   1994.

Q   So you left when the genocide began?

A   Yes.

Q   And you spent -- how much of the genocide did you spend in Rwanda?

A   Actually, you mean how long I stay in Rwanda during the genocide?

Q   Right.

You described fleeing Kigali, going through Gitarama and going to Cyangugu and crossing the border into

PDF created with pdfFactory trial version www.pdffactory.com

Zaire, correct?

A    Yes.

Q    Which is now the Congo.

A    From Kigali almost to Gitarama, it took me, because I get a ride midway, it took me two days.

And I stayed in Gitarama almost one week.

When they start the shooting, because it was really shooting, I was hiding somewhere.  When they start to shoot near Gitarama, we decided to go and keep going.  Sometimes you go and don't know where.  We were going in the direction of Kibuye.  And either way, we get a truck and get rides to Kibuye, and we stayed there one week, sleeping outside with my children.

Q    And how --

A    And then --

Q    How long did it take before you crossed the border to leave Rwanda?

A    After Kibuye, it was like two days to go to the border. I stayed there on the border in Rwanda one month, and then go through the border to Congo.

Q    So you left into The Congo sometime in the middle of May?

A    Around June, 1994.

Q    And while you -- before the genocide, you were aware, while at Sonarwa, of who the general directors were over the

Q    periods of time, correct?

A    Repeat the question.

Q    When you were working at Sonarwa, you knew who the general director was?

A    Yes.

Q    And that person changed from time to time?

A    The person?

Q    Yes.  The person who occupied the role of general director was different from --

A    From 1981 to 1994?

Q    Yes.

A    Yes, I know.  There were four.

Q    And the one who came on board in late 1991 was a man named Matthieu Ngirumpatse?

A    Hm-hmm.

Q    Correct?

A    Yes.

Q    And you knew that -- when he started there, you knew that?

A    I did.  I was there.

Q    And that was a few months before Ms. Kantengwa started there, correct?

A    I don't know when Ms. Kantengwa starts.  I was not -- it was -- it was part of my company, but I was not working in human resources.  I don't know when she start.

PDF created with pdfFactory trial version www.pdffactory.com

Q   You didn't see her when she started --

A   I saw her working.

Q   And you didn't see her every day?

A   No.

Q   It was general knowledge by everybody who worked at Sonarwa that Matthieu Ngirumpatse was the general director in 1992?

A   Yes.

Q   And it was general knowledge for everybody who work at Sonarwa that Matthieu Ngirumpatse was famous for being a MRND member?

A   I can say yes and no, because I knew that he was MRND when he left Sonarwa to go to be the president of the party. But before, I didn't know it.

Q   If someone were to ask you, years later, about who the director of Sonarwa was in 1992, it would be ridiculous not to remember that it was Matthieu Ngirumpatse?

A   Yes.

Q   You would have no reason to pretend you didn't remember his name?

A   No.  I know then.

Q   Of course.

A   I know then.  I was there.

Q   Now, you said you heard the news about the president's plane being shot down on the radio.  And at that time there

PDF created with pdfFactory trial version www.pdffactory.com

were two radio stations in Rwanda, correct?

A    I don't know.

Q    Well --

A    I was not in charge of administration.  It was the National Radio.

Q    And one called RTLM, right?

A    Oh, yes.

Q    And RTLM became famous for being a propaganda radio station during the genocide?

A    Yes.

I think it was new at that time of the genocide.

Q    And during the genocide, it was inspiring people to hunt down and kill the Tutsi, correct?

A    No.

Q    No?

You listened to RTLM --

A    I was there, but they didn't call me to kill anybody.

Q    I see.

So you listened to RTLM, but you did not understand the message to be anti-Tutsi?

A    I didn't.  I used to listen to National Radio most of the time; but if I say in this case I did listen to the radio every day, I am going to lie, and don't want to lie.

Q    I don't want you to lie.

A    I was not listening to the radio all the time.

PDF created with pdfFactory trial version www.pdffactory.com

Q    No one wants you to lie.

Are you saying --

A    I was listening to ATM [sic], and how they call it -- to see where is the war, because I was trying to see how I can save my family.  Do you understand me?

Q    During your flight from the Kigali, you were listening to RTLM to learn where the war was?

A    I was listening to the National and RTLM so I know exactly what was going on and see where was war.

Q    You're not saying to this jury that when you heard RTLM you didn't hear it to be inspiring and encouraging people to kill Tutsi?  You're not saying that, are you?

A    No.

Q    You heard --

A    Because when you listen to radio, it -- you listen what you want to listen.  I was trying to see how we can leave Kigali where they are shooting, where they're killing.  It was not in my objective to listen to RTLM or National Radio to see who is killing.  I knew it was NPF, but that was not my objective when I was listening.  I was trying to see how to save my children from that country.

Q    So for you, you thought the big danger was not Interahamwe, it was the Rwandan Patriotic Front?

A    Rwanda was between them, not me.  I was a refugee.

Q    You were a refugee?

PDF created with pdfFactory trial version www.pdffactory.com

A    Yeah.

Q    And when you listened to the radio, you didn't hear anything that told you that RTLM was spouting hatred against Tutsis?

A    (Witness shakes head.)

Q    No?

You shook your ahead.  You have to answer.  The answer is "No," you didn't hear anything that would cause you to believe they were inspiring the murder of Tutsi?

A    I don't know.

It seems like you want me answer.  You see, what you have to remember, it's a long time ago, and it was -- imagine, I was a wife with children.  My husband wasn't in the country.  My worry was just to save my family --

Q    I understand --

A    -- and leave that mess.  And they were killing each other.  So really my objective -- I didn't have anybody who could protect me.  My husband was not there.  My objective was to see which way, the south, the north, the east, how I can save my family.  And I didn't care what they were saying about the killing.

So to ask me to describe what they were telling, that is like to force me to see what was not my focus.

Q    I see.

A    I'm sorry for that.

PDF created with pdfFactory trial version www.pdffactory.com

Q    And it was not your focus where the defendant went during the genocide?

A    We can listen to the same radio, and if they ask us to write it down, it would be what you get.

(Reporter interrupts.)

A    When you listen to radio, it depends what you want to hear, and my focus was to see how I can get out of that mess.

Q    You didn't have any special interest in RTLM?

A    No.

Q    I mean, you didn't, for example, you didn't own stocks in the company?

A    No.

Q    Because if you had owned stocks, then you would have paid careful attention to what was on RTLM, correct?

A    I was not paying attention, really.  I told you my focus --

Q    I understand.

You're an accountant, right?

A    I was an accountant.

Q    And you understand how stocks and investments work?

A    I was not the boss.  I was just a simple accountant.

Q    I understand.

A    He was the manager.  I wasn't going to think about the stocks.  I don't have that right.

PDF created with pdfFactory trial version www.pdffactory.com

Q    But if you had bought stocks in a radio station, you would have been very interested in what that radio station was doing, right?

A    Let me explain a little bit.

You speak like American.  We don't care about stock in Africa.  How many people in --

(Laughter.)

Q    Fair enough.

A    I didn't own stock until I come to America.

(Laughter.)

Q    So it was very rare in Africa, in Rwanda, to own stock?

A    I didn't know anything about stock at that time.

Q    So it was only the very privileged people who bought stock?

A    Yes, that's true.

Q    Thank you.

But you would agree, as an accountant, that if you bought stock in a company that was a radio station, you would pay attention to what that radio station was doing, how it was operating, and what its message was to the people, correct?

A    For those who had stock?

Q    Exactly.

And it would be silly for those who have stock to pretend after the fact that they didn't know what that radio

PDF created with pdfFactory trial version www.pdffactory.com

station was about, correct?

A    (Witness nods.)

Q    You nodded.  You need to say "yes," if that's --

A    No, because I didn't know what is stock.  I was -- I have it left in my account, my paycheck, at that time.

Q    Now, you fled Kigali when the genocide started, and you had to go through many roadblocks on your route to Cyangugu and eventually out of the country, correct?

A    Yes.

Q    And there were roadblocks set up at very frequent intervals, correct?

A    Yes.

Q    And those roadblocks were staffed by some army personnel, correct?

A    Some what?

Q    Army personnel, soldiers?

A    It depends, because some RAF was -- I can't say.

Q    Let me break it down.

A    I have roadblock somewhere.

Q    Ms. Rufyiri, rather than confusing all of us, let me ask you some simple questions and see if I can make it simpler.

Before I go to that, I just want to put this picture on the screen.

Was this the only exit -- I am pointing on the screen in front of me.

PDF created with pdfFactory trial version www.pdffactory.com

That's the only exit from Sonarwa, correct?

A    There was one in the back.

Q    There was one in the back?

A    Yes.

Q    If somebody would be going out to the Main Street from upstairs, they'd come down from upstairs and they'd exit through there (indicating)?

A    Hm-hmm.

Q    So back to my question about the roadblocks.

You passed through many roadblocks, correct, in those days?

A    Yes.

Q    And you saw men and women working at the roadblocks checking IDs, correct?

A    Yes.

Q    And they were checking IDs to find out if you were Hutu or Tutsi, correct?

A    If you were...

Q    ...Hutu or Tutsi?

A    I say, no.

Q    This was not correct?

A    In my case, there were saying you are -- because my kids were going -- we were going to be killed four times.

Q    Let me just -- I'm asking you a simple question, though.

Do you know whether the people working at

PDF created with pdfFactory trial version www.pdffactory.com

roadblocks were checking your national -- strike that.

Did you have a national ID card as a refugee?

A   No.  I have a refugee card.

I still have a copy.

Q   Did your refugee card indicate what ethnicity you belonged to?

A   It showed I was from Burundi and a refugee in Rwanda.

Q   I see.

So did you see Rwandees going through roadblocks as you were trying to escape the country?

A   I wasn't there when I was going [sic].

Q   I see.

Did you see people working at roadblocks checking identity cards of those other Rwandees who were fleeing?

A   Yes.

Q   And you've seen the standard Rwandees or Rwandan identify card from that era, correct?  You've seen what one looks like?

A   I know them.

Q   And you know that it indicated specifically if you were Hutu, Tutsi or Twa, correct?

A   Hm-hmm.

Q   And did you see people checking IDs of other people going through roadblocks with you to determine if they were Hutu, Tutsi or Twa?

PDF created with pdfFactory trial version www.pdffactory.com

A     Hm-hmm.

Q     You did see?

A     Yes.

Q     And you saw that if you were identified as Tutsi, they were usually taken into captivity, arrested, or killed at that point, correct?

A     When I went, I was with a group of Burundian from Gitarama to Congo, Burundian and the Congolese.  We were strangers, because we were in a bad situation.  I tell you the truth.

From Gitarama it was hard to go to Congo, and they put us on the sides.  You refugee?  You from Burundi?  You from Congo?  You are (unintelligible French).  They put us on the side, and we were required sometimes to stay the whole week.  And we didn't want to trust them.  I was with Burundians and Congolese.

And finally, when we went to Kibuye, it was the governor who gave us -- we went to ask for pass.  In our group we had a just-wedded couple of Rwandans.  They were on the road and they stopped them for what they did for us.  They were going to kill like my children and the couple, but, Thank God, nobody was killed.  And they let us go, so --

Q     So do I understand correctly there were occasions when you sit by the side of the roadblock for as long as a week?

PDF created with pdfFactory trial version www.pdffactory.com

A    Yes.

Q    And during that time you would see hundreds or thousands passing through that roadblock?

A    No, at that time.  It was really -- because I told you that we were traveling with strangers together.

Q    But my question is while you were sitting by the roadblock for a week, you would see many people pass through that roadblock?

A    They keep going, yes.

Q    And you would see -- each of those people would have their ID checked?

A    Yes.

Q    Especially if they looked Tutsi, right?

A    Everybody was checked, I think.

Q    And you saw that certain Tutsi were murdered at those roadblocks?

A    No, I didn't.  They were killing, but I didn't experience the killing at that time.

Q    So you're telling this jury you didn't witness the murder of any Tutsi during the 50-or-so days that you traveled through Rwanda in the genocide?

A    Nobody was with us --

Q    I'm sorry?

A    Nobody was with us.  I told you we had one couple, one couple.

PDF created with pdfFactory trial version www.pdffactory.com

Q    That's not my question, though.

I am asking you, in the 50-or-so days that you were traveling from Kigali to the border of Zaire, are you telling the jury you didn't see any Tutsi murdered by Interahamwe, other militia, or military?

A    Except in Kigali, not on my way.

Q    There was no killing happening as you fled the country?

A    There were, but I was not in a chance to see the killing.  I was with a group trying to flee, and when they were shooting on this side (indicating), we were going on this side, to go far from the shooting.  You can't go through the shooting face to face.

You can hear.  It was not something you can say it was just one shot.  It was those bombs.  And if that shooting was on this side, you go on the other side.  We were fleeing the country, and we were walking and passing the night outside.  It wasn't easy to know where the shooting was coming from.

I was not going by car except sometimes truck can give you a ride for some miles, and then it's hard for the kids.  I was not somebody important.  I was walking.

And when the shooting was on this side, you could hear during the night.

In the morning, you could go this side, try to hide yourself.

PDF created with pdfFactory trial version www.pdffactory.com

I was not fighting.  I was trying to get away from the shooting.

Q    I understand that.

A    I don't know if you understand.

Q    What I am trying to --

A    Of course, sometimes you put yourself in the American situation where everybody has a car.  But in Rwanda it's the bus.  When you see us through the forest, we try to flea away from people, if you don't want to be killed.

Q    Most people in Rwanda didn't have cars.

A    I didn't have one, too.

Q    Most people were walking?

A    Yes.

Q    So what I want the jury to understand is what you saw with your eyes while you were sitting by a roadblock for as long as a week.

Did you see no killing?

A    You don't -- I don't know if you saw it on the TV how it was.

Q    Ma'am?

A    Yeah.

Q    I'm asking you a question about what you saw, not TV.

When you were sitting by a roadblock for as long as a week at a time watching people come through, you were watching their IDs beings checked, correct?

PDF created with pdfFactory trial version www.pdffactory.com

A    They check ours too.

Q    You're telling this jury you didn't see any Tutsi being killed --

A    I told you in Kigali, not on my way.  Because I fled Kigali.  It was almost inhumane, and in Kigali I saw my neighbors back on the way.  I was trying to hide myself away from people in the forest.  I couldn't really explain and stay where?  If I pass on the road, I show my refugee ID.  I keep going not to the enemy, the one that can shoot me.  I was going even in the brush, in those small ways, so we can escape.

Q    And thank God eventually you got out of the country.

A    It was tough.  I can tell you that.

Q    And you came to this country eventually?

A    Yes.

Q    Did you come here as a refugee?

A    Yes.

Q    And as a refugee, did you have to provide certain information to the U.S. Government to prove that you were eligible to be a refugee?

A    Yes.

Q    And you were given certain forms to fill out?

A    Yes.

Q    And you were interviewed about your history?

A    They ask you any question they want to ask you.

PDF created with pdfFactory trial version www.pdffactory.com

Q   And you, of course, answer honestly?

A   Yes.

Q   Because you understand that the answers you give matter to the person questioning you, correct?  And they matter to officials who were going to determine if you are eligible to be a refugee, correct?

A   Yes.

Q   So you wouldn't lie about any part of your history in Rwanda, would you?

A   I didn't lie, and I don't lie.

Q   I appreciate that.

And, for example, if you had been asked, Do you know who Matthieu Ngirumpatse was, you wouldn't pretend you didn't know, correct?

A   If I don't know, it's because I don't.  But that wasn't my job.

Q   No.  My question was -- because you do know who he was, right?

A   If I didn't know, I say, "No."

Q   But in just giving a few examples to the jury.  In the example of Matthieu Ngirumpatse, if you were asked if he was a general director at Sonarwa, you would say, "Yes, in 1992 he was a general director"?

A   Yes.  He was.

Q   Because you knew it would be evasive to say, "I don't

PDF created with pdfFactory trial version www.pdffactory.com

know who that is," right?

That would be an evasive answer, correct?

A    Yes.

Q    And, for example, if you had specific information about the RTLM radio station and --

A    About what?

Q    RTLM, the radio station?

A    Hm-hmm.

Q    If you knew specifically about that station and you were asked to describe it, you wouldn't pretend not to know?

A    No.  I couldn't.  I couldn't, because I don't know anything about technique.  I just push a button.  I want to listen National.  I want to listen LTN.  It's what I do.

Don't ask me about seeing it.  I just listen. Don't ask me about anything about it.

Q    Fair enough.

(Laughter.)

Q    Mr. Chakravarty is encouraging me, but I am not going to ask you about CNN.

But it's fair to say that --

A    -- in America.

Q    It's fair to say that you understood that it was important, as part of the immigration process into this country, to provide complete, honest, non-evasive answers to questions presented to you by immigration personnel, right?

PDF created with pdfFactory trial version www.pdffactory.com

A    I didn't hear the question.

Q    You understood, when you were talking to U.S. Immigration personnel to become a refugee, that it's important to give complete answers, correct?

A    (Witness nods.)

Q    The record has to pick up your words.

Did you say, "yes"?

A    Yes.

Q    And honest answers?

A    And honest, yes.

Q    And you wouldn't provide evasive answers?

A    Yes.

But when I don't know, let me say I don't know.

Q    Exactly.

And wouldn't provide answers that tried to mislead the person?

A    No.  No at all.

MR. CAPIN:  Thank you, ma'am.

THE WITNESS:  Thank you.

MR. CAPIN:  Nothing further, your Honor.

THE COURT:  Mr. McGinty?

MR. McGINTY:  No questions.

Thanks.

THE COURT:  Thank you very much, Ms. Rufyiri.  That concludes your testimony.

PDF created with pdfFactory trial version www.pdffactory.com

You're excused.

THE WITNESS:  Excuse me?

THE COURT:  You're excused.

MR. McGINTY:  He said you can go.

THE WITNESS:  Thank you.

(Laughter.)

(Witness excused.)

MR. LANGE:  The defense calls Theobald Gakwaya Rwaka.

**THEOBALD GAKWAYA RWAKA, sworn**

THE CLERK:  Please be seated.

THE WITNESS:  (Through the Interpreter)  Thank you.

THE CLERK:  Please state your name and spell your last name for the record.

THE WITNESS:  (Through the Interpreter) My name is Gakwaya, spelled out:  G-A-K-W-A-Y-A.  Theobald, spelled out:  T-H-E-O-B-A-L-D.

**DIRECT EXAMINATION**

BY MR. LANGE

Q   Do some people also call you Rwaka, R-W-A-K-A.

A   (Through the Interpreter)  It's my middle name.  It's actually the most known name modern in my actual name.

Q   And that's the name you and I have used when we have spoken?

A   (Through the Interpreter)  Yes.

PDF created with pdfFactory trial version www.pdffactory.com

Q    Sir, where were you born?

A    (Through the Interpreter)  I was born in Rwanda, precisely in the prefecture of Cyangugu.

Q    In what year?

A    (Through the Interpreter) September 20, 1953.

Q    What city do you live in now?

A    (Through the Interpreter)  I live in Manchester, state of New Hampshire.

Q    When did you enter the United States?

A    (Through the Interpreter)  I entered the United States on June 20, 2010.

Q    Sir, what is your highest education?

A    (Through the Interpreter)  I did four years of law at National University of Rwanda.

Q    What year did you graduate?

A    (Through the Interpreter)  In 1978.

Q    What was your first job after you graduated?

A    (Through the Interpreter)  I worked for five years in a public company, at a tea company.  It was a public company.

Q    What was your position with that company?

A    (Through the Interpreter)  I was in charge of -- human resources manager.

Q    What was the next position that you took after you left the tea factory?

A    (Through the Interpreter)  After that, after I left the

PDF created with pdfFactory trial version www.pdffactory.com

tea company, I worked for six months at the Supreme Court, and nine years at the Ministry of Justice.

Q    What were your duties at the Ministry of Justice?

A    (Through the Interpreter)  Another five years from 1984 until 1989, almost for five years, I was chief of office of the high court, of the magistrate.

After that, I worked for four years as chief of the division in the Ministry of Justice, in charge of evaluation studies.

Q    Would that be reviewing the work performance of both magistrates and prosecutors?

A    (Through the Interpreter)  When I was chief of the high court, of the magistrates, I was in charge of recruitment of the judges and the officers of public office.

After the chief of division, I was no longer working as a counselor because I was in charge of all the activities of the ministry.

Q    Did you, as part of your position, come to meet and come to know Athanase Munyemana?

A    (Through the Interpreter)  Yes.  I met him, and we were -- we recruited him and I worked with him.

Q    When you met him, was he finishing his law studies in Butare?

A    (Through the Interpreter)  At that time, the country was in so much need of magistrates, and sometime often we would

go to the university to seek students who were so brilliant. And it's in that area we went to look for the most brilliant students who were about to graduate and finish studies.

Q    And was Athanase Munyemana one of those students?

A    (Through the Interpreter)  Yes.  He was amongst the brilliant students that we recruited that year.

Q    What position did you recruit him for?

A    (Through the Interpreter)  To be able to become a judge or magistrate of the public office.

When you have the degree as -- like bachelor of law, you had to spend -- you had to do like intern for two years.  And after those two years, if you work so well and you are confirmed, you could go on.  Or, if you are not confirmed, then you are free to go.

Q    You have been talking about both the prosecutors and the judges as being part of the Ministry of Justice.  In this country, there is a separation between the judiciary and the prosecution.

Was it the same in Rwanda when you were there?

A    (Through the Interpreter)  In Rwanda, the High Court of the Magistrate had two departments, the Department of Judges, and the Department of Office of Public Office.  But the same counselor that would recruit.  And I was in management, in charge of all the counselors as far as discipline, professional ethics, promotion, and moving to

PDF created with pdfFactory trial version www.pdffactory.com

the next rank.

Q   So the prosecutors and the judges were subject to the same rules, the same procedures?

A   (Through the Interpreter)  Judges had all the statutes and regulations, and the minister -- and the Office of the Public Office, they have their own statutes or regulations.

Q   Now, once Athanase got past his probationary period, what was his assignment?  What did he do?

A   (Through the Interpreter)  After the two years of his probation or internship, he was really appreciated.  He was good.  He was appreciated.

He was nominated, and he was promoted to become prosecutor at the prosecutor office of Kigali, and it was the main -- the most important prosecutor office in the whole country because it was the one that was serving the capital of Rwanda, Kigali.

Q   What happened to Athanase after he had served for a while as a prosecutor in Kigali?

A   (Through the Interpreter)  It didn't last long because the office of the president wrote to us and said they needed a juristic person, and it's in that perspective that he was detached and assigned.

It was postulated in the statute of the magistrates that one who is a magistrate could be assigned or borrowed to go to another public office.

PDF created with pdfFactory trial version www.pdffactory.com

Q    The word in French was "detached," right?

A    Yes.

     He was detached to the office of the president.

Q    And Athanase was detached to the intelligence service, to the Reseignment?

A    (Through the Interpreter)  Yes.  He was detached so he can go to exercise the intelligence -- in the intelligence office as interior security.

Q    Was he still considered part of the magistrate for purposes of promotion and job review?

     THE INTERPRETER:  Excuse me?

Q    Was he still considered part of the Ministry of Justice for purposes of job evaluation and performance review?

A    (Through the Interpreter)  Every judge or every magistrate who was in that condition of detachment, he no longer performed the duties of the judge or the officer admitted in the public office.  But he stayed attached, or linked.  He stayed attached to the magistrate status, because even after some time, if he had to come back, he would have to come back to the magistrate office.

Q    So he remained subject to the hiring rules of the magistrate?

A    (Through the Interpreter)  Yes.

     Yes, because at all levels of profession ethics, if he behaved bad or misconducted himself, he would lose the

PDF created with pdfFactory trial version www.pdffactory.com

position as a magistrate.

Q    Did you have social contact with Athanase Munyemana?

A    (Through the Interpreter)  Yes, because during his probationary -- or during his career, I came to be his friend, and we also were acquainted socially.

Q    How often would you see him over the course of, say, a year socially?

A    (Through the Interpreter)  Before he got married, I saw frequently, because we use to meet in the activity of friends.  But after he got married, I used to go four to five times to his family, and we used to meet during public parties; and also during parties of friends, to share like common friends.  We used to meet during the parties of common friends that we had.

Q    You went to his wedding?

A    (Through the Interpreter)  Yes.

Q    Who is that woman seated at the end of the table (indicating)?

A    (Through the Interpreter)  It's Prudence.

Q    She was married to Athanase?

A    (Through the Interpreter)  Yes.

Q    You've already said that after he married, you would go to their home maybe five times a year, correct?

A    (Through the Interpreter)  Yes.

Q    When you met informally, did you and Athanase discuss

PDF created with pdfFactory trial version www.pdffactory.com

politics?

A    (Through the Interpreter)  We used to talk about issues or problems that were in the country, but he didn't take a position, because I couldn't influence him to take a position on such matters.  Because I knew it was against the ethic of our profession, professional ethic.  But it didn't stop us from criticizing certain activities that we thought they were really against human rights, and that would sometimes have a political aspect, but without taking -- without being biased or taking a position.

Q    Did Prudence Kantengwa ever participate in those conversations about public matters or political matters?

A    (Through the Interpreter)  In the Rwandan custom or tradition, women do not mix up or invade in men's discussions, but because Prudence was a lawyer by profession, sometimes she used to be a part to our conversation and we would discuss with her.  But personally I didn't find it good because she talked a lot about religion.

Q    In 1993 you left the judiciary?

A    (Through the Interpreter)  I left the Ministry of Justice precisely in '92.

Q    Where did you go after that?

A    (Through the Interpreter)  I went to work in a public company that manufactured cement.

PDF created with pdfFactory trial version www.pdffactory.com

Q    Did you stay -- I'm sorry.

Did you stay in touch with Athanase and Prudence Kantengwa.

A    Yes.  I stayed in contact with them and in touch with them because the company I worked for had an office in Kigali.  And I was also a member of the political party, and when I used to come to the meetings in Kigali, I would call them, or I would go at their house.  So we stayed in contact socially but not that much like before.

Q    What political party did you get involved with?

A    (Through the Interpreter)  I was the first vice president of the Centriste Political Party.

Q    Would that be abbreviated CPD?

A    (Through the Interpreter)  Yes, in French, PDC, Parti Democratique Centrist.

Q    Did you become involved in civil rights work?

A    (Through the Interpreter)  I started working in activities for human rights in 1990.  And that's when, with friends, we founded an association to defend human rights.

At that time, the country was lead by a unique, one-party political party, and there was some abuse that we wanted to denounce via that association.  That association was born, like, in secret, but it was allowed in '91.

Q    How did the regime of President Juvenal Habyarimana treat your civil rights group?

PDF created with pdfFactory trial version www.pdffactory.com

A    (Through the Interpreter)  It wasn't in the attributes of the President to recognize associations, but it was in the attribution of the minister of justice.  But the prefe, meaning the local administrators, it's them who are giving reports to the minister of justice.  It wasn't easy for us to be recognized because usually for some it takes about three to four months, but for us it took a year or more.

Q    So the regime made it more difficult for you to get founded, to get established?

A    (Through the Interpreter)  I think so, because we had to be appreciated by the prefe to be able to get to the next level.

Q    "Appreciated"?  Approved?

A    (Through the Interpreter)  To be legally approved and accepted.

Q    Now, did the fact that you were part of a group that was criticizing the regime, did that affect your relationship with Athanase and with Prudence?

A    (Through the Interpreter)  Not at all.  On the contrary.

I was trying to show to Athanase that it was something that wasn't right, and he used to tell me that, It's true, that there was something that needed to be changed.  And I thought that the government would take the necessary steps.  But when the Constitution changed and the multiparties was accepted in the country, I thought I would

PDF created with pdfFactory trial version www.pdffactory.com

have to go to fight political, because at the scare [sic] of
human rights, it wasn't happening.

Q   To your knowledge, after multipartyism, did Athanase
Munyemana join a political party?

A   (Through the Interpreter)  Like I said before, Athanase
was a magistrate.  The work he was doing, he was in the
position of detachment, and he was still linked with the
ethics of the magistrates.  As I know him, I know that he
was more attached to his magistrate activities than any
other activities.  Therefore, the statutes, as such, that
did not allow the magistrate to be affiliated with any
political party.  So he could not go to any political party.

Q   You believe he followed the statute?

A   (Through the Interpreter)  Yes.  He was following the
statute.  And as I'm telling you, for somebody who was in
the position of detachment, we used to receive every year
his appreciation of merit, of course, and we used to put on
the same board of advancement, so that when he comes back to
his career or profession, he would be on the same level or
rank as his colleagues.

Q   There has been some suggestion that because Rwanda was a
dictatorship, the judiciary might have been corrupt back at
that time.

        What do you say to that?

A   (Through the Interpreter)  In my career, we found some

PDF created with pdfFactory trial version www.pdffactory.com

judges that were corrupted.

But most of the time it wasn't the corruption of the government.  The corruption was not something that was coming from above, from the government or the state.  It was individual interests with people or the magistrates.  In some cases that I found, only after the multipartyism, that's when we found out some institutions were either on the side of either the opposition or bending on the side of the government.

Q   To your knowledge, was Prudence Kantengwa, after 1991, a member of any political party?

A   (Through the Interpreter)  It wasn't easy to know, because before '91, any Rwandan, including myself, we were all obliged to be a member of the party, the political party that was in power, the MRND, the Movement Revolutionaire National Pour le Development.

And since '91, when the multiparties started, the MRND became like any political party and were obliged to recruit and get members, each of us, for our parties.

I used to go.  I used to run and talk to people in the population and tell them that my own political party was better so they could become members of my political party, and the other people were doing the same for their own political party.

Q   Let me ask you this.  Did Prudence ever try to recruit

PDF created with pdfFactory trial version www.pdffactory.com

you to any political party?

A    (Through the Interpreter)  I thought I would have recruited her, because she used to talk about religion a lot, and my party was Christian Democratic Party, so I should have been the one to recruit her.  But I didn't do that because I knew she wasn't interested in politics.

Q    What was she interested in?

A    (Through the Interpreter)  Religion, praying, the Bible, and also often promotion of women rights.

It's in that perspective that I found her.

MR. LANGE:  It's 1:00, your Honor.

THE COURT:  Mr. McGinty and Mr. Capin, I just want to confirm the schedule with you.

This doesn't have to be on the record.

(Discussion off the record between Court and counsel.)

THE COURT:  All right, jurors, we're going to finish up with the witnesses tomorrow morning.  I don't think it will take much more than 45 minutes or an hour.

I will then need -- I'm almost finished writing out the jury instructions.  I am going to post them for the lawyers to see them this afternoon.  But after we finish the evidence, we may need a few minutes with them.  So it might be an extended morning break, or actually an earlier extended breaks, for 30 minutes or so, to go over the instructions with the lawyers before they begin their

PDF created with pdfFactory trial version www.pdffactory.com

arguments.

But we have lunch scheduled for you tomorrow at 12:30. You will have the case in your hand by then.  So go ahead and enjoy the balance of the day, and I look forward to seeing you tomorrow morning at the usual time, 9:00.

THE CLERK:  All rise.

(Proceedings adjourned.)

I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| JEAN DE DIEU UWIMANA | | | | |
| By Mr. McGinty | 2 | | 48 | |
| By Mr. Capin | | 20 | | 56 |
| CHARLOTTE RUFYIRI | | | | |
| By Mr. McGinty | 59 | | | |
| By Mr. Capin | | 74 | | |
| THEOBALD GAKWAYA RWAKA | | | | |
| By Mr. Lange | 94 | | | |

E X H I T S

NONE

* * * *

PDF created with pdfFactory trial version www.pdffactory.com

**C E R T I F I C A T E**

I, James P. Gibbons, Official Court Reporter for the United States District Court for the District of Massachusetts, do hereby certify that the foregoing pages are a true and accurate transcription of my shorthand notes taken in the aforementioned matter to the best of my skill and ability.

/s/James P. Gibbons          February 11, 2012

_____
James P. Gibbons


JAMES P. GIBBONS, CSR, RPR, RMR
Official Court Reporter
1 Courthouse Way, Suite 7205
Boston, Massachusetts 02210
jmsgibbons@yahoo.com

PDF created with pdfFactory trial version www.pdffactory.com